# EXHIBIT 2

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| CERNER MIDDLE EAST LIMITED, a Cayman Islands Exempted Company,<br><br>Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES LLC, a U.A.E. limited liability company, and ORLAND LTD., an Oregon corporation<br><br>Defendants. | Case No. 16CV23150<br><br>**DECLARATION OF WARREN E. GLUCK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR ISSUANCE OF PROVISIONAL PROCESS (ORDER TO SHOW CAUSE WHY ATTACHMENT SHOULD NOT ISSUE AND RECEIVER SHOULD NOT BE APPOINTED)** |

I, Warren E. Gluck, declare as follows:

1. I am an attorney with the firm Holland & Knight LLP, which represents Plaintiff Cerner Middle East Limited ("Cerner") in the above-captioned action against Defendants Belbadi Enterprises LLC ("Belbadi") and Orland Ltd., also registered to do business as Vancouvercenter ("Orland").

2. Attached as Exhibit 1 is a true and correct copy of the Findings and Recommendation issued by United States Magistrate Judge Paul Papak in the United States District Court for the District Court of Oregon on November 14, 2016, in *Cerner Middle East Limited v. Belbadi Enterprises, LLC and Orland Limited*, No. 3:16-CV-1630-PK (Dkt. No. 34).

3. Attached as Exhibit 2 is a true and correct copy of the Order issued by United States District Judge Michael Simon in the United States District Court for the District of Oregon on February 10, 2017 in *Cerner Middle East Limited v. Belbadi Enterprises, LLC and Orland Limited*,

Page 1 - DECLARATION OF WARREN E. GLUCK IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR ISSUANCE OF PROVISIONAL PROCESS (ORDER TO SHOW CAUSE WHY ATTACHMENT SHOULD NOT ISSUE AND RECEIVER SHOULD NOT BE APPOINTED)

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

No. 3:16-CV-1630-PK (Dkt. No. 39), which adopts Judge Papak's Findings and Recommendation.

4. Attached as Exhibit 3 is a true and correct copy of the Brief for Plaintiff-Appellant filed by Cerner in the United States Court of Appeals for the Ninth Circuit on May 19, 2017 in *Cerner Middle East Limited v. Belbadi Enterprises LLC and Vandevco Limited*, No. 17-35157 (Dkt. No. 22).

5. Attached as Exhibit 4 is a true and correct copy of Defendants' Response to Cerner Middle East Limited's Motion to Expedite Pursuant to Circuit Rule 27-12 filed by Defendants in the United States Court of Appeals for the Ninth Circuit on May 4, 2017 in *Cerner Middle East Limited v. Belbadi Enterprises LLC and Vandevco Limited*, No. 17-35157 (Dkt. 16).

6. Attached as Exhibit 5 is a true and correct copy of the Declaration of Nawzad Othman, which was submitted in support of Defendants Belbadi and Vandevco's Opposition to Motion for Order of Contempt filed on September 1, 2016, in *Cerner Middle East Ltd. v. Belbadi Enters. LLC and Vandevco Ltd.*, No. 3:16-cv-05706-RBL (Dkt. 19).

7. Attached as Exhibit 6 is a true and correct copy, together with an English translation, of the Resolution Memorandum issued by the First Chief Prosecutor of the Judicial Department, Public Prosecution, Abu Dhabi Prosecution, on May 4, 2017 in Case No. 668/2017, dismissing as meritless and politically motivated a criminal action filed in the United Arab Emirates by Ahmed Saeed Mohammed Al-Badi Al-Dahari and iCapital LLC against Cerner and certain of its employees.

8. According to bank records produced in an excel spreadsheet format that does not lend itself to submission easily in paper form, Belbadi wire transferred to Orland a payment of $30,000 from Belbadi's account at United Arab Bank in the United Arab Emirates to an account in Orland's name at U.S. Bank, National Association located in Minnesota, for "legal fees."

9. Attached as Exhibit 7 is a true and correct copy of an email sent to Holland & Knight LLP on May 18, 2017 from Kay Martinez, an employee at Crowe Foreign Services, confirming receipt from Holland & Knight LLP of a signed summons, sealed copies of letter

Page 2 -   DECLARATION OF WARREN E. GLUCK IN SUPPORT OF
OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION
FOR ISSUANCE OF PROVISIONAL PROCESS (ORDER TO
SHOW CAUSE WHY ATTACHMENT SHOULD NOT ISSUE
AND RECEIVER SHOULD NOT BE APPOINTED)

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

rogatory issued by this Court, the amended verified complaint in this action, and the Court's order adopting the amended verified complaint as the operative pleading. Crowe Foreign Service is currently facilitating the translation of these documents into Arabic to be served on Belbadi in the United Arab Emirates through the authorized judicial processes.

10. Attached as Exhibit 8 is a true and correct copy of a letter, dated December 7, 2015, sent by Zaid Elhindi on behalf of Belbadi to the Mayor and City Council Members of Vancouver, Washington. In the letter, Defendants, Belbadi and Orland aka Vancouvercnter states that it has been working on "Vancouvercenter for over seventeen years" together with the city of Vancouver, Washington and that Belbadi has "invested over one hundred million dollars on the project."

11. Attached as Exhibit 9 is a true and correct copy of a U.S. State Department Report titled "United Arab Emirates," available at: https://www.state.gov/documents/organization/253163.pdf.

12. Attached as Exhibit 10 is a true and correct copy of the World Justice Project, Rule of Law Index 2016, available at: http://worldjusticeproject.org/sites/default/files/documents/RoLI _Final-Digital_0.pdf.

///

///

///

///

///

///

///

///

Page 3 - DECLARATION OF WARREN E. GLUCK IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR ISSUANCE OF PROVISIONAL PROCESS (ORDER TO SHOW CAUSE WHY ATTACHMENT SHOULD NOT ISSUE AND RECEIVER SHOULD NOT BE APPOINTED)

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY

Dated this 25th day of May, 2017.

By: _____
Warren E. Gluck

Page 3 - DECLARATION OF WARREN E. GLUCK IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR ISSUANCE OF PROVISIONAL PROCESS (ORDER TO SHOW CAUSE WHY ATTACHMENT SHOULD NOT ISSUE AND RECEIVER SHOULD NOT BE APPOINTED)

#51487468_v3

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 5 of 129

# EXHIBIT 6

النيابة العامة
**Public Prosecution**
نيابة أبو ظبي الكلية
**Abu Dhabi Prosecution**

دائـرة الـقـضـاء
**JUDICIAL DEPARTMENT**



التاريخ : 04/05/2017

مذكرة إبداء الرأي

في القضية رقم 668/2017

حيث تخلص الواقعة فيما ابلغ به الشاكي مالك شركة اي كابيتال من انه تعاقد مع وزارة الصحه على توريد وتركيب نظام معلوماتي وبالفعل قامت الشركة بالتعاقد مع شركة تدعى سيرنر ميدل ايست بقصد توريد السوفت وير لشركة اي كابيتال من اجل تنفيذ التعاقد مع وزارة الصحه واثناء قيامة بتنفيذ المشروع طلبت الوزارة استبدال السوفت وير من الانظام الامريكي الى النظام الانجليزي وقامت الوزارة بالتنبيه على شركة سيرنر بذلك الأ انها تراخت في التنفيذ فطلبت منها الوزارة استقدام شركة اخرى الا انه فوجئ بفسخ التعاقد ثم قامت شركة سيرنر تقوم بالتعاقد مع وزارة الصحه مباشرة وانه يتهم المشكو في حقهم بافشاء الاسعار التي تقدمها سيرنر الى اي كابيتال مما كشف هامش ربحه لدى الوزارة واعطاء بيانات الدفعات المسدده من الوزارة للشركة برسالة صادره منهم وكذا ارسال مدير المشروع بوزارة الصحه العقد المبرم بين وزارة الصحه وبين الشركة الشاكيه الى شركة سيرنر وان افشاء هذه الاسرار ترتب عليه خسائر للشركه .

وبسؤال المتهم : جيمس ريتشارد ماسي ـ كندي الجنسية ـ مدير حسابات شركة سيرنر بتحقيقات النيابة العامة ـ انكر ما نسب اليه من اتهام وقرر ان شركته تعاقدت مع شركة اي كابيتال الا ان الاخيره لم تفى بالتزاماتها وانتهى التعاقد في عام 2013 ثم طلبت وزارة الصحه من شركته التعاقد مباشرة وانه حال تعاقده مع شركة اي كابيتال كانا يعملان مع وزارة الصحه كفريق واحد وكانت الاخيره تتعامل معهم .

وبسؤال : مايك الان بوميرانس ـامريكي الجنسية ـ مدير عام شركة سيرنر ـ يتحقيقات النيابة العامة ـ انكر ما نسب اليه من اتهام وقرر بذات مضمون اقوال سالف الذكر .

وحيث انه في مجال التكييف القانوني فان الواقعة تثير شبهة جناية وجنحة افشاء الاسرار المؤثمة بالمادة 379 من قانون العقوبات الاتحادي رقم 3 لسنة 1987

وكان مثار تلك الشبهة هي ما ابلغ به الشاكى وماقرره بتحقيقات النيابة العامة من افشاء المشكو في حقهم لمعلومات تعد اسرارا الى وزارة الصحه تشمل بنود التعاقد بين شركتين وشركة سيرنر وكذا قيام المتهم الاخير بارسال الدفعات المسجله من الوزارة للشركة المشكو في حقها اتصلتمباشرة بوزارة الصحه .

وكان الثابت ان جريمة افضاء الاسرار عند الافضاء بوقائع لها صفة السريه من شخص مؤتمن عليها بحكم وضعه او وظيفته او مهنته بصورة مخالفه للقانون وقد اشترط المشرع لقيام هذه الجريمة توافر الركن المادي المتمثل بافشاء السر او استعماله وبصفه خاصه في الجاني بان يكون ذا مهنه معينة مع ضرورة توافر القصد الجنائي كما حدد لها عقوبه في صورتها البسيطه وقر لها ظرفا مشدد للعقاب :

اولا الركن المادي : لتحقق الركن المادي لهذه الجريمة يشترط توافر العناصر الاتيه :

يتمثل بوقائع يصدق عليها انها من اسرار المهنه وفعلا اجرامي يتمثل بافشاء او استعمال لتلك الاسرار وشخص يلزمة القانون بالكتمان وبناء على ما سبق ذكره لا تحقق للواقعه صفة السر اذا لم يكن هناك مصلحه في كتمانها كما لو كانت الواقعه لا تتصل بشخص ما او اذا كانت المصلح في حصر نطاق العلم بالواقعه لا يقرها القانون وعل ذلكاذا افضى شخص الى صاحبه مهنه بارتكاب جريمة ما فقام الاخير بافشائها فلا يتحقق بهذا افشاء جريمة افضاء السر لكون المصلحه في الكتمان مثل هذه الحالة تكون غير مشروعه .

ومتى كانت الواقعه سرا وفقا لمعيار المصلحه فانه يستوى ان يكون صاحبها قد طلب ممن اؤتمن عليها كتمانها او لم يطلب ، وتطبيقا لذلك قضى بانه * يعد في حكم السر كل امر يكون بطبيعته او بالظروف

النيـابـة العـامـة
**Public Prosecution**
نيابة أبو ظبي الكلية
**Abu Dhabi Prosecution**

دائـرة الـقـضـاء
**JUDICIAL DEPARTMENT**



المحيطه به سرا ولو لم يطلب المجني عليه كتمانه صراحة * .

وتظل للواقعه صفة السر حتى تصبح علنية والضابط في ذلك هو معرفة الناس به علما يقينيا وبدون تمييز طالما كانوا جميعا يلتزمون بالكتمان وكانت ثمة صله تربط بينهم وتطبيقا لذلك قضت محكمة ويقوم القصد الجرمي على عنصرين : العلم والاراده — حيث يقتضي علم الجاني بان للوقعه صفه سريه وان هذا السر لم يتصل الى علمه الا عن طريق مهنته او صناعته او وظيفته وان صاحبه لا يرضى بافشائه وعلى ذلك ينقضي القصد اذا كان المتهم يجهل ان ما يذيعه سرا كما لو اعتقد الطبيب ان المرض الذي اكتشفه ليس سرا فاذاعه او اذا اعتقد محامي ان الواقعه التي اخطره بها موكله هي لانذار الخصم في شأنها فابلغه بها ويعد القصد منتفيا كذلك باعتقاده بأن المجني عليه راض بافشائه .

مما يفيد الزامها باي صورة قانونية يمكن ان تكون محدده تحديدا كافيا يلقي على كاهلها مسئولية عدم افشاء معلومات معينة بل فقط الالتزام بعدم الافشاء و لابد ان يكون محددا ومرتبطا هذا الالتزام بطبيعة هذه المعلومات سواء كان ذلك باي صورة من صور الاثبات

( ص 1002 من قانون العقوبات الاتحادى للمستشار محمد محرم طبعة 1992 )

" و لما كان المقرر أيضا أن الاحكام الجنائية التي تبني علي الجزم و اليقين لا تؤسس علي الظن و التخمين من الظروف و الاعتبارات الموجوده."

(النقض 1997/2/6 س 27،39 180 — طعن رقم 515 س 46 ق)

كما "أن العبرة في الاثبات في المواد الجنائية هي باقتناع القاضي و اطمئنانه بالأدلة المطروحه عليه و له أن يأخذ بأي دليل يرتاح اليه الا اذا قيده القانون بدليل معين ينص عليه."

(الطعن رقم 277 لسنة 47 ق جلسة 1977 س 27 ص 786)

ولما كانت النيابة العامه هى الأمينه على الدعوى الجنائية وكان قضاء النقض قد استقر على ان الاحكام الجنائية يجب ان تبنى على الجزم واليقين من الواقع الذى يثبته الدليل المعتبر ولا تؤسس على الظن والاحتمال من المفروض والاحتمالات المجردة

(نقض 1977/2/6 س28-19- 18 طعن رقم 46/515 ق )

الا انه بوضع الواقعة على بساط البحث القانوني المتاني سرعان ما تنحسر تلك الشبهه عن الاوراق اية ذلك ودليله ان الثابت فقها وقضاء ان تلك الجريمة تقوم اذا ما اقترن الركن المادي ليس فقط بنقل اي معلومه من المتهمة الى الاخرين الا ان الامر يفترض اولا ان تكون هذه المعلومه تشكل سرا بداية اذ ليس كل معلومه منقوله تعتبر سرا وان يكون هناك التزام قبل المتهم يلزمه بعدم افشائه معلومات بعينها بحسبانها اسرارا اذ لا يستقيم الامر بكون كل ما يطلع عليه المتهم من معلومات من قبيل الاسرار التي لا يجوز البوح بها القانون اشترط في المعلومات التي يرتكب بصددها الركن المادي للجريمة ان تتوافر فيها قدرا من السرية وعدم اتشاحها بهذه السرية يزول عنها التجريم وعلي اي حال فان القانون يشترط ايضا الركن الرابع من اركان الجريمة وهو افشاء الاسرار عن قصد جنائي يتجه الى الافشاء فقد خلت الاوراق من اي علاقه تعاقديه ثابت بها التزامات متبادله تحمل في طياتها الشروط سالفة الذكر حتى تستطيع النيابة العامة ومن بعدها قضاء الحكم ان تقيم الدليل اولا ان ما افشاه المتهمين من معلومات يعد سرا وانه ملتزم تجاه القانون بعدم افشاءه وليس كل معلومه منقوله من المتهم الى الغير تقوم بها جريمة افشاء الاسرار بفرض تحققها بل ان الاوراق ايضا خلت حتى من وجود واقعه ماديه بالقائه هذا الالتزام على عاتق المتهمين يمكن اثباتها بشهادة الشهود او القرائن حتى تتأكد النيابه العامه اعمالا منها بقواعد التحقيق بحثا عن الحقيقه واثبات ان ما ابلغ به الشاكى يعد ايضا طبقا للشروط والاركان السالف تشكل النموذج الاجرامى لجريمة افشاء الاسرار باثبات اولا ان ما ادلى به يعد سرا وانه اطلع عليه بحكم وظيفته وان هناك التزام عليه بعدم الافضاء به الى الغير واخيرا اثبات الواقعه

النيابة العامة
**Public Prosecution**
نيابة أبو ظبي الكلية
**Abu Dhabi Prosecution**



دائـرة الـقـضـاء
JUDICIAL DEPARTMENT

المادية بشان الافضاء به الى الغير واثبات ذلك على وجه يقينى يولج فى يقين قضاء الحكم برسوخ اركان الجريمه فى يقينها اما وان دليل الشاكي على قيام الجريمه من ان الشركة امشكو في حقها قد التفت على شركته بالاتصال المباشر بوزارة الصحه دونما الرجوع الى الشركة الشاكيه فان الثابت بالصورة الضوئيه للعقد المقدمه من الشاكي بالبند (ف) والتي تحمل التعاقد والالتزامات المتبادله بين شركة المشكو في حقها والشركة الشاكيه انما ينص على انه لا يمنع العميل شركة سيرنر من الاتصال مباشرة مع وزارة الصحه بالامارات فضلا عن ان اغلب بنود العقد انما جاءت لتتضمن ذكر وزارة الصحه كطرف مما يستخلص منه ان الاخير هي ركن ركين في تلك العلاقه التي تربط الشركه الشاكيه بالمشكو في حقها وانها على علم ودرايه بكل صغيره وكبيره في هذا التعاقد وهو امرا من مقتضيات الامور كون ان بفرض اتصال علم وزارة الصحه بطبيعة التعاقد بين الطرفين فان العقد بين شركة اي كبيتال وشركة سيرنر على نحو انفا وما تضمنته العلاقه بين هاتين الشركتين بما حوته من ادق التفاصيل لا يعد من قبيل الاسرار قبل وزارة الصحه لاسيما وان الجهه المدعى بالافشاء اليها هي الجهه صاحبة المشروع المنفذ والتي من اجله تعاقد الطرفين كما ونا طبيعة المشروع وهو حسبما جاء باقوال من سألوا بالتحقيقات انما هو خاص بميكنة وانشاء نظام معلوماتي يربط مستشفيات الدولة ومن ثم فان على هذا النحو يعد مشروعا قوميا يعد دقائقه من قبيل الامن القومي الذي يبيح لوزارة الصحه باعتبارها احدى مؤسسات الدولة ان يتصل علمها به تحقيقا للصالح العام حتى تطمئن الى استمرارية المشروع دون خلل او توقف وكان استخلاص مدى سرية المعلومه المدعى الافشاء بها هو من اطلاقات قاضي الموضوع ويسبقة في ذلك النيابة العامة بحسبانها قاضي التحقيق اذا ما بني هذا الاستخلاص على اسباب منطقية ومن ثم فان النيابة العامة تستخلص مما سلف ان ما ابلغ به الشاكي لا يعد سرا قبل وزارة الصحه ومن ثم لا يرتقي الى السلوك الذي يتطلبه الركن المادي للنموذج الاجرامي لتلك الجريمه فضلا عن تراخي الشاكي في الابلاغ الذي امتد على اكثر من عامين لم يتقدم خلالهم بشكايته كل ذلك نال من توافر اركان الجريمه وتوافر النموذج القانوني لتلك الواقعه واضحت معه الاوراق جديره بالامر فيها باستمرار قيدها بدفتر الشكاوى الاداريه وحفظها اداريا .

<u>لـذلـك</u>

نرى لدي الموافقه .
أولا : باستبعاد شبهة جريمة افشاء الاسرار من الاوراق .
ثانيا : استمرار قيد الاوراق بدفتر الشكاوى الادارية وحفظها اداريا .

رئيس نيابة أول
وائل حسين

**Date: 04.05.2017**

### Resolution Memorandum

### Regarding Case No. 668/2017

Whereas the facts are summed up as follows: the Plaintiff, owner of iCapital, announced that the company concluded a contract with the Ministry of Health for the procurement and installation of a computer software. Indeed, the company concluded a contract with Cerner Middle East for the procurement of the software for iCapital to execute the contract with the Ministry of Health. During the project execution, the Ministry of Health requested the replacement of the American system software with the English system software and notified Cerner about it. However, since Cerner neglected to implement, the Ministry of Health requested the recruiting of another company. Moreover, [the Plaintiff] was surprised to see that the contract was terminated and that Cerner concluded a direct contract with the Ministry of Health, accusing the Plaintiff to disclose the prices offered by Cerner to iCapital, which would reveal its profit margin with the Ministry of Health; and to hand information pertaining to the payments made by the Ministry of Health to the company via a letter; and the fact that the project manager at the Ministry of Health sent the contract concluded between the Ministry of Health and the Plaintiff to Cerner; and the company incurred losses due to such disclosure of confidential information.

During the public prosecution investigations, the accused, James Richard Macey, a Canadian national, Cerner Accounts Manager, denied the accusations leveled against him and affirmed that his company concluded a contract with iCapital, which did not meet its obligations, and the contract ended in 2013. Then the Ministry of Health asked his company to conclude a direct contract. During the contract with iCapital, they were working with the Ministry of Health as a single team, and the Ministry of Health was responding accordingly.

During the public prosecution investigations, Mike Alan Pomerance, a US national, Cerner Managing Director, denied the accusations leveled against him and affirmed the same as aforementioned.

Whereas in the legal characterization, the facts lead to a suspicion of a felony and offence of disclosing confidential information pursuant to Art. 379 of the Penal Code issued by Federal Law No. 3 of 1987.

The foundation of such suspicion is what the Plaintiff affirmed during the public prosecution investigations about the Defendants' disclosure of confidential information to the Ministry of Health, including the contract clauses between two companies and Cerner. The second accused also sent the registered payments made by the Ministry of Health to the Defendant Company, which contacted the Ministry of Health directly.

A felony of illegally disclosing confidential information takes place when a trusted person uses their position or profession to disclose confidential information. According to legislators, for such a felony to take place, there must be a material element, represented by the disclosure or private use of confidential information, with criminal intent, by a perpetrator who has a certain position or profession. Legislatorsalso specified a penalty in its simple form coupled with severe punishment:

First. The Material Element: For the material element to be present in this crime, the following elements must exist:

The facts that are believed to be professional secrets, and a criminal act that is the disclosure or use of such secrets by a person legally bound to confidentiality, are not deemed confidential if there is no interest in their confidentiality. Moreover, if the facts are not linked to a person or if interest dictates to restrict knowledge about the facts, they are not legally accepted. If a person leads another person to commit a crime and the latter discloses it, then such disclosure shall not be a crime since interest in maintaining confidentiality in such a case is illegal.

When facts are confidential based on the interest component, their holder may have or have not asked or the person he entrusted with them to keep them confidential, and therefore what is considered to be confidential is so by nature or circumstances, even if not explicitly asked to be kept confidential by the Defendant.

Facts remain confidential until they become public, which is when people are aware of such facts without any discrimination, as long as they all were keeping the secret and there was a link between them. Therefore, criminal intent is based on two elements: knowledge and will, as the perpetrator must be aware that certain facts are confidential and that he was only made aware of them through his position or profession, and that the holder of such facts does not wish to disclose them. Consequently, there is no criminal intent if the accused did not know that what he was making known was in fact confidential, just like when a doctor believes that a disease he discovers is not confidential and publicizes it, or when a lawyer believes that his client gave him information to notify the opponent.

To be legally bound, the nature of information must be sufficiently specific for someone to be held responsible for failure to maintain the confidentiality of such information, and such obligation is bound to be linked to the nature of such information, whether in any form of proof.

(P. 1002 of the Federal Penal Code of Mohammad Moharram, 1992 edition)

"It is also acknowledged that criminal judgments based on assertion and certainty shall not be based on conjecture and conjecture of existing circumstances and considerations"

(Cassation 6.2.1997 S 27, 180 39 – Challenge No. 515 S 46 Q)

In addition, "proof in criminal evidence is the judge's conviction and satisfaction with the evidence presented to him, and he may accept any evidence he wishes, unless bound by the law with specific evidence".

(Challenge No. 277 of 47 Q session of 1977 S 27 P. 786)

Whereas the Public Prosecution is the custodian of the criminal case and the Cassation Court has determined that criminal judgments must be based on assertion and certainty of the reality established by the evidence and not based on the presumption and probability of the supposed and abstract possibilities.

(Cassation 6.2.1977 S 18-19-28 Challenge No. 46Q/515)

However, by placing the facts in the legal framework, doubts quickly vanished, since the evidence in jurisprudence and in court is that this crime is committed if it is linked to the material element, and not only to the transmission of information by the accused to others. However, this requires first for such information to be confidential, since not all transmitted information is confidential. The accused must be bound by an obligation to refrain from disclosing certain information that is deemed confidential, since it is not true that all information that the accused is aware of is confidential and must not be disclosed. The information for which the material element of the crime is committed should be subject to a certain degree of confidentiality and any lack thereof removes the principle of criminalization. In any case, the law also provides for the fourth element of crime, which is the disclosure of secrets with criminal intent. The papers do not include any contractual relationship proving mutual obligations with the aforementioned conditions, so that the Public Prosecution and then the Court of Cassation can have evidence that the information disclosed by the accused is considered to be confidential and that he are bound by the law to refrain from disclosing it. Not every information transmitted by the accused to others is considered to be a crime of disclosure. The papers also lack evidence of a material element making the accused bear this obligation. This can be demonstrated by witness or peer statements to be verified by the Public Prosecution in search for the truth, to prove that the Plaintiff's statement is also in line with the aforementioned conditions, which set the criminal framework for the felony of disclosing confidential information. This takes place firstly by proving that the information he transmitted is considered confidential and that he had access to it because of his position, and that there is an obligation to refrain from disclosing such information to others. This is in addition to proving the material facts regarding disclosure to others before the Court of Cassation with the elements of the crime. As for the Plaintiff's evidence of the occurrence of the crime that the Defendant Company damaged his company by contacting the Ministry of Health directly without referring to the Plaintiff Company, it is evident from the contract scan submitted by the Plaintiff in paragraph F, which includes the agreement and mutual obligations between the Defendant Company and the Plaintiff Company, that the Client does not prevent Cerner from getting in direct contact with the Ministry of Health in the United Arab Emirates. Moreover, most of the contract clauses include the mention of the Ministry of Health as a Party, and thus it is a pillar in the relationship between the Plaintiff Company and the Defendant Company. It is aware of all the details, big or small, pertaining to this agreement and therefore such relationship between the two companies may

not be deemed confidential with respect to the Ministry of Health, especially that the party accused of disclosure is behind the execution of the project for which the two parties concluded a contract. Moreover, the nature of the project according to replies given during the investigation is the design and installation of a computer system linking state hospitals. As such, it is a national project linked to national security and therefore the Ministry of Health, as a state institution, may be made aware of it for the sake of public interest. In this way, the Ministry of Health can ensure the continuity of the project without any flaws or interruptions. The extent of the confidentiality of the disclosed information is determined by the Judge of the case, preceded by the Public Prosecution in its capacity of investigating judge, if such determination is based on logical reasons. Moreover, the Public Prosecution concludes from the aforementioned that the information given by the Plaintiff is not deemed confidential to the Ministry of Health and is therefore not considered to be the conduct corresponding to the material element for criminal intent. Furthermore, since the Plaintiff waited two years to file a complaint, all this affected the availability of the crime elements and legal framework of the facts, and the papers are worthy of continuing to be registered at the Office of Administrative Complaints and kept in administrative custody.

**<u>Therefore</u>**

We advise the following upon approval:

First: Remove the mention of the crime of disclosing secrets from the papers.

Second: Continue the registration of the papers at the Office of Administrative Complaints and keep them in administrative custody.

First Chief Prosecutor

Wael Hussein

# EXHIBIT 9

# UNITED ARAB EMIRATES 2015 HUMAN RIGHTS REPORT

## EXECUTIVE SUMMARY

The United Arab Emirates (UAE) is a federation of seven semiautonomous emirates with a resident population of approximately 9.2 million, of whom an estimated 11 percent are citizens. The rulers of the seven emirates constitute the Federal Supreme Council, the country's highest legislative and executive body. The council selects a president and a vice president from its membership, and the president appoints the prime minister and cabinet. In 2009 the council selected Sheikh Khalifa bin Zayed al-Nahyan, ruler of Abu Dhabi emirate, to a second five-year term as president. Crown Prince Mohammed bin Zayed al-Nahyan exercises most executive authority. The emirates are under patriarchal rule with political allegiance defined by loyalty to tribal leaders, leaders of the individual emirates, and leaders of the federation. A limited appointed electorate participates in periodic elections for the partially elected Federal National Council (FNC), a consultative body that examines, reviews, and recommends changes to legislation, consisting of 40 representatives allocated proportionally to each emirate based on population. There are no political parties. In October the appointed electorate of approximately 224,000 citizens, making up one-fifth of the total citizen population, elected 20 FNC members. The rulers of the individual emirates appointed the other 20. Citizens may express their concerns directly to their leaders through traditional consultative mechanisms such as the open majlis (forum). Topics of legislation also emerge through discussions and debates in the FNC. Civilian authorities maintained effective control over the security forces.

The three most significant human rights problems were the inability to change government; limitations on civil liberties (including the freedoms of speech, press, assembly, association, and internet use); and arrests without charge, incommunicado detentions, and lengthy pretrial detentions.

Other reported human rights problems included a lack of government transparency; police and prison guard brutality; governmental interference with privacy rights, including arrests and detentions following individuals' internet postings or commentary; and a lack of judicial independence. Domestic abuse and violence against women remained problems. Noncitizens faced legal and societal discrimination. Legal and societal discrimination against persons with HIV/AIDS and based on sexual orientation and gender identity remained problems. Trafficking in persons, mistreatment and sexual abuse of foreign domestic servants and other migrant workers, and discrimination against persons with disabilities

remained problems, although the government took steps to prevent them. The government restricted worker rights. Lack of governmental transparency and access made it difficult to assess the extent of many reported human rights problems, such as conditions surrounding detentions in state security cases, and discrimination and societal abuses of women and children.

The government took steps to investigate allegations of official corruption and officials who reportedly committed other violations.

**Section 1. Respect for the Integrity of the Person, Including Freedom from:**

**a. Arbitrary or Unlawful Deprivation of Life**

There were no reports the government or its agents committed arbitrary or unlawful killings.

**b. Disappearance**

There were reports of disappearances of individuals allegedly involved in state security cases. For example, human rights organizations claimed Muawiya al-Ruwahi, an Omani writer and blogger, disappeared on February 24 while attempting to enter the country from Oman. Allegedly his last telephone call prior to his disappearance was to another Omani activist, Mohammad al-Fazari, stating border security officials had taken his travel documents and not allowed him to enter the country. Muawiya's whereabouts were unknown for several months before reports surfaced that authorities transferred him to a prison in Abu Dhabi for trial before the State Security Court. On November 9, nongovernmental organizations (NGOs) reported al-Ruwahi appeared before the Federal Supreme Court and was transferred to Sheikh Khalifa Medical City hospital to address health concerns.

**c. Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment**

The constitution prohibits such practices; however, there were reports of police and prison guard brutality in state security cases. Amnesty International (AI) claimed the government tortured and otherwise ill-treated certain prisoners, such as 69 individuals who remain in prison since their conviction in 2013 for belonging to a banned group with alleged links to the Muslim Brotherhood.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 16 of 129

There were allegations of detainees held in state security cases being tortured. Human Rights Watch (HRW) reported techniques used by authorities to include beatings, forced standing, and threats to rape or kill, including by electrocution. Detainees reported to HRW state security officers blindfolded, handcuffed, and shackled them to the floor of a vehicle. In May the special rapporteur for the Human Rights Council issued a report citing credible information regarding beatings, assaults, threats, exposure to bright light or extreme temperatures, and other mistreatment carried out in unofficial places of detention. Detainees at state security facilities reported the use of mock executions, in which prison guards blindfolded a detainee and dangled a noose in front of him, joked he would be executed, and then had him sign a confession. Detainees also reported being whipped, sleep deprived, electroshocked by taser gun, drugged, given laxatives then deprived of the use of a bathroom, and forced to stand under an air conditioner after having water poured on them.

Sharia (Islamic law) courts, which adjudicate criminal and family law, have the option of imposing flogging as punishment for adultery, prostitution, consensual premarital sex, pregnancy outside marriage, defamation of character, and drug or alcohol abuse. The penal code also requires all individuals to pay diya (blood money) to victims' families in cases where accidents or crimes caused the death of another person. There were reports courts imposed these punishments. In some cases sharia courts imposed more severe penalties during the month of Ramadan. There were also reports courts applied these punishments more strictly to Muslims. Multiple Western consulates reported courts imposed flogging as a punishment in some of the northern emirates.

**Prison and Detention Center Conditions**

Prison conditions varied widely among the individual emirates and between regular prisons and state security detention facilities. There were reports individuals within state security detention facilities were mistreated.

Physical Conditions: The government did not release statistics on prison demographics and capacity. Some prisoners reported poor sanitary conditions, poor temperature control and overcrowding.

There was no information available on whether prisoners with HIV/AIDS received appropriate health care. Medical care was generally adequate in regular prisons, although some prisoners reported that insufficient overnight supervision meant authorities did not treat medical problems promptly. In addition media reports

stated some detainees in State Security Department custody do not receive adequate access to medical care.

Prisons attempt to accommodate persons with disabilities based on their specific needs, such as by placing a wheelchair user on a lower floor. Reportedly it is common for authorities to grant a humanitarian pardon in cases where a person with a disability has been convicted of a minor offense.

Administration: Authorities did not make records public. Judicial authorities did not use alternatives to sentencing for nonviolent offenders. Some state security detainees did not have access to visitors. Although prisoners had a right to submit complaints to judicial authorities, details about investigations into complaints were not publicly available and there were no other independent authorities to investigate credible allegations of inhuman conditions. There was no publicly available information on whether or not authorities investigated credible allegations of inhumane conditions.

Independent Monitoring: The government permitted charitable NGOs to visit prisons and provide material support. Members of the government-sanctioned Emirates Human Rights Association (EHRA) met with prisoners during regular visits to detention facilities and reported their findings to federal Ministry of Interior (MOI) officials. Their reports were not publicly available. Authorities did not grant regular consular access for State Security Department detainees.

## d. Arbitrary Arrest or Detention

The constitution prohibits arbitrary arrest and detention; however, the government reportedly often held persons in custody without charge or a preliminary judicial hearing. The law permits indefinite detention, including incommunicado detention, without appeal. Authorities withheld detainee contact with attorneys, family members, or others for indefinite or unspecified periods.

In cases of detained foreign nationals, which in view of the country's demographic breakdown were the vast majority of cases, the government often did not notify the appropriate diplomatic missions, as required under the Vienna Convention on Consular Relations, to which the country is a signatory. In state security cases, this practice meant available information about the status of an individual was very limited.

*Country Reports on Human Rights Practices for 2015*
*United States Department of State • Bureau of Democracy, Human Rights and Labor*

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 18 of 129

At times authorities treated prisoners arrested for political or security reasons differently from other prisoners. A separate government entity, the State Security Department, often handled these cases, and held prisoners and detainees in separate undisclosed locations.

In February human rights organizations alleged authorities arrested Asma, Mariam and Alyaziah al-Suwaidi, sisters of imprisoned Emirati dissident Issa al-Suwaidi, and held them in secret detention for three months. AI reported authorities did not allow the sisters outside contact and did not inform them or their families of the charges against them. Advocacy groups speculated the sisters' social media campaigning on behalf of their brother led to their arrests.

Human rights organizations reported two Libyan-Americans were arrested on security-related grounds in August 2014. Authorities did not inform their families or relevant consular missions. They were denied access to legal counsel and they claimed to have been tortured while in detention (see section 1.c. for additional information on the use of torture in state security detention facilities). They remained in detention without charge, access to legal counsel, or adequate medical treatment as of November.

**Role of the Police and Security Apparatus**

Each of the seven emirates maintains a local police force called a general directorate, which is officially a branch of the federal Ministry of Interior. All emirate-level general directorates of police enforce their respective emirate's laws autonomously. They also enforce the country's federal laws within their emirate in coordination with each other under the federal ministry, but the manner in which they did so varied. The federal government maintains federal armed forces for external security.

The MOI emirate-level police and federal security forces, and the government had effective mechanisms to investigate and punish abuse and corruption. There were no reports of impunity involving security forces during the year.

**Arrest Procedures and Treatment of Detainees**

Police stations received complaints from the public, made arrests, and forwarded cases to the public prosecutor. The public prosecutor then transferred cases to the courts. The law prohibits arrest or search of citizens without probable cause; however, incidents occurred. There were reports security forces failed to obtain

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 19 of 129

warrants in some cases. Police must report an arrest within 48 hours to the public prosecutor, and police usually adhered to the deadline. The law requires prosecutors to submit charges to a court within 14 days of the police report and to inform detainees of the charges against them; however, authorities did not always meet to this requirement.

Public prosecutors may order detainees held as long as 21 days without charge or longer with a court order. Judges may not grant an extension of more than 30 days of detention without charge; however, they may renew 30-day extensions indefinitely. Public prosecutors may hold suspects in terrorism-related cases without charge for six months. Once authorities charge a suspect with terrorism, the Federal Supreme Court may extend the detention indefinitely.

There is no formal system of bail; however, authorities may temporarily release detainees who deposit money, a passport, or an unsecured personal promissory statement signed by a third party. In accordance with the law, authorities may deny release to defendants in cases involving loss of life, including involuntary manslaughter. Authorities released some prisoners detained on charges related to a person's death after the prisoners completed *diya* (blood money) payments.

A defendant is entitled to an attorney after police complete their investigation. Police sometimes questioned the accused for weeks without permitting access to an attorney. The government may provide counsel at its discretion to indigent defendants charged with felonies punishable by imprisonment of three to 15 years. The law requires the government to provide counsel in cases in which indigent defendants face punishments of life imprisonment or the death penalty. Authorities held some persons incommunicado.

Arbitrary Arrest: There were reports the government committed arrests without informing the individual of the charge, notably in cases that allegedly violated state security regulations. In these cases, authorities did not give notice to the individual or to family members regarding the subject of the inquiry or arrest. Authorities did not permit the individual access to attorneys, give prompt court appearances, or afford consular notification.

Authorities held citizens and noncitizens incommunicado and at undisclosed locations. According to AI, in February authorities in Dubai arrested Egyptian national Sameh Bassiouni for allegedly falsely reporting a crime. Convicted and sentenced to one month in jail, AI reported authorities held him in an unknown

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 20 of 129

location for a period considerably longer than his sentence. AI further stated Bassiouni did not receive necessary medication and that he lost significant weight.

Pretrial Detention: Lengthy pretrial detention occurred, especially in cases involving state security. There was no estimate available on the percentage of the prison population in pretrial status.

Amnesty: On religious and national holidays rulers of each emirate pardoned and paid the debts of many prisoners.

## e. Denial of Fair Public Trial

The constitution provides for an independent judiciary; however, court decisions remained subject to review by the political leadership and were influenced by nepotism; authorities often treated noncitizens differently from citizens. There were reports the State Security Department interfered in judicial affairs. The judiciary consisted largely of contracted foreign nationals subject to potential deportation, further compromising its independence from the government. There is no functional separation between the executive and judicial branches.

By tradition the local rulers' offices, or diwans, maintained the practice of reviewing criminal and civil offenses before referring cases to prosecutors. The offices also reviewed sentences judges passed, approved the release of every prisoner who completed a sentence, and returned cases to appeals courts if they did not agree with verdicts.

## Trial Procedures

The constitution provides for the right to a fair trial, and the judiciary generally enforced this right.

The law presumes defendants innocent until proven guilty. By law a defendant enjoys the right to be informed promptly and in detail of the charges. The law requires all court proceedings be conducted in Arabic. Despite the defendant's procedural right to an interpreter, there were reports authorities did not always provide an interpreter or that quality was poor.

The constitution provides the right to a public trial, except in national security cases or cases the judge deems harmful to public morality. Consistent with the civil law system, there are no jury trials. Defendants have the right to be present at

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 21 of 129

their trials and have a limited right to legal counsel in court. While awaiting a decision on official charges at the police station or the prosecutor's office, a defendant is not entitled to legal counsel. In all cases involving a capital crime or possible life imprisonment, the defendant has a right to government-provided counsel. The government may also provide counsel, at its discretion, to indigent defendants charged with felonies punishable by imprisonment of three to 15 years. The law provides prosecutors discretion to bar defense counsel from any investigation. Defendants and their attorneys may present witnesses and question witnesses against them, and defense counsel has the right to access relevant government-held evidence, but this did not always occur, especially in state security cases. Defendants have the right not to be compelled to testify or confess.

Each court system has an appeals process. Convicted defendants may appeal death sentences to the ruler of the emirate in which the offense was committed or to the president of the federation. In murder cases, the victim's family must consent to commute a death sentence. The government normally negotiated with victims' families for the defendant to offer diya in exchange for forgiveness and a commuted death sentence. The prosecutor may appeal acquittals and provide new or additional evidence to a higher court. An appellate court must reach unanimous agreement to overturn an acquittal.

When authorities suspected a foreigner of crimes of moral turpitude, authorities sometimes deported the individual without recourse to the criminal justice system. In some cases foreigners charged with crimes are permitted to defend their cases while in bail status at the judge's discretion.

In June authorities pardoned Mahmoud al-Jaidah and deported him to his home country of Qatar. Al-Jaidah was sentenced to seven years in prison in March 2014 for aiding and abetting Dawat al-Islah (an organization linked to the Muslim Brotherhood), as well as illegally collecting funds.

**Political Prisoners and Detainees**

During the year there were persons reportedly held incommunicado and without charge for reasons related to their political views or affiliations.

The number of political prisoners, and particularly detainees held in prolonged detention without charge, could not be reliably ascertained. In many cases it was difficult to determine the legal basis for incarceration until the individual was charged. Those who remained imprisoned after trial typically were convicted of

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 22 of 129

terrorism-related crimes, and there often was not sufficient public information about the alleged crimes to judge whether these individuals had a credible claim to being political prisoners. International NGOs criticized the government for using overly broad anti-terrorism laws to arrest and detain those with suspected ties to political Islamist movements.

In the aftermath of the Arab Spring, the government restricted the activities of organizations and individuals allegedly associated with Dawat Al Islah and individuals critical of the government. As part of its security and counterterrorism efforts, the government issued or updated restrictive laws--such as the 2014 antiterrorism law--governing activities, including the use of the internet and social media. Numerous observers criticized these laws as overly broad and extending beyond security concerns by also outlawing activities and speech of a political nature.

For example, according to human rights organizations, in August authorities arrested Nassir bin Ghaith, an Emirati activist convicted previously in 2011 of insulting the leadership, incitement, and endangering national security. The government did not comment on the case, and authorities did not levy charges. HRW speculated his social media postings criticizing the Egyptian government precipitated his arrest.

**Civil Judicial Procedures and Remedies**

Citizens and noncitizens had access to the courts to seek damages for, or cessation of, human rights violations. The civil courts, like all courts, lacked independence. In some cases courts delayed proceedings. Administrative remedies are available for labor complaints, and authorities commonly applied them in cases regarding physical abuse of domestic workers.

**f. Arbitrary Interference with Privacy, Family, Home, or Correspondence**

The constitution prohibits entry into a home without the owner's permission, except when police present a lawful warrant, but there were credible reports security forces occasionally failed to obtain warrants. Officers' actions in searching premises were subject to review by the Ministry of Interior, and officers were liable to disciplinary action if authorities judged their actions irresponsible.

The constitution provides for freedom and confidentiality of correspondence by mail, telegram, and all other means of communication. There were reports,

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 23 of 129

however, the government censored some incoming international mail, wiretapped telephones, and monitored outgoing mail and electronic forms of communication illegally.

Local interpretation of sharia prohibits Muslim women from marrying non-Muslims and Muslim men from marrying women "not of the book," generally meaning adherents of religions other than Islam, Christianity, and Judaism. The law provides for corporal punishment for sexual relations and pregnancy outside of marriage.

The country employs judicial supervision for individuals considered at risk from relatives committing honor crimes against or otherwise harming them. Judicial supervision typically included housing individuals to provide for their well-being and for family mediation and reconciliation.

## Section 2. Respect for Civil Liberties, Including:

### a. Freedom of Speech and Press

The constitution provides for freedom of speech and of the press; however, the law prohibits criticism of national rulers and speech that may create or encourage social unrest; the government restricted the freedoms of speech and press.

Freedom of Speech and Expression: After the onset of the Arab Spring in 2011, authorities severely restricted public criticism of the government and ministers. The government continued to make arrests or impose other restrictions reportedly related to Islamist political activities and calls for democratic reforms.

On May 18, the Federal Supreme Court convicted five individuals, reportedly members of the Qatari intelligence service, of organizing an online campaign to damage the reputation of the country's leaders and state symbols by disseminating false information on websites and social media. Authorities convicted and sentenced four of the defendants in absentia to life in prison and fined them. The court convicted and sentenced the fifth, who stood trial, to 10 years in prison and a fine. On May 22, the president pardoned all five individuals.

Press and Media Freedoms: International NGOs categorized the press as not free. Except for media outlets located in Dubai and Abu Dhabi's free trade zones (and media targeted at foreign residents), the government owned most newspapers, television stations, and radio stations. All conformed to unpublished government

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 24 of 129

reporting guidelines.  The government also influenced the privately owned media, particularly through the National Media Council (NMC), which directly oversaw all media content.  Satellite-receiving dishes were widespread and provided access to uncensored international broadcasts.

International media and human rights organizations, including Freedom House, stated the government banned certain journalists and researchers from entering the country.

In March the government prevented a professor from a Western university from boarding a flight to Abu Dhabi to continue his research on labor rights problems in the country.  He had previously criticized labor conditions.

Censorship or Content Restrictions:  By law the NMC, whose members the president appoints, licenses and censors all publications, including private association publications.  The law authorizes censorship of domestic and foreign publications to remove criticism of the government, ruling families, or friendly governments; statements that "threaten social stability;" and materials considered pornographic, excessively violent, derogatory to Islam, or supportive of certain Israeli government positions.  According to the NMC and Dubai police officials, authorities did not give journalists specific instructions; however, government officials reportedly warned journalists when they published or broadcast material deemed politically or culturally sensitive.  Journalists commonly practiced self-censorship due to fear of government retribution, particularly since most journalists were foreign nationals and could be deported.  Authorities banned some books perceived as critical of the government, Islam, and Emirati and tribal culture, as well as books that supported the Muslim Brotherhood or its ideology and books containing anti-Semitic content.

In July authorities detained and deported an Australian woman for a Facebook posting that included a photo and comments about a car without a handicap sticker taking two reserved parking spaces.  Authorities alleged she violated the cybercrimes law pertaining to the privacy of the owner of the parked car.

In May authorities denied entry to the country for an AI representative scheduled to speak on migrant worker's rights at the Middle East Economic Digest Construction Leadership Summit.

Libel/Slander Laws:  The government used libel and slander laws to suppress criticism of its leaders and institutions.  The law criminalizes acts that defame

others through online or information technology means. Those who commit libel may face up to two years in prison; the maximum penalty for those convicted of libel against the family of a public official is three years in prison.

On July 20, the president signed the Anti-Discrimination Law that criminalizes acts that provoke religious hatred or insult religious convictions through any form of expression. It also criminalizes the broadcasting, publication, or transmission of provocative material by any means, including audiovisual film, printed media, or the internet.

In May the Federal Supreme Court sentenced Ahmad al-Wahdi to 10 years in prison and confiscated his electronic devices for creating a social media account that insulted the country's institutions and leadership. It was not clear under which law he was charged.

National Security: Authorities often cited the need to protect national security as the basis for laws that curb criticism of government or expression of dissenting political views. For example, the country's cybercrimes laws include broad limitations on using electronic means to promote disorder or "damage national unity." Human rights groups criticized these laws for excessively restricting freedom of speech.

**Internet Freedom**

The government restricted access to some websites and monitored chat rooms, instant messaging services, and blogs. Authorities stated they could imprison individuals for misusing the internet. Self-censorship was apparent in many chat rooms and blogs, and there were reports the Ministry of Interior monitored internet use in cyber cafes. The International Telecommunication Union estimated more than 90 percent of the population had access to the internet.

The country's two internet service providers, both linked to the government, used a proxy server to block materials deemed inconsistent with the country's values, as defined by the Ministry of Interior. Blocked material included pornographic websites and a wide variety of other sites deemed indecent, including those that dealt with dating and matrimony; lesbian, gay, bisexual, transgender, and intersex (LGBTI) issues; Judaism and atheism; negative critiques of Islam; testimonies of former Muslims who converted to Christianity; those postings that explained how to circumvent the proxy servers; and some transmissions that originated in Israel. The proxy servers occasionally blocked broad categories of websites. The service

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 26 of 129

providers populated their list of blocked sites primarily from lists purchased from private companies, although individuals could also report allegedly offensive sites to be blocked. Social and politically oriented sites remained either blocked or modified. International media sites accessed using the country's internet providers contained filtered content. The government also blocked some sites that contained content critical of ruling families. The Telecommunications Regulatory Authority was responsible for creating lists of blocked sites. Service providers did not have the authority to remove sites from blocked lists without government approval. The government also at least partially blocked voice-over-internet-protocol websites.

The law explicitly criminalizes use of the internet to commit a wide variety of offenses and provides fines and prison terms for internet users who violate political, social, and religious norms. The law provides penalties for using the internet to oppose Islam; to proselytize Muslims to join other religions; to abuse a holy shrine or ritual of any religion; to insult any religion, belief, sect, race, color, or ethnic group; to incite someone to commit sin; or to contravene family values by publishing news or photographs pertaining to a person's private life or family.

A cybercrime decree and the Anti-Discrimination Law provide for more severe penalties for violations and add to existing online communication limitations on freedom of speech to include prohibitions on criticism or defamation of the government or its officials; insults based on religion, belief, sect, race, color, or ethnic origin; insults directed at neighboring countries; and calls for protests and demonstrations.

In March authorities arrested a Western citizen upon his return to Abu Dhabi, accusing him of having violated the country's cybercrime law by posting derogatory comments about his employer while on leave outside the country. He was later deported.

**Academic Freedom and Cultural Events**

The government restricted academic freedom, including speech both inside and outside the classroom by educators, and censored academic materials for schools. The government required official permission for conferences that discussed political issues. Some organizations found it difficult to secure meeting space for public events that dealt with contentious issues.

Cultural institutions avoided displaying artwork or programming that criticized the ruling regime or religion. Self-censorship among cultural and other institutions,

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 27 of 129

especially for content presented to the public, was pervasive and generally directed at preventing the appearance of illegal works, including those deemed to promote blasphemy or addressing controversial political issues.

In May the government denied entry into the country of two artists who were members of the Gulf Labor Artists Coalition, reportedly on security grounds. The Sharjah Art Foundation had invited the artists to participate in a meeting. Gulf Labor has organized protests against the Guggenheim, which plans to build a museum in Abu Dhabi, alleging it has not done enough to provide protection for workers at the future Abu Dhabi worksite against labor abuses.

## b. Freedom of Peaceful Assembly and Association

The constitution provides for the freedoms of assembly and association; however, the government did not respect these rights.

## Freedom of Assembly

The law provides limited freedom of assembly. The government imposed some restrictions.

The law requires a government-issued permit for organized public gatherings. Authorities dispersed impromptu gatherings or protests and at times arrested participants. While there was no uniform standard for the number of persons who could gather, civil society representatives reported authorities could ask groups of four or more to disperse if they did not have a permit. The government did not interfere routinely with informal, nonpolitical gatherings held without a government permit in public places unless there were complaints. The government generally permitted political gatherings that supported its policies.

In April police in Ras al Khaimah dispersed a spontaneous protest by a group of foreign-born laborers angered at poor working conditions, which they said resulted in the April 11 death of one of their colleagues. Authorities reportedly deported the leaders of the protest.

## Freedom of Association

The law provides limited freedom of association. The government imposed some restrictions.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 28 of 129

Political organizations, political parties, and trade unions are illegal. All associations and NGOs are required to register with the Ministry of Social Affairs, and many received government subsidies. Domestic NGOs registered with the ministry were mostly citizens' associations for economic, religious, social, cultural, athletic, and other purposes. Registration rules require that all voting organizational members, as well as boards of directors, must be Emirati; this excluded almost 90 percent of the population from fully participating in such organizations.

Associations must follow the government's censorship guidelines and receive prior government approval before publishing any material. The Dubai government's Community Development Authority denied licenses to existing social groups.

In Abu Dhabi exhibitions, conferences, and meetings require a permit from the Tourism and Culture Authority. To obtain a permit, the event organizer must submit identification documents for speakers along with speaker topics and the government denied permits if it did not approve of the topic or speaker.

## c. Freedom of Religion

See the Department of State's *International Religious Freedom Report* at www.state.gov/religiousfreedomreport/.

## d. Freedom of Movement, Internally Displaced Persons, Protection of Refugees, and Stateless Persons

The law generally provided for freedom of internal movement, emigration, and repatriation, and the government generally respected these rights; however, the government imposed certain legal restrictions on foreign travel. The government cooperated with the Office of the UN High Commissioner for Refugees (UNHCR) and other humanitarian organizations in providing protection and assistance to refugees, asylum seekers, stateless persons, and other persons of concern. The lack of passports or other identity documents restricted the movement of stateless persons, both within the country and internationally.

At the sole discretion of emirate-level prosecutors, foreign nationals had their passports taken or travel restricted during criminal and civil investigations. There were reported cases of foreign nationals who faced significant difficulties because of the seizure of their passports. Some also had travel bans, which prohibited noncitizens from departing the country, placed on their names in immigration

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 29 of 129

systems.  Travel bans were also be placed on citizens; citizens of interest for reasons relating to state security, including former political prisoners, also encountered difficulties renewing official documents, resulting in de-facto travel bans.  Authorities did not lift travel bans until the completion of a case through the judicial system.  In cases of technical and complex violations of the law, particularly in the investigation of financial crimes, travel bans remained in place for three years or more.

Foreign Travel:  Authorities generally did not permit male citizens involved in legal disputes under adjudication and noncitizens under investigation to travel abroad.  Custom dictates that a husband may prevent his wife, minor children, and adult unmarried daughters from leaving the country by taking custody of their passports.  Without passports persons without citizenship or proof of citizenship (known as bidoon) could not travel internationally.

Citizenship:  The government may revoke naturalized citizens' passports and citizenship status for criminal or politically provocative actions.  In contrast to previous years, there were no reported cases of authorities revoking citizenship.

**Protection of Refugees**

UNHCR lacked formal legal status in the country separate from the UN Development Program; however, the government worked with UNHCR on a case-by-case basis to address refugee issues.  While the government did not formally grant refugee status or asylum to aliens seeking protection, the government allowed refugees to remain in the country temporarily on an individual basis--often for considerable periods--until UNHCR was able to find a solution, generally foreign-country resettlement.

In September the government stated it had granted residency permits to more than 100,000 Syrian nationals since the beginning of the Syrian civil war, bringing the total Syrian population in the country to approximately 240,000.  The government also sponsored programs outside of the country to help refugees, including funding a Syrian refugee camp in Jordan.

Access to Asylum:  The law does not provide for the granting of asylum or refugee status, and the government had not established a transparent, codified system for providing protection to refugees.  The government, however, generally did not send individuals who expressed a fear of return back to their country of origin against their will.

The government continued to detain selected persons seeking refugee status while they awaited resettlement to other countries. While the government extended informal protection from return to refugees in some cases, any such persons lacking legal residency status were technically subject to local laws on illegal immigrants and authorities could detain them. In some cases authorities confined individuals seeking protection at an airport to a specific section of the airport while they awaited resettlement.

<u>Access to Basic Services</u>: As access to employment, education, and other public services is based on an individual's status as a legal resident, persons with a claim to refugee status were generally not eligible for such benefits. The government provided or allowed access to some services on a case-by-case basis, often upon the intervention of UNHCR representatives.

**Stateless Persons**

Estimates suggested 20,000 to 100,000 bidoon, or persons without citizenship, resided in the country. Most bidoon lacked citizenship because they did not have the preferred tribal affiliation used to determine citizenship when the country was established. Others entered the country legally or illegally in search of employment. Because children derive citizenship generally from the father, bidoon children born within the country's territory remained stateless. The government has a naturalization process, and individuals may apply for citizenship. For example, children of female citizens married to noncitizens do not acquire citizenship automatically at birth, but their mothers may obtain citizenship for the children after submitting an application, which the government generally accepts. A foreign woman may receive citizenship through marriage to a citizen after 10 years of marriage. Anyone may receive a passport by presidential fiat.

Children of citizen mothers married to foreigners have the right to apply for citizenship, and the government has a committee to review such applications. In 2012 the government expanded the committee's mandate to review the applications of those bidoon who could satisfy certain legal conditions to be eligible for naturalization and subsequently could gain access to education, health care, and other public services. There were no reports of stateless persons receiving citizenship. Stateless persons were known to have taken another country's citizenship, namely that of the Republic of Comoros, to gain a passport and legal identification. Nevertheless, if authorities deported them, the Republic of Comoros would not accept these persons, and they had to find refuge elsewhere.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 31 of 129

Bidoon reportedly faced harassment by governing officials and were vulnerable because of their lack of legal status. They faced discrimination in employment and restricted access to medical care and education. Without passports or other forms of identification, their movement was restricted, both within the country and internationally.

## Section 3. Freedom to Participate in the Political Process

The law does not provide citizens the ability to choose their government in free and fair periodic elections based on universal and equal suffrage. Federal executive and legislative power is in the hands of the Federal Supreme Council, a body composed of the hereditary rulers of the seven emirates. It selects from its members the country's president and vice president. Decisions at the federal level generally are by consensus among the rulers, their families, and other leading families. The ruling families, in consultation with other prominent tribal figures, also choose rulers of the emirates.

Citizens could express their concerns directly to their leaders through an open majlis, a traditional consultative mechanism. Women attended some majlises, but male proxies reportedly voiced concerns of women in majlises closed to them. There were reports authorities occasionally held women-only majlises.

## Elections and Political Participation

Recent Elections: While there were no democratic general elections during the year, in October an appointed electorate of more than 224,000 members, representing approximately one-fifth of the total citizen population, elected 20 FNC members of the FNC, a 40-member consultative body with some legislative authority. Each emirate receives seats in the FNC based on population. Each emirate's ruler appoints that emirate's portion of the other 20 FNC members. The electorate appointment process lacked transparency. Approximately 35 percent of eligible voters participated, electing one woman among the 20 FNC members, with another eight appointed by their respective rulers.

Political Parties and Political Participation: Citizens did not have the right to form political parties. There were no reports of citizens attempting to form political parties during the year.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 32 of 129

Participation of Women and Minorities:  Although some traditional practices discouraged women from engaging in political participation, the government prioritized women's participation and running for office in the October FNC elections.  Women constituted 40 percent of the electoral pool appointed by the emirates' rulers and 22 percent of FNC candidates.  There were five women in the 24-member cabinet, two of whom held ministerial portfolios, and nine women, one elected, who served in the FNC.  In November a woman was elected speaker of the FNC.

Except in the judiciary and military, religious and racial minorities (including Shia) did not serve in senior federal positions.  Many judges were contracted foreign nationals.

## Section 4. Corruption and Lack of Transparency in Government

The law provides criminal penalties for official corruption, and the government generally implemented the law effectively.  There were isolated reports of government corruption.

Nepotism in government appointments and contract allocations existed.  The Ministries of the Interior and Justice and the state audit institutions are responsible for combating government corruption.

Corruption:  The government took steps to punish government corruption.  For example, in April authorities in Dubai sentenced two police officers to three years in jail for forging police reports.

Financial Disclosure:  There are no financial disclosure laws, regulations, or codes of conduct requiring officials to disclose their income and assets, although the operating instructions for the Federal National Council elections required all candidates to disclose sources of funding for their campaigns.

Public Access to Information:  The law provides for public access to government information, but the government followed this provision selectively.  Requests for access usually went unanswered.  There were no reports of public outreach activities or training for public officials to encourage the effective use of the law to access public information.

## Section 5. Governmental Attitude Regarding International and Nongovernmental Investigation of Alleged Violations of Human Rights

The government generally did not permit organizations to focus on political issues. Two recognized local human rights organizations existed: the government-supported EHRA, which focused on human rights problems and complaints such as those concerning labor conditions, stateless persons' rights, and prisoners' well-being and treatment; and the government-subsidized Emirates Association for Lawyers and Legal Council (formerly the Jurists' Association Human Rights Administration), which focused on human rights education and conducted seminars and symposia subject to government approval. Several EHRA members worked in the government and the organization received government funding. Nevertheless, the EHRA viewed itself as operating independently and with neutrality without government interference, apart from the requirements that apply to all associations in the country.

The government directed, regulated, and subsidized participation by NGO members in events outside the country. All participants must obtain government permission before attending such events. The government also restricted entry to the country by members of international NGOs. The Anti-Discrimination Law provides the legal basis for further restricting events such as conferences and seminars.

The United Nations or Other International Bodies: The government did not allow international human rights NGOs to be based in the country but, on a limited basis, allowed representatives to visit. In May, however, authorities prevented an AI representative from entering the country. There were no transparent standards governing visits from international NGO representatives.

## Section 6. Discrimination, Societal Abuses, and Trafficking in Persons

The constitution provides for equality of citizens without regard to race or social status. Additionally, the law (including the Anti-Discrimination Law) prohibits discrimination based on disability, religion, belief, sect, faith, creed, race, and ethnicity. Legal and cultural discrimination, however, existed and went unpunished. The law does not prohibit discrimination based on sex, political opinion, national origin, citizenship, sexual orientation, gender identity, age, language, or communicable diseases; however, the constitution states all persons are equal before the law. The government took some steps to advance the rights of women and promote their role in all sectors of society such as encouraging their participation as candidates in the October FNC election.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 34 of 129

**Women**

Rape and Domestic Violence:  The law criminalizes rape, which is punishable by death under the penal code.  The penal code does not address spousal rape.  The penal code allows men to use physical means, including violence, at their discretion against female and minor family members.  Punishments issued by courts in domestic abuse cases were often minimal.  According to local media, the Dubai Foundation for Women and Children dealt with 453 cases of domestic abuse at a shelter in Dubai during the first half of the year, an increase above 2014 attributed to increased awareness of domestic violence problems and avenues available for victims to seek help.

In general the government did not enforce domestic abuse laws effectively, and domestic abuse against women, including spousal abuse, remained a problem.  There were reports employers raped or sexually assaulted foreign domestic workers.  These cases rarely went to court, and those that did had few convictions.  In sharia courts, which are primarily responsible for civil matters between Muslims, the extremely high burden of proof for a rape case contributed to a low conviction rate.  Additionally, female victims of rape or other sexual crimes faced the possibility of prosecution for consensual sex instead of receiving assistance from authorities.

Victims of domestic abuse may file complaints with police units stationed in major public hospitals.  Social workers and counselors, usually female, also maintained offices in public hospitals and police stations.  Women, however, often were reluctant to file formal charges of abuse for social, cultural, and economic reasons.  There were domestic abuse centers in Abu Dhabi, Dubai, Ras al Khaimah, and Sharjah.

The government, in coordination with social organizations, undertook efforts to increase awareness about domestic violence, conducting seminars, educational programs, symposiums, and conferences.  The Dubai Foundation for Women and Children increased awareness about domestic violence by hosting workshops in schools and universities and by sponsoring radio advertisements about the services the organization offers to all those residing in or transiting the country.

Female Genital Mutilation/Cutting (FGM/C):  The law does not address FGM/C, although the Ministry of Health prohibits hospitals and clinics from performing the procedure.  The practice was rare and largely confined to foreign residents.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 35 of 129

<u>Sexual Harassment</u>:  The government prosecutes harassment via the penal code. Conviction of "disgracing or dishonoring" a person in public is punishable by a minimum of one year and up to 15 years in prison if the victim is under age 14. Conviction of "infamous" acts against the rules of decency is punishable by a penalty of six months in prison, and "dishonoring a woman by word or deed on a public roadway" is also a punishable offense.

<u>Reproductive Rights</u>:  Married couples have the right to decide freely the number, spacing, and timing of their children; have the information and means to do so; and have the right to attain the highest standard of reproductive health free from discrimination, coercion, and violence.  Authorities typically deported unmarried noncitizen workers who become pregnant.  Abortion is illegal; however, authorities may make exceptions if the pregnancy endangers the life of the mother. The government only provides access to contraception, obstetric and gynecologic services, prenatal care, and delivery care to married female citizens.  The government did not provide antenatal care for noncitizen pregnant women.

<u>Discrimination</u>:  The treatment of citizen and noncitizen women differed.  The treatment of Emirati women showed some signs of improvement, while noncitizen women continued to face women's rights abuses.

Women faced legal and economic discrimination.  The government's interpretation of sharia applies in personal status cases and family law.  The law forbids Muslim women to marry non-Muslims.  Unlike men, female citizens married to noncitizens do not automatically pass citizenship to their children.  A 2011 presidential decree gives children with Emirati mothers and non-Emirati fathers the right to apply for citizenship at age 18.  The government granted citizenship to the children of Emirati mothers during the year.  In August the government announced that children with citizen mothers and foreign fathers may enlist for national military service, which is required of citizens.

The law permits a man to have as many as four wives.  Women normally inherit less than men under the government's interpretation of sharia.  A son may inherit double what a daughter inherits when their parent dies.

For a woman to obtain a divorce with a financial settlement, she must prove her husband inflicted physical or moral harm upon her, abandoned her for at least three months, or had not maintained her upkeep or that of their children.  Alternatively, women may divorce by paying compensation or surrendering their dowry to their

husbands.  Strict interpretation of sharia does not apply to child custody cases, as courts have applied the "the best interests of the child" standard since 2010.

Sex outside of marriage is a crime, and the government may imprison and deport noncitizen women if they bear children out of wedlock.  Authorities arrested some individuals who were victims of sexual assault for engaging in sexual relations outside of marriage; authorities usually commuted prison sentences or fined the victims for other less serious offenses.

Women who worked in the private sector regularly did not receive equal benefits and reportedly faced discrimination in promotions and equality of wages (see section 7.d for additional information).

While foreign men working in the country could obtain residency permits for their families for three years, a foreign woman could obtain permits for her family only if she was working in a job deemed rare or with a specialty such as health care, engineering, or teaching.  Such a permit was renewable for one-year.

The government reported that 95 percent of citizen women pursued higher education after high school, and women constituted more than 70 percent of government university students.  Federal law prohibits coeducation in public schools and universities, except in the United Arab Emirates University's Executive MBA program and in certain graduate programs at Zayed University.  A large number of private schools, private universities, and institutions, however, were coeducational.

The government often excluded women from certain social benefits including land grants for building houses because tribal family law often designates men as the heads of families.

In February the government formed a Gender Balance Council to promote a greater role for female citizens who were working outside the home.  To date the council has primarily engaged in speaking and awareness raising activities.  The GWU also supported the rights of women, children, and families by introducing seminars, workshops, and conferences aimed at educating and empowering women.  The government requires female participation on the boards of government agencies and companies.

**Children**

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 37 of 129

Birth Registration:  Children derive citizenship generally from their parents.  The children of Emirati mothers married to foreigners, however, did not receive citizenship automatically.  The government registered births of bidoon, but it did not automatically grant them citizenship.

Education:  Education is compulsory through the ninth grade; however, compulsory education was not enforced, and some children did not attend school, especially children of noncitizens.  Noncitizen children could enroll in public schools only if they scored more than 90 percent on entrance examinations, which authorities administered only in Arabic.  The government provided free primary education only to citizens.  Public schools are not coeducational after kindergarten.  Islamic studies are mandatory in all public schools and in private schools serving Muslim students.

Child Abuse:  The law prohibits child abuse and the government has taken steps to increase awareness of the issue.  The government provided shelter and help for child victims of abuse or sexual exploitation.  Newspapers frequently advertised the Ministry of Interior's child abuse reporting hotline and carried stories of prosecutions of child abuse cases.  According to authorities, Dubai police recorded 26 cases of child abuse during the first nine months of 2015.  In October the Human Rights Department of the Ministry of Interior hosted a conference on combating child abuse.

Early and Forced Marriage:  The legal age of marriage for both men and women is 18.

Sexual Exploitation of Children:  The law criminalizes the sexual exploitation of children, with a minimum penalty for conviction of 10 years in prison.  Consensual sex is illegal outside of marriage, carrying a minimum penalty of one year in prison.  The penalty for conviction of sex with children under age 14 is life imprisonment.  Distribution and consumption of child pornography is illegal.

International Child Abductions:  The country is not a party to the 1980 Hague Convention on the Civil Aspects of International Child Abduction.  For further information, see the Department of State's report on compliance at travel.state.gov/content/childabduction/en/legal/compliance.html and country-specific information at travel.state.gov/content/childabduction/english/country/united-arab-emirates.html.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 38 of 129

## Anti-Semitism

There were no synagogues for the very small foreign Jewish population (which likely constituted less than 1 percent of the population); it could, however, conduct regular prayer services in private homes. Some media contained anti-Semitic remarks.

There were reports of anti-Semitic materials available at some book fairs.

## Trafficking in Persons

See the Department of State's *Trafficking in Persons Report* at www.state.gov/j/tip/rls/tiprpt/.

## Persons with Disabilities

The law prohibits discrimination against persons who have physical, sensory, intellectual, and mental disabilities in employment, education, air travel and other transportation, access to health care, or the provision of other state services; however, some discrimination occurred.

Public and private facilities provided education, health services, sports, and vocational rehabilitation for persons with disabilities; however, capacity was insufficient. Many of the facilities were reserved for citizens, thereby excluding noncitizen persons with disabilities. The Ministry of Social Affairs is the central body dealing with the rights of persons with disabilities and raising awareness at the federal and local level.

In accordance with the law, most public buildings provided some form of entry access for persons with disabilities.

Government entities, including the Ministry of Social Affairs, the Services for Educational Development Foundation for Inclusion, and the UAE Sports Organizations for Persons with Disabilities, sponsored conferences and workshops emphasizing the inclusion and integration of persons with disabilities into schools and workplaces. The Ministry of Social Affairs, which ran a number of rehabilitation centers, stated that the increased emphasis on integrating children with disabilities into regular schools opened up space in their rehabilitation centers to better accommodate persons with more significant disabilities.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 39 of 129

Various departments within the Ministries of Labor, Education, and Social Affairs are responsible for protecting the rights of persons with disabilities, and the government enforced these rights in areas related to employment, housing, and other entitlement programs. While enforcement was effective for jobs in the public sector, the government did not sufficiently encourage hiring in the private sector. The emirate of Abu Dhabi reserved 2 percent of government jobs for citizens with disabilities, and other emirates and the federal government included statements in their human resources regulations emphasizing priority for hiring citizens with disabilities in the public sector. Public sector employers provided reasonable accommodations, defined broadly, for employees with disabilities. The employment of persons with disabilities in the private sector remained a challenge due to a lack of training and opportunities, and societal discrimination.

The government sponsored several initiatives to host international conferences for persons with disabilities emphasizing rights, opportunities, and the importance of inclusion into society. The government also worked to improve the accessibility of parks, swimming pools, and other public areas.

The General Authority of Sports and Youth Welfare provided programs to promote the inclusion of persons with disabilities in sporting activities. The Disabled Sports Federation was established to support these initiatives.

Officials overseeing the FNC election assisted voters with disabilities, and polling stations had wheelchair ramps at both the men's and women's entrances, as well as specific voting machines dedicated to persons with disabilities.

**National/Racial/Ethnic Minorities**

Approximately 89 percent of the country's residents were noncitizens, more than half of whom originated from the Indian subcontinent. Societal discrimination against noncitizens was prevalent and occurred in most areas of daily life, including employment, education, housing, social interaction, and health care.

The law allows for criminalizing commercial disputes and bankruptcy, which led to discrimination against foreigners. Authorities enforced these laws selectively and allowed citizens to threaten noncitizen businesspersons and foreign workers with harsh prison sentences to assure a favorable outcome in commercial disputes. Under the penal code, those who issue checks with an insufficient account balance are punishable by detention or fine. By presidential decree citizens have immunity from prosecution for bounced checks.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 40 of 129

**Acts of Violence, Discrimination, and Other Abuses Based on Sexual Orientation and Gender Identity**

Both civil law and sharia criminalize consensual same-sex sexual activity. Under sharia individuals who engage in consensual same-sex sexual conduct are subject to the death penalty. Dubai's penal code allows for up to a 10-year prison sentence for conviction of such activity. There were reports of arrests for consensual same-sex activity.

Due to social conventions and potential repression, LGBTI organizations did not operate openly, nor were gay pride marches or gay rights advocacy events held. Information was not available on official or private discrimination in employment, occupation, housing, statelessness, or access to education or health care based on sexual orientation and gender identity. There were no government efforts to address potential discrimination.

By law wearing clothing deemed inappropriate for one's sex is a punishable offense. The government deported foreign residents and referred the cases of individuals who wore clothing deemed inappropriate to the public prosecutor. For example, in August authorities arrested and deported two men for being drunk and wearing women's clothing in public.

**HIV and AIDS Social Stigma**

Noncitizens and, to a lesser extent, citizens, with HIV/AIDS and other diseases faced discrimination. Legal protections regarding employment and education discrimination against individuals with HIV/AIDS, as well as free access to HIV treatment and care programs, existed for citizens; however, noncitizens did not have these rights. The government does not grant residency or work visas to persons with HIV/AIDS, tuberculosis, or leprosy. Noncitizens that test positive for these diseases may be detained and deported. Doctors are required to inform authorities of HIV/AIDS cases, reportedly discouraging individuals from seeking testing or treatment.

In June the Health Ministry, in conjunction with UNICEF, sponsored an awareness campaign aimed at educating youth between ages 16 and 24 about the risks of HIV/AIDS.

**Section 7. Worker Rights**

*Country Reports on Human Rights Practices for 2015*
*United States Department of State • Bureau of Democracy, Human Rights and Labor*

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 41 of 129

## a. Freedom of Association and the Right to Collective Bargaining

The law does not protect the right to organize, strike, or bargain collectively. The law does not permit workers to form or join unions. The labor law forbids strikes by public sector employees, security guards, and migrant workers. The law does not entirely prohibit strikes in the private sector, but allows an employer to suspend an employee for striking. In the private sector, the Ministry of Labor must approve and register individual employment contracts. The labor law does not apply to domestic and agricultural workers or to most workers in export processing zones.

Private sector employees may file collective employment dispute complaints with the Ministry of Labor, which by labor law acts as mediator between the parties. Employees may then file unresolved disputes within the labor court system, which forwards disputes to a conciliation council. Public sector employees may file an administrative grievance or a case in a civil court to address a labor-related dispute or complaint.

All foreign workers have the right to file labor-related grievances with the Ministry of Labor. The ministry sometimes intervened in foreign workers' disputes with employers and helped negotiate private settlements. The law provides for employers to request the government to cancel the work permit of, and deport for up to one year, any foreign worker for unexcused absences of more than seven days or for participating in a strike.

The government generally enforced labor law. The government granted some professional associations with majority citizen membership a limited ability to raise work-related issues, petition the government for redress, and file grievances with the government. Professional associations were not independent, and the Ministry of Labor had broad powers to interfere in their activities. For example, the Ministry of Labor had to license and approve professional associations, which were required to receive government approval for international affiliations and travel by members.

Foreign workers may belong to professional associations; however, they do not have voting rights and may not serve on association boards. Apart from these professional associations, in a few instances, some foreign workers came together to negotiate with their employers on issues such as housing conditions, nonpayment of wages, and conditions of work.

The threat of deportation discouraged noncitizens from voicing work-related grievances. Nonetheless, occasional protests and strikes took place, such as a strike by hundreds of workers in Dubai in March and a protest in Ras al Khaimah in April over pay. The government did not always punish workers for nonviolent protests or strikes, but it dispersed such protests during the year, and sometimes deported noncitizen participants.

In April an independent investigator released results of an inquiry into allegations that authorities mistreated, imprisoned, and subsequently deported workers who participated in a 2013 strike at a construction site of the New York University (NYU) in Abu Dhabi. The investigation concluded the contractor in question dismissed some strikers in compliance with labor law.

One of the activities of the government-supported NGO, EHRA, was to promote the rights of workers. It conducted unannounced visits to labor camps and work sites to monitor conditions and reported violations to the Ministry of Labor.

## b. Prohibition of Forced or Compulsory Labor

The law prohibits all forms of forced or compulsory labor; however, the government did not effectively enforce the law, particularly in the domestic labor sector.

The government took steps to prevent forced labor through continued implementation of the Wages Protection System (WPS) (see section 7.e.). The government continued to enforce fines for employers who entered incorrect information into the WPS, did not pay workers for more than 60 days, made workers sign documents falsely attesting to receipt of benefits, and made workers pay recruitment fees.

In September the government issued three decrees that aim to ensure that work is performed on a voluntary basis throughout the employment relation. The first decree addresses contract substitution by requiring a migrant worker to sign an offer letter in his home country, which is turned into a contract when he arrives in the United Arab Emirates. The second decree addresses ending the employment relationship, allowing either party to do so subject to certain requirements of notice and/or indemnification. The third decree addresses an employee's ability to switch employers without the consent of his current employer.

*Country Reports on Human Rights Practices for 2015*
*United States Department of State • Bureau of Democracy, Human Rights and Labor*

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 43 of 129

It was relatively common for employers to subject migrant workers, predominantly from South and East Asia and employed mainly in domestic work, but to some degree in construction work, to conditions indicative of forced labor. Such treatment typically included nonpayment of wages, withholding passports, threats and in some cases physical or sexual abuse.

The April independent investigative report on labor conditions at the NYU campus worksite (see section 7.a.) reported cases of involuntary passport retention, delays in wage payments, and some cases of involuntary overtime, particularly among subcontractors who employed approximately 30 to 35 percent of the workforce. Contrary to previous international media reports, the investigation did not find evidence to support allegations of substandard housing or of widespread labor mistreatment among the majority of workers directly contracted.

Some employers subjected domestic workers to physical, sexual, and emotional abuse; in a few cases, such abuse led to death. Local newspapers reported on court cases involving violence committed against maids and other domestic workers. For example, in July the Abu Dhabi criminal court convicted a husband and wife of enslaving and killing their maid.

In violation of the law, employers routinely held employees' passports, thus restricting their freedom of movement. Some employers reportedly prevented domestic workers from leaving the country by withholding their passports. Upon arrival in the country, employers required some foreign workers to sign contracts that had lower salaries or involved a different type of work than was stated in the original contracts signed in their country of origin, a practice known as "contract substitution."

Some employers required some foreign workers in the domestic and agricultural sectors to compensate them for hiring expenses by providing unpaid labor. In some cases employers illegally withheld wages as repayment for visa and other expenses that were their legal responsibility. Some employers did not pay their employees even after they satisfied these debts. Workers who had borrowed money to pay recruiting fees in their home countries spent most of their salaries trying to repay either the labor recruiters or lenders. These debts often trapped workers in exploitive work conditions.

Also see the Department of State's annual *Trafficking in Persons Report* at www.state.gov/j/tip/rls/tiprpt/.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 44 of 129

## c. Prohibition of Child Labor and Minimum Age for Employment

The law prohibits employment of persons under age 15 and includes special provisions regarding children ages 15 to 18. The law, however, excludes domestic and agricultural work, leaving underage workers in these sectors unprotected. There are separate provisions regarding foreign resident children age 16 or older. The Ministry of Labor is responsible for enforcing the regulations and generally did so effectively; violations were uncommon.

## d. Discrimination with Respect to Employment or Occupation

The Anti-Discrimination Law prohibits all forms of discrimination based on religion, ethnicity, or race, although without specific reference to employment. No specific law prohibits or regulates discrimination regarding sex, political opinion, national origin or citizenship, social origin, disability sexual orientation or gender identity, age, language, or communicable diseases with respect to employment or occupation. Women who worked in the private sector, however, regularly did not receive equal benefits and reportedly faced discrimination in promotions and equality of wages. In free zones, individualized laws govern employment requirements. For example, in the Dubai International Financial Center, employers may not discriminate against any person based on sex, marital status, race, national identity, religion, or disability. Nevertheless, job advertisements requesting applications only from certain nationalities were common and not regulated.

## e. Acceptable Conditions of Work

There is no minimum wage. There was little information on domestic, agricultural, or construction worker salaries or on public sector salaries.

The law prescribes a 48-hour workweek and paid annual holidays. The law states daily working hours must not exceed eight hours in the day or night shifts and provides for overtime pay to employees working more than eight hours in a 24-hour period.

There are government occupational health and safety standards. The law requires that employers provide employees with a safe work and living environment, including minimum rest periods and limits on the number of hours worked, depending on the nature of the work. For example, the law mandates a two and one-half-hour midday work break, from 12:30 p.m. to 3:00 p.m., between June 15 and September 15, for laborers who work in open areas such as construction sites.

The government may exempt companies from the midday work break if the company cannot postpone the project for emergency or technical reasons. Such projects include laying asphalt or concrete and repairing damaged water pipes, gas lines, or electrical lines.

Wage, overtime, and other working condition protections do not apply to workers in domestic services, agriculture, and other categories administered by the Ministry of Interior. These workers were vulnerable to unacceptable work conditions.

The Ministry of Labor was responsible for enforcing laws governing acceptable conditions of work for workers in semiskilled and professional job categories but did not do so in all sectors, including the informal sector and the domestic labor sector. To monitor the private sector, the ministry had active departments for inspection, occupational safety, combating human trafficking, and wage protection. The ministry periodically published statistics on its inspection and enforcement activities.

The Ministry of Interior was responsible for regulating domestic labor, and the enforcement of protections against workers was weaker in this segment. There was no information available on the informal economy or an estimate of its size; however, anecdotal reports indicate it was common for individuals to enter the country on a short-term visa and join the informal job sector.

The Ministry of Labor conducted inspections of workplaces--primarily construction sites and labor camps. The government also routinely fined employers for violating the midday break rule and published compliance statistics.

The government took action to address wage payment issues. Its vigorous implementation of the WPS and fines for noncompliance discouraged employers from withholding salaries to foreign workers under the jurisdiction of the Ministry of Labor. The WPS, an electronic salary-transfer system, allowed institutions to pay workers via approved banks, exchange bureaus, and other financial institutions, to assure timely and full payment of agreed wages. The WPS, however, did not apply to foreign workers under the authority of the Ministry of Interior, including domestic and agricultural workers. The Ministry of Labor dismissed approximately half of the complaints made to the "My Salary" hotline as not meeting the required criteria for salary complaints.

The Ministry of Labor continued its efforts to provide adequate health standards and facilities in labor camps, including food safety. It conducted regular

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 46 of 129

inspections of health and living conditions at labor camps and stated that it issued written documentation on problems to be corrected and reviewed them in subsequent inspections. During some inspections of labor camps, the ministry employed interpreters to assist foreign workers in understanding employment guidelines. The ministry operated a toll-free hotline in Arabic, English, Hindi, Urdu, Filipino, and other languages spoken by foreign residents through which workers were able to report delayed wage payments or other violations. Ministry of Labor mobile van units also visited some labor camps through which ministry officials informed workers of their rights.

In June 2014 the government instituted a revised standard contract for domestic workers. According to the government, the contract protects domestic workers under a binding agreement between employers and domestic workers. The contract provides for transparency and legal protections. Officials from some labor-sending countries criticized the process, saying it prevented foreign embassies from reviewing and approving the labor contracts of their citizens. As a result some countries halted their citizens' travel to the country to assume domestic labor positions.

The government allows foreign workers to switch jobs without a letter of permission from their employer. Labor regulations provide foreign employees the option to work without an employment contract or, in cases in which a contract was in force, to change employer sponsors after two years as well as within the first two years in certain cases. The government designed this regulation to improve job mobility and reduce the vulnerability of foreign workers to abuse. The regulation, however, did not apply to day laborers, construction workers, or domestic servants.

Violations of wage, overtime, and other labor regulations were common in sectors employing migrant workers, such as construction. Foreign workers frequently did not receive their wages from employers on time, and sometimes for extended periods. The weakness in protections for domestic and agricultural workers left them vulnerable to excessive work hours, nonpayment or underpayment of wages, and otherwise abusive or exploitative work conditions.

Each emirate enforced its own standards for housing accommodations. Dubai emirate required construction companies and industrial firms to appoint safety officers accredited by authorized entities to promote greater site safety. Some low-wage and foreign workers faced substandard living conditions including overcrowded apartments or unsafe and unhygienic lodging in labor camps.

Country Reports on Human Rights Practices for 2015
United States Department of State • Bureau of Democracy, Human Rights and Labor

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 47 of 129

A report released in April by Nardello and Company regarding working conditions during 2013 and 2014 at the NYU Abu Dhabi construction project stated workers often had to pay recruitment fees that employers did not reimburse and employers did not allow them to retain their passports.

There were cases in which workers were injured or killed on job sites; however, authorities typically did not disclose details of the deaths, including the adequacy of safety measures.

Reports of migrant worker suicides or attempted suicides continued. In some cases observers linked the suicides to poor working conditions and financial strain caused by heavy debts owed to labor recruitment agencies and low wages. The Dubai Foundation for Women and Children, a quasi-governmental organization, conducted vocational training programs with some elements aimed at decreasing suicidal behavior.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 48 of 129

# EXHIBIT 10



World Justice Project

# Rule of Law Index ®

2016

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 50 of 129

The *WJP Rule of Law Index 2016®* report was prepared by the World Justice Project's research team. The *Index's* conceptual framework and methodology were developed by Juan Carlos Botero, Mark David Agrast, and Alejandro Ponce. Data collection and analysis for the 2016 report was performed by Juan Carlos Botero, Alicia Evangelides, Amy Gryskiewicz, Camilo Gutiérrez Patiño, Mohammad Hamze, Matthew Harman, Roberto Hernández, Jeremy Levine-Drizin, Sarah Chamness Long, Joel Martinez, Alejandro Ponce, Christine S. Pratt, Kelly Roberts, and Quinn Walker, with the assistance of Lindsay Aramayo-Lipa, Loveridge Bere, Annette Coto, Megan Duffy, Mohammad Mujeeb, Niku Neshati, Alex Randall, Faith Rotich, Rosemarie Sandino, Marc Sepama, Adam Severance, Julie Smith, and Nathan Treacy.

Lead graphic designer for this report was Hunter Zachwieja.

Lead website designer was Dan McCarey, with assistance from Hunter Zachwieja.

The World Justice Project

**Board of Directors:** Sheikha Abdulla Al-Misnad, Emil Constantinescu, William C. Hubbard, Suet-Fern Lee, Mondli Makhanya, William H. Neukom, Ellen Gracie Northfleet, James R. Silkenat.

**Directors Emeritus:** President Dr. Ashraf Ghani Ahmadzai

**Officers:** William C. Hubbard, *Chairman of the Board*; William H. Neukom, *Founder and CEO*; Deborah Enix-Ross, *Vice President*; James R. Silkenat, *Director and Vice President*; Lawrence B. Bailey, *Treasurer*; Gerold W. Libby, *General Counsel and Secretary*.

**Executive Director:** Juan Carlos Botero

**Chief Research Officer:** Alejandro Ponce

*WJP Rule of Law Index* report was made possible by the generous supporters of the work of the World Justice Project listed in this report on pages 203 and 204.

**ISBN (print version):** 978-0-9882846-0-9     **ISBN (online version):** 978-0-9882846-1-6

© Copyright 2016 by the World Justice Project. The *WJP Rule of Law Index* and the *World Justice Project Rule of Law Index* are trademarks of the World Justice Project. All Rights Reserved. Requests to reproduce this document should be sent to Alejandro Ponce, The World Justice Project, 1025 Vermont Avenue, N.W., Suite 1200, Washington, D.C. 20005 U.S.A.

E-mail: aponce@worldjusticeproject.org

# Table of Contents

| | |
|---|---|
| **Executive Summary** | 3 |
| Rule of Law Around the World | 5 |
| Country Specific Data and Online Tools | 6 |
| | |
| **The WJP Rule of Law Index** | 7 |
| Defining the Rule of Law | 9 |
| Measuring the Rule of Law | 15 |
| Features of the Rule of Law Index | 17 |
| Using the Rule of Law Index | 18 |
| | |
| **Scores & Rankings** | 19 |
| Rule of Law Around the World | 20 |
| Rule of Law by Region | 22 |
| Rule of Law by Income Group | 24 |
| The Eight Factors of the Rule of Law Index | 26 |
| Rule of Law Trends | 27 |
| Factor 1: Constraints on Government Powers | 28 |
| Factor 2: Absence of Corruption | 30 |
| Factor 3: Open Government | 32 |
| Factor 4: Fundamental Rights | 34 |
| Factor 5: Order and Security | 36 |
| Factor 6: Regulatory Enforcement | 38 |
| Factor 7: Civil Justice | 40 |
| Factor 8: Criminal Justice | 42 |
| | |
| **Country Profiles** | 45 |
| How to Read the Country Profiles | 46 |
| | |
| **Methodology** | 161 |
| **Contributing Experts** | 175 |
| **Acknowledgments** | 197 |
| **About the World Justice Project** | 201 |

# Executive Summary

# Executive Summary

Effective rule of law reduces corruption, combats poverty and disease, and protects people from injustices large and small. It is the foundation for communities of peace, opportunity, and equity – underpinning development, accountable government, and respect for fundamental rights.

The World Justice Project (WJP) joins efforts to produce reliable data on rule of law through the *WJP Rule of Law Index® 2016*, the sixth report in an annual series, which measures rule of law based on the experiences and perceptions of the general public and in-country experts worldwide. We hope this annual publication, anchored in actual experiences, will help identify strengths and weaknesses in each country under review and encourage policy choices that strengthen the rule of law.

The *WJP Rule of Law Index 2016* presents a portrait of the rule of law in each country by providing scores and rankings organized around eights factors: constraints on government powers, absence of corruption, open government, fundamental rights, order and security, regulatory enforcement, civil justice, and criminal justice. A ninth factor, informal justice, is measured but not included in aggregated scores and rankings. These factors are intended to reflect how people experience rule of law in everyday life.

The country scores and rankings for the *WJP Rule of Law Index 2016* are derived from more than 110,000 households and 2,700 expert surveys in 113 countries and jurisdictions. The *Index* is the world's most comprehensive data set of its kind and the only to rely solely on primary data, measuring a nation's adherence to the rule of law from the perspective of how ordinary people experience it. These features make the *Index* a powerful tool that can help identify strengths and weaknesses in each country, and help to inform policy debates, both within and across countries, that advance the rule of law.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 55 of 129

# Rule of Law Around the World: Scores and Rankings

The table below presents the scores and rankings of the *WJP Rule of Law Index 2016*. Scores range from 0 to 1 (with 1 indicating strongest adherence to the rule of law). Scoring is based on answers drawn from a representative sample of 1,000 respondents in the three largest cities per country and a set of in-country legal practitioners and academics. Tables organized by region and income group, along with disaggregated data for each factor, can be found in the "Scores and Rankings" section of this report. The methodology used to compute the scores and determine the mapping of survey questions to the conceptual framework is available in the "Methodology" section of the *WJP Rule of Law Index* website (worldjusticeproject.org/methodology).

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING | RANK CHANGE[1] |
|---|---|---|---|
| Afghanistan | 0.35 | 111 | 1 ▲ |
| Albania | 0.5 | 72 | 9 ▼ |
| Antigua & Barbuda | 0.67 | 29 | — |
| Argentina | 0.55 | 51 | 12 ▲ |
| Australia | 0.81 | 11 | 1 ▼ |
| Austria | 0.83 | 7 | — |
| Bahamas | 0.61 | 38 | — |
| Bangladesh | 0.41 | 103 | 1 ▲ |
| Barbados | 0.67 | 28 | — |
| Belarus | 0.54 | 57 | 2 ▲ |
| Belgium | 0.79 | 13 | 3 ▲ |
| Belize | 0.47 | 82 | 5 ▼ |
| Bolivia | 0.4 | 104 | 1 ▲ |
| Bosnia & Herzegovina | 0.56 | 50 | 1 ▼ |
| Botswana | 0.58 | 45 | 6 ▼ |
| Brazil | 0.55 | 52 | 3 ▲ |
| Bulgaria | 0.54 | 53 | 1 ▲ |
| Burkina Faso | 0.48 | 79 | 10 ▲ |
| Cambodia | 0.33 | 112 | 2 ▼ |
| Cameroon | 0.37 | 109 | 1 ▼ |
| Canada | 0.81 | 12 | 2 ▲ |
| Chile | 0.68 | 26 | — |
| China | 0.48 | 80 | 2 ▲ |
| Colombia | 0.51 | 71 | 1 ▲ |
| Costa Rica | 0.68 | 25 | — |
| Cote d'Ivoire | 0.46 | 87 | — |
| Croatia | 0.61 | 39 | 3 ▲ |
| Czech Republic | 0.75 | 17 | 3 ▲ |
| Denmark | 0.89 | 1 | — |
| Dominica | 0.6 | 40 | — |
| Dominican Republic | 0.47 | 85 | 7 ▼ |
| Ecuador | 0.45 | 91 | 3 ▼ |
| Egypt | 0.37 | 110 | 13 ▼ |
| El Salvador | 0.49 | 75 | 8 ▼ |
| Estonia | 0.79 | 14 | 1 ▲ |
| Ethiopia | 0.38 | 107 | 5 ▼ |
| Finland | 0.87 | 3 | 1 ▲ |
| France | 0.72 | 21 | 3 ▼ |
| Georgia | 0.65 | 34 | 1 ▼ |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING | RANK CHANGE[1] |
|---|---|---|---|
| Germany | 0.83 | 6 | 2 ▲ |
| Ghana | 0.58 | 44 | 2 ▼ |
| Greece | 0.6 | 41 | — |
| Grenada | 0.66 | 31 | — |
| Guatemala | 0.44 | 97 | 1 ▼ |
| Guyana | 0.49 | 76 | — |
| Honduras | 0.42 | 102 | 1 ▼ |
| Hong Kong SAR, China | 0.77 | 16 | 1 ▲ |
| Hungary | 0.57 | 49 | 3 ▼ |
| India | 0.51 | 66 | 3 ▲ |
| Indonesia | 0.52 | 61 | 1 ▲ |
| Iran | 0.47 | 86 | 13 ▲ |
| Italy | 0.64 | 35 | 1 ▼ |
| Jamaica | 0.57 | 47 | 3 ▲ |
| Japan | 0.78 | 15 | 2 ▼ |
| Jordan | 0.59 | 42 | 7 ▲ |
| Kazakhstan | 0.5 | 73 | 2 ▲ |
| Kenya | 0.43 | 100 | 5 ▼ |
| Kyrgyzstan | 0.47 | 83 | 2 ▲ |
| Lebanon | 0.46 | 89 | 10 ▼ |
| Liberia | 0.45 | 94 | — |
| Macedonia, FYR | 0.54 | 54 | 1 ▼ |
| Madagascar | 0.45 | 90 | 3 ▲ |
| Malawi | 0.51 | 69 | 2 ▲ |
| Malaysia | 0.54 | 56 | 8 ▼ |
| Mexico | 0.46 | 88 | 2 ▲ |
| Moldova | 0.49 | 77 | 3 ▲ |
| Mongolia | 0.54 | 55 | 1 ▲ |
| Morocco | 0.53 | 60 | 5 ▲ |
| Myanmar | 0.43 | 98 | 5 ▲ |
| Nepal | 0.52 | 63 | 5 ▼ |
| Netherlands | 0.86 | 5 | — |
| New Zealand | 0.83 | 8 | 2 ▼ |
| Nicaragua | 0.42 | 101 | 1 ▼ |
| Nigeria | 0.44 | 96 | 11 ▲ |
| Norway | 0.88 | 2 | — |
| Pakistan | 0.38 | 106 | 3 ▲ |
| Panama | 0.52 | 62 | 3 ▼ |
| Peru | 0.51 | 65 | 8 ▲ |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING | RANK CHANGE[1] |
|---|---|---|---|
| Philippines | 0.51 | 70 | 9 ▼ |
| Poland | 0.71 | 22 | 1 ▼ |
| Portugal | 0.71 | 23 | — |
| Republic of Korea | 0.73 | 19 | 8 ▼ |
| Romania | 0.66 | 32 | 4 ▲ |
| Russia | 0.45 | 92 | 6 ▼ |
| Senegal | 0.57 | 46 | — |
| Serbia | 0.5 | 74 | 4 ▼ |
| Sierra Leone | 0.45 | 95 | 3 ▲ |
| Singapore | 0.82 | 9 | — |
| Slovenia | 0.67 | 27 | 1 ▲ |
| South Africa | 0.59 | 43 | 1 ▲ |
| Spain | 0.7 | 24 | — |
| Sri Lanka | 0.51 | 68 | — |
| St. Kitts & Nevis | 0.66 | 30 | — |
| St. Lucia | 0.64 | 36 | — |
| St. Vincent & the Grenadines | 0.61 | 37 | — |
| Suriname | 0.53 | 59 | — |
| Sweden | 0.86 | 4 | 1 ▼ |
| Tanzania | 0.47 | 84 | 1 ▼ |
| Thailand | 0.51 | 64 | 2 ▲ |
| Trinidad & Tobago | 0.57 | 48 | — |
| Tunisia | 0.53 | 58 | 6 ▼ |
| Turkey | 0.43 | 99 | 8 ▼ |
| Uganda | 0.39 | 105 | 1 ▲ |
| Ukraine | 0.49 | 78 | 3 ▲ |
| United Arab Emirates | 0.66 | 33 | 2 ▼ |
| United Kingdom | 0.81 | 10 | 2 ▲ |
| United States | 0.74 | 18 | 1 ▲ |
| Uruguay | 0.72 | 20 | 2 ▲ |
| Uzbekistan | 0.45 | 93 | 1 ▼ |
| Venezuela | 0.28 | 113 | — |
| Vietnam | 0.51 | 67 | 7 ▲ |
| Zambia | 0.48 | 81 | 3 ▲ |
| Zimbabwe | 0.37 | 108 | 3 ▲ |

[1] The change in rankings was calculated by comparing the positions of the 102 countries measured in 2015 with the rankings of the same 102 countries in 2016, exclusive of the 11 new countries indexed in 2016.

The 11 new countries added to the *Index* are Antigua and Barbuda, The Bahamas, Barbados, Dominica, Grenada, Guyana, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Suriname, and Trinidad and Tobago.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 56 of 129

# Country Specific Data and Online Tools

In addition to this written report, an interactive online platform for country-specific *WJP Rule of Law Index* data is available at data.worldjusticeproject.org.



The interactive data site invites viewers to browse each of the 113 country profiles and explore country scores for the eight aggregated factors of the rule of law: constraints on government powers, absence of corruption, open government, fundamental rights, order and security, regulatory enforcement, civil justice, and criminal justice.



Discover each country's overall rule of law scores. The site features the *Index's* entire dataset, as well as global, regional, and income group rankings.

# The WJP Rule of Law Index®

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 58 of 129

# The WJP Rule of Law Index

The World Justice Project (WJP) is an independent, multidisciplinary organization working to advance the rule of law around the world. The rule of law provides the foundation for communities of peace, opportunity, and equity – underpinning development, accountable government, and respect for fundamental rights.

Where the rule of law is weak, medicines fail to reach health facilities, criminal violence goes unchecked, laws are applied unequally, and foreign investments are held back. Effective rule of law reduces corruption, improves public health, enhances education, alleviates poverty, and protects people from injustices and dangers large and small.

Strengthening the rule of law is a major goal of governments, donors, businesses, and civil society organizations around the world. To be effective, however, rule of law development requires clarity about the fundamental features of the rule of law, as well as an adequate basis for its evaluation and measurement. In response to this need, the World Justice Project has developed the *WJP Rule of Law Index*, a quantitative measurement tool that offers a comprehensive picture of the rule of law in practice.

The *WJP Rule of Law Index* presents a portrait of the rule of law in each country by providing scores and rankings organized around eight themes: constraints on government powers, absence of corruption, open government, fundamental rights, order and security, regulatory enforcement, civil justice, and criminal justice. A ninth factor, informal justice, is measured but not included in aggregated scores and rankings. These country scores and rankings are based on answers drawn from more than 110,000 households and 2,700 expert surveys in 113 countries and jurisdictions.

The *WJP Rule of Law Index 2016* is the sixth report in an annual series, and is the product of years of development, intensive consultation, and vetting with academics, practitioners, and community leaders from over 100 countries and 17 professional disciplines. The *Index* is intended for a broad audience of policy makers, civil society practitioners, academics, and others. The rule of law is not the rule of lawyers and judges: all elements of society are stakeholders. It is our hope that, over time, this diagnostic tool will help identify strengths and weaknesses in each country under review and encourage policy choices that strengthen the rule of law.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 59 of 129

# Defining the Rule of Law

The rule of law is notoriously difficult to define and measure. A simple way of approaching it is in terms of some of the outcomes that the rule of law brings to societies – such as accountability, respect for fundamental rights, or access to justice – each of which reflects one aspect of the complex concept of the rule of law. The *WJP Rule of Law Index* seeks to embody these outcomes within a simple and coherent framework to measure the extent to which countries attain these outcomes *in practice* by means of performance indicators.

## Universal Principles of the Rule of Law

The WJP uses a working definition of the rule of law based on four universal principles, derived from internationally accepted standards. The rule of law is a system in which the following four universal principles are upheld:

1. The government and its officials and agents as well as individuals and private entities are accountable under the law.

2. The laws are clear, publicized, stable and just; are applied evenly; and protect fundamental rights, including the security of persons and property.

3. The process by which the laws are enacted, administered, and enforced is accessible, fair, and efficient.

4. Justice is delivered timely by competent, ethical, and independent representatives and neutrals who are of sufficient number, have adequate resources and reflect the makeup of the communities they serve.

The *WJP Rule of Law Index* captures adherence to the rule of law (as defined by the WJP's universal principles above) through a comprehensive and multi-dimensional set of outcome indicators, each of which reflects a particular aspect of this complex concept. The theoretical framework linking these outcome indicators draws on two main ideas pertaining to the relationship between the state and the governed: first, that the law imposes limits on the exercise of power by the state and its agents, as well as individuals and private entities. This is measured in factors 1, 2, 3, and 4 of the *Index*. Second, that the state limits the actions of members of society and fulfills its basic duties towards its population, so that the public interest is served, people are protected from violence and members of society have access to mechanisms to settle disputes and redress grievances. This is captured in factors 5, 6, 7, 8, and 9 of the *Index*. Although broad in scope, this framework assumes very little about the functions of the state, and when it does, it incorporates functions that are recognized by practically all societies, such as the provisions of justice or the guarantee of order and security.

The resulting set of indicators is also an effort to strike a balance between what scholars call a "thin" or minimalist conception of the rule of law that focuses on formal, procedural rules, and a "thick" conception that includes substantive characteristics, such as self-government and various fundamental rights and freedoms. Striking this balance between "thin" and "thick" conceptions of the rule of law enables the *Index* to apply to different types of social and political systems, including those which lack many of the features that characterize democratic nations, while including sufficient substantive characteristics to render the rule of law as more than merely a system of rules. Indeed, the *Index* recognizes that a system of positive law that fails to respect core human rights guaranteed under international law is at best "rule by law" and does not deserve to be called a rule of law system.

The *WJP Rule of Law Index* is comprised of nine factors further disaggregated into 47 specific sub-factors. These sub-factors are presented on page 13 and are described in detail in the section below.



### Factor 1: Constraints on Government Powers

Factor 1 measures the extent to which those who govern are bound by law. It comprises the means, both constitutional and institutional, by which the powers of the government and its officials and agents are limited and held accountable under the law. It also includes non-governmental checks on the government's power, such as a free and independent press.

Governmental checks take many forms; they do not operate solely in systems marked by a formal separation of powers, nor are they necessarily codified in law. What is essential, however, is that authority is distributed, whether by formal rules or by convention, in a manner that ensures that no single organ of government has the practical ability to exercise unchecked power.[1] This factor addresses the effectiveness of the institutional checks on government power by the legislature (1.1), the judiciary (1.2), and independent auditing and review agencies (1.3),[2] as well as the effectiveness of non-governmental oversight by the media and civil society (1.5), which serve an important role in monitoring government actions and holding officials accountable. The extent to which transitions of power occur in accordance with the law is also examined (1.6).[3] In addition to these checks, this factor also measures the extent to which government officials are held accountable for official misconduct (1.4).

Factor 2: Absence of Corruption

Factor 2 measures the absence of corruption in a number of government agencies. The factor considers three forms of corruption: bribery, improper influence by public or private interests, and misappropriation of public funds or other resources. These three forms of corruption are examined with respect to government officers in the executive branch (2.1), the judiciary (2.2), the military and police (2.3), and the legislature (2.4), and encompass a wide range of possible situations in which corruption — from petty bribery to major kinds of fraud — can occur.



### Factor 3: Open Government

Factor 3 measures the openness of government defined as a government that shares information, empowers people with tools to hold the government accountable, and fosters citizen participation in public policy deliberations.

The factor measures whether basic laws and information in legal rights are publicized, and evaluates the quality of information published by the government (3.1). It also measures whether requests for information held by a government agency are properly granted (3.2). Finally it assesses the effectiveness of civic participation mechanisms –including the protection of freedoms of opinion and expression, assembly and association, and the right to petition (3.3), and whether people can bring specific complaints to the government (3.4).

---

[1] The *Index* does not address the further question of whether the laws are enacted by democratically elected representatives.

[2] This includes a wide range of institutions, from financial comptrollers and auditing agencies to the diverse array of entities that monitor human rights compliance (e.g. "Human Rights Defender", "Ombudsman", "People's Advocate", "Defensor del Pueblo", "Ciyudana", "Human Rights Commissioner", "Digoskanisler", "Mediateur de la Republique", "Citizen's Advocate", "Avocatul Poporului"). In some countries these functions are performed by judges or other state officials; in others, they are carried out by independent agencies.

[3] This sub-factor does not address the issue of whether transitions of political power take place through democratic elections. Rather, it examines whether the rules for the orderly transfer of power are actually observed. This sub-factor looks at the prevalence of electoral fraud and intimidation (for those countries in which elections are held), the frequency of coups d'etat, and the extent to which transition processes are open to public scrutiny

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 61 of 129

### Factor 4: Fundamental Rights

Factor 4 measures the protection of fundamental human rights. It recognizes that a system of positive law that fails to respect core human rights established under international law is at best "rule by law," and does not deserve to be called a rule of law system. Since there are many other indices that address human rights, and as it would be impossible for the *Index* to assess adherence to the full range of rights, this factor focuses on a relatively modest menu of rights that are firmly established under the Universal Declaration of Human Rights and are most closely related to rule of law concerns. Accordingly, Factor 4 encompasses adherence to the following fundamental rights: effective enforcement of laws that ensure equal protection (4.1), the right to life and security of the person (4.2), due process of law and the rights of the accused (4.3), freedom of opinion and expression (4.4), freedom of belief and religion (4.5), the right to privacy (4.6), freedom of assembly and association (4.7), and fundamental labor rights, including the right to collective bargaining, the prohibition of forced and child labor, and the elimination of discrimination (4.8).

### Factor 5: Order & Security

Factor 5 measures how well the society assures the security of persons and property. Security is one of the defining aspects of any rule of law society and a fundamental function of the state. It is also a precondition for the realization of the rights and freedoms that the rule of law seeks to advance. This factor includes three dimensions that cover various threats to order and security: crime (5.1 particularly conventional crime), political violence (5.2 including terrorism, armed conflict, and political unrest), and violence as a socially acceptable means to redress personal grievances (5.3 vigilante justice).



### Factor 6: Regulatory Enforcement

Factor 6 measures the extent to which regulations are fairly and effectively implemented and enforced. Regulations, both legal and administrative, structure behaviors within and outside of the government. Strong rule of law requires that these regulations and administrative provisions are enforced effectively (6.1) and are applied and enforced without improper influence by public officials or private interests (6.2). Additionally, strong rule of law requires that administrative proceedings are conducted in a timely manner, without unreasonable delays (6.4), that due process is respected in administrative proceedings (6.3), and that there is no expropriation of private property without adequate compensation (6.5).

This factor does not assess which activities a government chooses to regulate, nor does it consider how much regulation of a particular activity is appropriate. Rather, it examines how regulations are implemented and enforced. To facilitate comparisons, this factor considers areas that all countries regulate to one degree or another, such as public health, workplace safety, environmental protection, and commercial activity.

---

4 The laws can be fair only if they do not make arbitrary or irrational distinctions based on economic or social status – the latter defined to include race, color, ethnic or social origin, caste, nationality, alienage, religion, language, political opinion or affiliation, gender, marital status, sexual orientation or gender identity, age, and disability. It must be acknowledged that for some societies, including some traditional societies, certain of these categories may be problematic. In addition, there may be differences both within and among such societies as to whether a given distinction is arbitrary or irrational. Despite these difficulties, it was determined that only an inclusive list would accord full respect to the principles of equality and non-discrimination embodied in the Universal Declaration of Human Rights and emerging norms of international law.

5 Sub-factor 4.2 concerns police brutality and other abuses – including arbitrary detention, torture and extrajudicial execution – perpetrated by agents of the state against criminal suspects, political dissidents, members of the media, and ordinary people.

6 This includes the presumption of innocence and the opportunity to submit and challenge evidence before public proceedings; freedom from arbitrary arrest, detention, torture and abusive treatment, and access to legal counsel and translators.

7 Sub-factor 4.8 includes the four fundamental principles recognized by the ILO Declaration of Fundamental Principles and Rights at Work of 1998: 1) the freedom of association and the effective recognition of the right to collective bargaining, 2) the elimination of all forms of forced or compulsory labor, 3) the effective abolition of child labor, and 4) the elimination of discrimination in respect of employment and occupation.

8 In this category, we include measures of criminal victimization, such as homicide, kidnapping, burglary, armed robbery, extortion, and fraud.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 62 of 129


### Factor 7: Civil Justice

Factor 7 measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. The delivery of effective civil justice requires that the system be accessible and affordable (7.1), free of discrimination (7.2), free of corruption (7.3), and without improper influence by public officials (7.4). The delivery of effective civil justice also necessitates that court proceedings are conducted in a timely manner, not subject to unreasonable delays, and are effectively enforced (7.5 and 7.6). Finally, recognizing the value of Alternative Dispute Resolution mechanisms (ADRs), this factor also measures the accessibility, impartiality, and efficiency of mediation and arbitration systems that enable parties to resolve civil disputes (7.7).

### Factor 8: Criminal Justice

Factor 8 evaluates the criminal justice system. An effective criminal justice system is a key aspect of the rule of law, as it constitutes the conventional mechanism to redress grievances and bring action against individuals for offenses against society. Effective criminal justice systems are capable of investigating and adjudicating criminal offenses successfully and in a timely manner (8.1 and 8.2), through a system that is impartial and non-discriminatory (8.4), and that is free of corruption and improper government influence (8.5 and 8.6), all while ensuring that the rights of both victims and the accused are effectively protected (8.7).[9] The delivery of effective criminal justice also necessitates correctional systems that effectively reduce criminal behavior (8.3). Accordingly, an assessment of the delivery of criminal justice should take into consideration the entire system, including the police, the lawyers, prosecutors, judges, and prison officers.


### Factor 9: Informal Justice

Finally, Factor 9 concerns the role played in many countries by customary and 'informal' systems of justice – including traditional, tribal, and religious courts, and community-based systems – in resolving disputes. These systems often play a large role in cultures in which formal legal institutions fail to provide effective remedies for large segments of the population, or when formal institutions are perceived as remote, corrupt, or ineffective. This factor covers three concepts: whether these dispute resolution systems are timely and effective (9.1), whether they are impartial and free of improper influence (9.2), and the extent to which these systems respect and protect fundamental rights (9.3).[10]

---

[9] Sub-factor 8.7 includes the presumption of innocence and the opportunity to submit and challenge evidence before public proceedings, freedom from arbitrary arrest, detention, torture and abusive treatment, and access to legal counsel and translators.

[10] WJP has devoted significant effort to collecting data on informal justice in a dozen countries. Nonetheless, the complexities of these systems and the difficulties of measuring their fairness and effectiveness in a manner that is both systematic and comparable across countries, make assessments extraordinarily challenging. Although the WJP has collected data on this dimension, they are not included in the aggregated scores and rankings.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 63 of 129

# The Nine Factors of the Rule of Law

## Factor 1: Constraints on Government Powers

1.1 Government powers are effectively limited by the legislature
1.2 Government powers are effectively limited by the judiciary
1.3 Government powers are effectively limited by independent auditing and review
1.4 Government officials are sanctioned for misconduct
1.5 Government powers are subject to non-governmental checks
1.6 Transition of power is subject to the law

## Factor 2: Absence of Corruption

2.1 Government officials in the executive branch do not use public office for private gain
2.2 Government officials in the judicial branch do not use public office for private gain
2.3 Government officials in the police and military do not use public office for private gain
2.4 Government officials in the legislative branch do not use public office for private gain

## Factor 3: Open Government

3.1 Publicized laws and government data
3.2 Right to information
3.3 Civic participation
3.4 Complaint mechanisms

## Factor 4: Fundamental Rights

4.1 Equal treatment and absence of discrimination
4.2 The right to life and security of the person is effectively guaranteed
4.3 Due process of law and the rights of the accused
4.4 Freedom of opinion and expression is effectively guaranteed
4.5 Freedom of belief and religion is effectively guaranteed
4.6 Freedom from arbitrary interference with privacy is effectively guaranteed
4.7 Freedom of assembly and association is effectively guaranteed
4.8 Fundamental labor rights are effectively guaranteed

## Factor 5: Order & Security

5.1 Crime is effectively controlled
5.2 Civil conflict is effectively limited
5.3 People do not resort to violence to redress personal grievances

## Factor 6: Regulatory Enforcement

6.1 Government regulations are effectively enforced
6.2 Government regulations are applied and enforced without improper influence
6.3 Administrative proceedings are conducted without unreasonable delay
6.4 Due process is respected in administrative proceedings
6.5 The government does not expropriate without lawful process and adequate compensation

## Factor 7: Civil Justice

7.1 People can access and afford civil justice
7.2 Civil justice is free of discrimination
7.3 Civil justice is free of corruption
7.4 Civil justice is free of improper government influence
7.5 Civil justice is not subject to unreasonable delay
7.6 Civil justice is effectively enforced
7.7 Alternative dispute resolution mechanisms are accessible, impartial, and effective

## Factor 8: Criminal Justice

8.1 Criminal investigation system is effective
8.2 Criminal adjudication system is timely and effective
8.3 Correctional system is effective in reducing criminal behavior
8.4 Criminal system is impartial
8.5 Criminal system is free of corruption
8.6 Criminal system is free of improper government influence
8.7 Due process of law and the rights of the accused

## Factor 9: Informal Justice

9.1 Informal justice is timely and effective
9.2 Informal justice is impartial and free of improper influence
9.3 Informal justice respects and protects fundamental rights

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 64 of 129

# The Rule of Law in Everyday Life

The rule of law affects all of us in our everyday lives.
Although we may not be aware of it, the rule of law is
profoundly important – and not just to lawyers or judges.
It is the foundation for a system of rules to keep us
safe, resolve disputes, and enable us to prosper. In fact,
every sector of society is a stakeholder in the rule of law.
Below are a few examples:

**Business environment.** Imagine an investor seeking to commit resources abroad. She would probably think twice before investing in a country where corruption is rampant, property rights are ill-defined, and contracts are difficult to enforce. Uneven enforcement of regulations, corruption, insecure property rights, and ineffective means to settle disputes undermine legitimate business and drive away both domestic and foreign investment.

**Public works.** Consider the bridges, roads, or runways we traverse daily — or the offices and buildings in which we live, work, and play. What if building codes governing their design and safety were not enforced, or if government officials and contractors employed low-quality materials in order to pocket the surplus? Weak regulatory enforcement and corruption decrease the security of physical infrastructures and waste scarce resources, which are essential to a thriving economy.

**Public health and environment.** Consider the implications of pollution, wildlife poaching, and deforestation for public health, the economy, and the environment. What if a company was pouring harmful chemicals into a river in a highly populated area and the environmental inspector turned a blind eye in exchange for a bribe? While countries around the world have laws to protect the public's health and the environment, these laws are not always enforced. Adherence to the rule of law is essential to effective enforcement of public health and environmental regulations and to hold government, businesses, civil society organizations, and communities accountable for protecting the environment without unduly constraining economic opportunities.

**Public participation.** What if residents of a neighborhood were not informed of an upcoming construction project commissioned by the government that would cause disruptions to their community? Or what if they did not have the opportunity to present their objections to the relevant government authorities prior to the start of the construction project? Being able to voice opinions about government decisions that directly impact the lives of ordinary people is a key aspect of the rule of law. Public participation ensures that all stakeholders have the chance to be heard and provide valuable input in the decision-making process.

**Civil Justice.** Imagine an individual having a dispute with another party. What if the system to settle the dispute and obtain a remedy was largely inaccessible, unreliable, or corrupt? Without a well-functioning justice system – a core element of the rule of law – individuals faced with a dispute have few options other than giving up or resorting to violence to settle the conflict.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 65 of 129

# Measuring the Rule of Law

## This conceptual framework provides the basis for measuring the rule of law.

The scores and rankings of the 44 sub-factors (factors 1 through 8)[1] draw from two data sources collected by the World Justice Project in each country: 1) a general population poll (GPP) conducted by leading local polling companies using a representative sample of 1,000 respondents in the three largest cities,[2] and 2) qualified respondents' questionnaires (QRQs) consisting of closed-ended questions completed by in-country practitioners and academics with expertise in civil and commercial law, criminal justice, labor law, and public health. Taken together, these two data sources provide up-to-date firsthand information from a large number of people on their experiences and perceptions concerning their dealings with the government, the police, and the courts, as well as the openness and accountability of the state, the extent of corruption, and the magnitude of common crimes to which the general public is exposed.

These data are processed, normalized on a 0 to 1 scale, and aggregated from the variable level all the way up to the dimension level for each country, and then to an overall score and ranking using the data map and weights reported in the "Methodology" section of the *WJP Rule of Law Index* website. Finally, these scores are validated and cross-checked against qualitative and quantitative third-party sources to identify possible mistakes or inconsistencies within the data.

The WJP has produced the *Rule of Law Index* for each of the last six years. During this time, the number of countries covered has increased, and the surveys and indicators have evolved to better reflect the rule of law landscape of countries around the world. While this year's indicators are closely aligned with those used in the previous edition, new questions pertaining to open government and dispute resolution have been added to the surveys.[3] The *WJP Rule of Law Index 2016* report also includes 11 new

countries: Antigua and Barbuda, The Bahamas, Barbados, Dominica, Grenada, Guyana, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Suriname, and Trinidad and Tobago. In total, this year's report covers 113 countries and jurisdictions that account for more than 90 percent of the world's population.

The country scores and rankings presented in this report are based on data collected and analyzed during the second and third quarters of 2016, with the exception of general population data for countries indexed in 2015, which were gathered during the fall of 2014.

The scores and rankings have been organized into 113 country profiles, which are available at data.worldjusticeproject.org. Each of these profiles displays 1) the country's overall rule of law score and ranking; 2) the score of each of the eight dimensions of the rule of law as well as the global, regional, and income group rankings; 3) the score of each of the 44 sub-factors together with the average score of the country's region and the country's income group. A detailed description of the process by which data are collected and the rule of law is measured is available online at worldjusticeproject.org.

---

[1] Significant effort has been devoted during the last four years to collecting data on informal justice in a dozen countries. Nonetheless, the complexities of these systems and the difficulties of measuring their fairness and effectiveness in a manner that is both systematic and comparable across countries, make assessments extraordinarily challenging. Although the WJP has collected data on this dimension, they are not included in the aggregated scores and rankings.

[2] In order to achieve a representative sample in some Caribbean countries, nationally representative polls were conducted outside of the three largest cities using a sample of 500 respondents. Please see the "Methodology" section for a full explanation and polling methodology by country.

[3] Please see the "Methodology" section for a complete description of survey updates.

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 66 of 129

# The WJP Rule of Law Index Methodology in a Nutshell

The production of the *WJP Rule of Law Index* may be summarized in eleven steps:

1. The WJP developed the conceptual framework summarized in the *Index's* 8 factors and 44 sub-factors, in consultation with academics, practitioners, and community leaders from around the world.

2. The *Index* team developed a set of five questionnaires based on the *Index's* conceptual framework, to be administered to experts and the general public. Questionnaires were translated into several languages and adapted to reflect commonly used terms and expressions.

3. The team identified, on average, more than 300 potential local experts per country to respond to the experts' questionnaires, and engaged the services of leading local polling companies to implement the household surveys.

4. Polling companies conducted pre-test pilot surveys of the general public in consultation with the *Index* team, and launched the final survey.

5. The team sent the questionnaires to local experts and engaged in continual interaction with them.

6. The *Index* team collected and mapped the data onto the 44 sub-factors with global comparability.

7. The *Index* team constructed the final scores using a five-step process:
   a. Codified the questionnaire items as numeric values.
   b. Produced raw country scores by aggregating the responses from several individuals (experts or general public).
   c. Normalized the raw scores.
   d. Aggregated the normalized scores into sub-factors and factors using simple averages.
   e. Produced the final rankings using the normalized scores.

8. The data were subject to a series of tests to identify possible biases and errors. For example, the *Index* team cross-checked all sub-factors against more than 60 third-party sources, including quantitative data and qualitative assessments drawn from local and international organizations.

9. A sensitivity analysis was conducted to assess the statistical reliability of the results.

10. To illustrate whether the rule of law in a country significantly changed over the course of the past year, a measure of change over time was produced based on the annual difference in the country-level factor scores, the standard errors of these scores (estimated from a set of 100 bootstrap samples), and the results of the corresponding t-tests.

11. The data were organized into country reports, tables, and figures to facilitate their presentation and interpretation.

*A detailed description of the process by which data are collected and the rule of law is measured is provided in the "Methodology" section of this report.

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 67 of 129

# Features of the Rule of Law Index

The *WJP Rule of Law Index* includes several features that set it apart from other indices and make it useful for a large number of countries:

### Rule of law in practice

The *Index* measures adherence to the rule of law by looking at policy outcomes (such as whether people have access to courts or whether crime is effectively controlled). This stands in contrast to efforts that focus on the laws on the books, or the institutional means by which a society may seek to achieve these policy outcomes.

### Comprehensive/Multi-dimensional

While other indices cover particular aspects of the rule of law, such as absence of corruption or human rights, they do not yield a full picture of rule of law compliance. The *WJP Rule of Law Index* is the only global instrument that looks at the rule of law comprehensively.

### Perspective of the ordinary people

The *WJP Rule of Law Index* puts people at its core by looking at a nation's adherence to the rule of law from the perspective of ordinary individuals who are directly affected by the degree of adherence to the rule of law in their societies. The *Index* examines practical, everyday situations, such as whether people can access public services and whether a dispute among neighbors can be resolved peacefully and cost-effectively by an independent adjudicator.

### New data anchored in actual experiences

The *Index* is the only comprehensive set of indicators on the rule of law that is based on primary data. The *Index's* scores are built from the assessments of local residents (1,000 respondents per country) and local legal experts, which ensure that the findings reflect the conditions experienced by the population, including marginalized sectors of society.

### Culturally competent

The *Index* has been designed to be applied in countries with vastly different social, cultural, economic, and political systems. No society has ever attained — let alone sustained — a perfect realization of the rule of law. Every nation faces the perpetual challenge of building and renewing the structures, institutions, and norms that can support and sustain a rule of law culture.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 68 of 129

# Using the WJP Rule of Law Index

The *WJP Rule of Law Index* has been designed to offer a reliable and independent data source for policy makers, businesses, non-governmental organizations, and other constituencies to assess a nation's adherence to the rule of law as perceived and experienced by the average person, identify a nation's strengths and weaknesses in comparison to similarly situated countries, and track changes over time. The *Index* has been designed to include several features that set it apart from other indices and make it valuable for a large number of countries, thus providing a powerful resource that can inform policy debates both within and across countries. However, the *Index's* findings must be interpreted in light of certain inherent limitations.

1. The *WJP Rule of Law Index* does not identify priorities for reform and is not intended to establish causation or to ascertain the complex relationship among different rule of law dimensions in various countries.

2. The *Index's* rankings and scores are the product of a rigorous data collection and aggregation methodology. Nonetheless, as with all measures, they are subject to measurement error.

3. Given the uncertainty associated with picking a particular sample of respondents, standard errors have been calculated using bootstrapping methods to test whether the annual changes in the factor scores are statistically significant.

4. Indices and indicators are subject to potential abuse and misinterpretation. Once released to the public, they can take on a life of their own and be used for purposes unanticipated by their creators. If data are taken out of context, it can lead to unintended or erroneous policy decisions.

5. Rule of law concepts measured by the *Index* may have different meanings across countries. Users are encouraged to consult the specific definitions of the variables employed in the construction of the *Index*, which are discussed in greater detail in the "Methodology" section of the *WJP Rule of Law Index* website.

6. The *Index* is generally intended to be used in combination with other instruments, both quantitative and qualitative. Just as in the areas of health or economics, no single index conveys a full picture of a country's situation. Policymaking in the area of rule of law requires careful consideration of all relevant dimensions – which may vary from country to country – and a combination of sources, instruments, and methods.

7. Pursuant to the sensitivity analysis of the *Index* data conducted in collaboration with the Econometrics and Applied Statistics Unit of the European Commission's Joint Research Centre, confidence intervals have been calculated for all figures included in the *WJP Rule of Law Index*. These confidence intervals and other relevant considerations regarding measurement error are reported in Saisana and Saltelli (2015) and Botero and Ponce (2011).

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 69 of 129

# Scores and Rankings

# Rule of Law Around the World



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

The *Rule of Law Index* measures a country's adherence to the rule of law from the perspective of how ordinary people experience it. The following pages in this section highlight the overall rule of law scores and rankings for 113 countries and jurisdictions, as well as scores and rankings by income, region, and each of the eight aggregated factors of the *Index*. This section also features an analysis of whether a country's primary rule of law factors experienced significant change over the past year.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 71 of 129

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.89 | 1 |
| Norway | 0.88 | 2 |
| Finland | 0.87 | 3 |
| Sweden | 0.86 | 4 |
| Netherlands | 0.86 | 5 |
| Germany | 0.83 | 6 |
| Austria | 0.83 | 7 |
| New Zealand | 0.83 | 8 |
| Singapore | 0.82 | 9 |
| United Kingdom | 0.81 | 10 |
| Australia | 0.81 | 11 |
| Canada | 0.81 | 12 |
| Belgium | 0.79 | 13 |
| Estonia | 0.79 | 14 |
| Japan | 0.78 | 15 |
| Hong Kong SAR, China | 0.77 | 16 |
| Czech Republic | 0.75 | 17 |
| United States | 0.74 | 18 |
| Republic of Korea | 0.73 | 19 |
| Uruguay | 0.72 | 20 |
| France | 0.72 | 21 |
| Poland | 0.71 | 22 |
| Portugal | 0.71 | 23 |
| Spain | 0.70 | 24 |
| Costa Rica | 0.68 | 25 |
| Chile | 0.68 | 26 |
| Slovenia | 0.67 | 27 |
| Barbados | 0.67 | 28 |
| Antigua & Barbuda | 0.67 | 29 |
| St. Kitts & Nevis | 0.66 | 30 |
| Grenada | 0.66 | 31 |
| Romania | 0.66 | 32 |
| United Arab Emirates | 0.66 | 33 |
| Georgia | 0.65 | 34 |
| Italy | 0.64 | 35 |
| St. Lucia | 0.64 | 36 |
| St. Vincent & the Grenadines | 0.61 | 37 |
| Bahamas | 0.61 | 38 |
| Croatia | 0.61 | 39 |
| Dominica | 0.60 | 40 |
| Greece | 0.60 | 41 |
| Jordan | 0.59 | 42 |
| South Africa | 0.59 | 43 |
| Ghana | 0.58 | 44 |
| Botswana | 0.58 | 45 |
| Senegal | 0.57 | 46 |
| Jamaica | 0.57 | 47 |
| Trinidad & Tobago | 0.57 | 48 |
| Hungary | 0.57 | 49 |
| Bosnia & Herzegovina | 0.56 | 50 |
| Argentina | 0.55 | 51 |
| Brazil | 0.55 | 52 |
| Bulgaria | 0.54 | 53 |
| Macedonia, FYR | 0.54 | 54 |
| Mongolia | 0.54 | 55 |
| Malaysia | 0.54 | 56 |
| Belarus | 0.54 | 57 |
| Tunisia | 0.53 | 58 |

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Suriname | 0.53 | 59 |
| Morocco | 0.53 | 60 |
| Indonesia | 0.52 | 61 |
| Panama | 0.52 | 62 |
| Nepal | 0.52 | 63 |
| Thailand | 0.51 | 64 |
| Peru | 0.51 | 65 |
| India | 0.51 | 66 |
| Vietnam | 0.51 | 67 |
| Sri Lanka | 0.51 | 68 |
| Malawi | 0.51 | 69 |
| Philippines | 0.51 | 70 |
| Colombia | 0.51 | 71 |
| Albania | 0.50 | 72 |
| Kazakhstan | 0.50 | 73 |
| Serbia | 0.50 | 74 |
| El Salvador | 0.49 | 75 |
| Guyana | 0.49 | 76 |
| Moldova | 0.49 | 77 |
| Ukraine | 0.49 | 78 |
| Burkina Faso | 0.48 | 79 |
| China | 0.48 | 80 |
| Zambia | 0.48 | 81 |
| Belize | 0.47 | 82 |
| Kyrgyzstan | 0.47 | 83 |
| Tanzania | 0.47 | 84 |
| Dominican Republic | 0.47 | 85 |
| Iran | 0.47 | 86 |
| Cote d'Ivoire | 0.46 | 87 |
| Mexico | 0.46 | 88 |
| Lebanon | 0.46 | 89 |
| Madagascar | 0.45 | 90 |
| Ecuador | 0.45 | 91 |
| Russia | 0.45 | 92 |
| Uzbekistan | 0.45 | 93 |
| Liberia | 0.45 | 94 |
| Sierra Leone | 0.45 | 95 |
| Nigeria | 0.44 | 96 |
| Guatemala | 0.44 | 97 |
| Myanmar | 0.43 | 98 |
| Turkey | 0.43 | 99 |
| Kenya | 0.43 | 100 |
| Nicaragua | 0.42 | 101 |
| Honduras | 0.42 | 102 |
| Bangladesh | 0.41 | 103 |
| Bolivia | 0.40 | 104 |
| Uganda | 0.39 | 105 |
| Pakistan | 0.38 | 106 |
| Ethiopia | 0.38 | 107 |
| Zimbabwe | 0.37 | 108 |
| Cameroon | 0.37 | 109 |
| Egypt | 0.37 | 110 |
| Afghanistan | 0.35 | 111 |
| Cambodia | 0.33 | 112 |
| Venezuela | 0.28 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 72 of 129

# Rule of Law Around the World By Region



| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

## East Asia & Pacific

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| New Zealand | 0.83 | 8 |
| Singapore | 0.82 | 9 |
| Australia | 0.81 | 11 |
| Japan | 0.78 | 15 |
| Hong Kong SAR, China | 0.77 | 16 |
| Republic of Korea | 0.73 | 19 |
| Mongolia | 0.54 | 55 |
| Malaysia | 0.54 | 56 |
| Indonesia | 0.52 | 61 |
| Thailand | 0.51 | 64 |
| Vietnam | 0.51 | 67 |
| Philippines | 0.51 | 70 |
| China | 0.48 | 80 |
| Myanmar | 0.43 | 98 |
| Cambodia | 0.33 | 112 |

## Eastern Europe & Central Asia

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Georgia | 0.65 | 34 |
| Bosnia & Herzegovina | 0.56 | 50 |
| Macedonia, FYR | 0.54 | 54 |
| Belarus | 0.54 | 57 |
| Albania | 0.50 | 72 |
| Kazakhstan | 0.50 | 73 |
| Serbia | 0.50 | 74 |
| Moldova | 0.49 | 77 |
| Ukraine | 0.49 | 78 |
| Kyrgyzstan | 0.47 | 83 |
| Russia | 0.45 | 92 |
| Uzbekistan | 0.45 | 93 |
| Turkey | 0.43 | 99 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 73 of 129

## Latin America & Caribbean

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Uruguay | 0.72 | 20 |
| Costa Rica | 0.68 | 25 |
| Chile | 0.68 | 26 |
| Barbados | 0.67 | 28 |
| Antigua & Barbuda | 0.67 | 29 |
| St. Kitts & Nevis | 0.66 | 30 |
| Grenada | 0.66 | 31 |
| St. Lucia | 0.64 | 36 |
| St. Vincent & the Grenadines | 0.61 | 37 |
| Bahamas | 0.61 | 38 |
| Dominica | 0.60 | 40 |
| Jamaica | 0.57 | 47 |
| Trinidad & Tobago | 0.57 | 48 |
| Argentina | 0.55 | 51 |
| Brazil | 0.55 | 52 |
| Suriname | 0.53 | 59 |
| Panama | 0.52 | 62 |
| Peru | 0.51 | 65 |
| Colombia | 0.51 | 71 |
| El Salvador | 0.49 | 75 |
| Guyana | 0.49 | 76 |
| Belize | 0.47 | 82 |
| Dominican Republic | 0.47 | 85 |
| Mexico | 0.46 | 88 |
| Ecuador | 0.45 | 91 |
| Guatemala | 0.44 | 97 |
| Nicaragua | 0.42 | 101 |
| Honduras | 0.42 | 102 |
| Bolivia | 0.40 | 104 |
| Venezuela | 0.28 | 113 |

## Sub-Saharan Africa

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| South Africa | 0.59 | 43 |
| Ghana | 0.58 | 44 |
| Botswana | 0.58 | 45 |
| Senegal | 0.57 | 46 |
| Malawi | 0.51 | 69 |
| Burkina Faso | 0.48 | 79 |
| Zambia | 0.48 | 81 |
| Tanzania | 0.47 | 84 |
| Cote d'Ivoire | 0.46 | 87 |
| Madagascar | 0.45 | 90 |
| Liberia | 0.45 | 94 |
| Sierra Leone | 0.45 | 95 |
| Nigeria | 0.44 | 96 |
| Kenya | 0.43 | 100 |
| Uganda | 0.39 | 105 |
| Ethiopia | 0.38 | 107 |
| Zimbabwe | 0.37 | 108 |
| Cameroon | 0.37 | 109 |

## EU, EFTA, & NA

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.89 | 1 |
| Norway | 0.88 | 2 |
| Finland | 0.87 | 3 |
| Sweden | 0.86 | 4 |
| Netherlands | 0.86 | 5 |
| Germany | 0.83 | 6 |
| Austria | 0.83 | 7 |
| United Kingdom | 0.81 | 10 |
| Canada | 0.81 | 12 |
| Belgium | 0.79 | 13 |
| Estonia | 0.79 | 14 |
| Czech Republic | 0.75 | 17 |
| United States | 0.74 | 18 |
| France | 0.72 | 21 |
| Poland | 0.71 | 22 |
| Portugal | 0.71 | 23 |
| Spain | 0.70 | 24 |
| Slovenia | 0.67 | 27 |
| Romania | 0.66 | 32 |
| Italy | 0.64 | 35 |
| Croatia | 0.61 | 39 |
| Greece | 0.60 | 41 |
| Hungary | 0.57 | 49 |
| Bulgaria | 0.54 | 53 |

## Middle East & North Africa

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| United Arab Emirates | 0.66 | 33 |
| Jordan | 0.59 | 42 |
| Tunisia | 0.53 | 58 |
| Morocco | 0.53 | 60 |
| Iran | 0.47 | 86 |
| Lebanon | 0.46 | 89 |
| Egypt | 0.37 | 110 |

## South Asia

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Nepal | 0.52 | 63 |
| India | 0.51 | 66 |
| Sri Lanka | 0.51 | 68 |
| Bangladesh | 0.41 | 103 |
| Pakistan | 0.38 | 106 |
| Afghanistan | 0.35 | 111 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 74 of 129

# Rule of Law Around the World By Income Group



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

## Low Income

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Senegal | 0.57 | 46 |
| Nepal | 0.52 | 63 |
| Malawi | 0.51 | 69 |
| Burkina Faso | 0.48 | 79 |
| Tanzania | 0.47 | 84 |
| Madagascar | 0.45 | 90 |
| Liberia | 0.45 | 94 |
| Sierra Leone | 0.45 | 95 |
| Uganda | 0.39 | 105 |
| Ethiopia | 0.38 | 107 |
| Zimbabwe | 0.37 | 108 |
| Afghanistan | 0.35 | 111 |

## Lower Middle Income

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Ghana | 0.58 | 44 |
| Mongolia | 0.54 | 55 |
| Tunisia | 0.53 | 58 |
| Morocco | 0.53 | 60 |
| Indonesia | 0.52 | 61 |
| India | 0.51 | 66 |
| Vietnam | 0.51 | 67 |
| Sri Lanka | 0.51 | 68 |
| Philippines | 0.51 | 70 |
| El Salvador | 0.49 | 75 |
| Moldova | 0.49 | 77 |
| Ukraine | 0.49 | 78 |
| Zambia | 0.48 | 81 |
| Kyrgyzstan | 0.47 | 83 |
| Cote d'Ivoire | 0.46 | 87 |
| Uzbekistan | 0.45 | 93 |
| Nigeria | 0.44 | 96 |
| Guatemala | 0.44 | 97 |
| Myanmar | 0.43 | 98 |

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 75 of 129

## Lower Middle Income

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Kenya | 0.43 | 100 |
| Nicaragua | 0.42 | 101 |
| Honduras | 0.42 | 102 |
| Bangladesh | 0.41 | 103 |
| Bolivia | 0.40 | 104 |
| Pakistan | 0.38 | 106 |
| Cameroon | 0.37 | 109 |
| Egypt | 0.37 | 110 |
| Cambodia | 0.33 | 112 |

## Upper Middle Income

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Costa Rica | 0.68 | 25 |
| Grenada | 0.66 | 31 |
| Romania | 0.66 | 32 |
| Georgia | 0.65 | 34 |
| St. Lucia | 0.64 | 36 |
| St. Vincent & the Grenadines | 0.61 | 37 |
| Dominica | 0.60 | 40 |
| Jordan | 0.59 | 42 |
| South Africa | 0.59 | 43 |
| Botswana | 0.58 | 45 |
| Jamaica | 0.57 | 47 |
| Bosnia & Herzegovina | 0.56 | 50 |
| Argentina | 0.55 | 51 |
| Brazil | 0.55 | 52 |
| Bulgaria | 0.54 | 53 |
| Macedonia, FYR | 0.54 | 54 |
| Malaysia | 0.54 | 56 |
| Belarus | 0.54 | 57 |
| Suriname | 0.53 | 59 |
| Panama | 0.52 | 62 |
| Thailand | 0.51 | 64 |
| Peru | 0.51 | 65 |
| Colombia | 0.51 | 71 |
| Albania | 0.50 | 72 |
| Kazakhstan | 0.50 | 73 |
| Serbia | 0.50 | 74 |
| Guyana | 0.49 | 76 |
| China | 0.48 | 80 |
| Belize | 0.47 | 82 |
| Dominican Republic | 0.47 | 85 |
| Iran | 0.47 | 86 |
| Mexico | 0.46 | 88 |
| Lebanon | 0.46 | 89 |
| Ecuador | 0.45 | 91 |
| Russia | 0.45 | 92 |
| Turkey | 0.43 | 99 |
| Venezuela | 0.28 | 113 |

## High Income

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.89 | 1 |
| Norway | 0.88 | 2 |
| Finland | 0.87 | 3 |
| Sweden | 0.86 | 4 |
| Netherlands | 0.86 | 5 |
| Germany | 0.83 | 6 |
| Austria | 0.83 | 7 |
| New Zealand | 0.83 | 8 |
| Singapore | 0.82 | 9 |
| United Kingdom | 0.81 | 10 |
| Australia | 0.81 | 11 |
| Canada | 0.81 | 12 |
| Belgium | 0.79 | 13 |
| Estonia | 0.79 | 14 |
| Japan | 0.78 | 15 |
| Hong Kong SAR, China | 0.77 | 16 |
| Czech Republic | 0.75 | 17 |
| United States | 0.74 | 18 |
| Republic of Korea | 0.73 | 19 |
| Uruguay | 0.72 | 20 |
| France | 0.72 | 21 |
| Poland | 0.71 | 22 |
| Portugal | 0.71 | 23 |
| Spain | 0.70 | 24 |
| Chile | 0.68 | 26 |
| Slovenia | 0.67 | 27 |
| Barbados | 0.67 | 28 |
| Antigua & Barbuda | 0.67 | 29 |
| St. Kitts & Nevis | 0.66 | 30 |
| United Arab Emirates | 0.66 | 33 |
| Italy | 0.64 | 35 |
| Bahamas | 0.61 | 38 |
| Croatia | 0.61 | 39 |
| Greece | 0.60 | 41 |
| Trinidad & Tobago | 0.57 | 48 |
| Hungary | 0.57 | 49 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 76 of 129

# The Eight Factors of the WJP Rule of Law Index

The following chart presents country performance on the eight aggregated factors of the *WJP Rule of Law Index*.

- 🏛 Constraints on Government Powers
- 🗳 Open Government
- 👤 Order & Security
- ⚖ Civil Justice
- 💰 Absence of Corruption
- 👤 Fundamental Rights
- ⚖ Regulatory Enforcement
- 🏛 Criminal Justice

Top Tercile ▢ ▢ Bottom Tercile



Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 77 of 129

# Rule of Law Trends

The *WJP Rule of Law Index 2016* features analysis of whether a country's primary rule of law indicators experienced significant change over the past year. An arrow pointing up indicates a statistically significant improvement, while an arrow pointing down represents a statistically significant decline. A detailed explanation of these measures can be found in the "Methodology" section of this report.

🏛 Constraints on Government Powers    💰 Absence of Corruption
📖 Open Government    👤 Fundamental Rights
👥 Order & Security    👥 Regulatory Enforcement
⚖ Civil Justice    🏛 Criminal Justice

▼ Trending down    ▲ Trending up



# Factor 1: Constraints on Government Powers



| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 1 measures the effectiveness of the institutional checks on government power by the legislature, the judiciary, and independent auditing and review agencies, as well as the effectiveness of non-governmental oversight by the media and civil society, which serve an important role in monitoring government actions and holding officials accountable. This factor also measures the extent to which transitions of power occur in accordance with the law and whether government officials are held accountable for official misconduct.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 79 of 129

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.93 | 1 |
| Norway | 0.91 | 2 |
| Finland | 0.89 | 3 |
| Netherlands | 0.89 | 4 |
| Sweden | 0.88 | 5 |
| New Zealand | 0.86 | 6 |
| Austria | 0.86 | 7 |
| United Kingdom | 0.85 | 8 |
| Germany | 0.85 | 9 |
| Canada | 0.84 | 10 |
| Australia | 0.83 | 11 |
| Belgium | 0.83 | 12 |
| United States | 0.81 | 13 |
| Portugal | 0.80 | 14 |
| Estonia | 0.80 | 15 |
| Uruguay | 0.79 | 16 |
| Costa Rica | 0.78 | 17 |
| France | 0.77 | 18 |
| Czech Republic | 0.76 | 19 |
| Singapore | 0.75 | 20 |
| Japan | 0.74 | 21 |
| Chile | 0.73 | 22 |
| Spain | 0.70 | 23 |
| Italy | 0.70 | 24 |
| Hong Kong SAR, China | 0.70 | 25 |
| Romania | 0.69 | 26 |
| Republic of Korea | 0.68 | 27 |
| Poland | 0.68 | 28 |
| Ghana | 0.67 | 29 |
| Senegal | 0.67 | 30 |
| St. Kitts & Nevis | 0.67 | 31 |
| Barbados | 0.66 | 32 |
| Indonesia | 0.64 | 33 |
| Jamaica | 0.64 | 34 |
| India | 0.64 | 35 |
| Greece | 0.64 | 36 |
| St. Lucia | 0.64 | 37 |
| Antigua & Barbuda | 0.64 | 38 |
| Tunisia | 0.64 | 39 |
| Nepal | 0.63 | 40 |
| Grenada | 0.63 | 41 |
| Peru | 0.63 | 42 |
| Georgia | 0.62 | 43 |
| Trinidad & Tobago | 0.62 | 44 |
| United Arab Emirates | 0.61 | 45 |
| Slovenia | 0.61 | 46 |
| South Africa | 0.61 | 47 |
| Brazil | 0.61 | 48 |
| Bahamas | 0.60 | 49 |
| Croatia | 0.60 | 50 |
| Philippines | 0.59 | 51 |
| Argentina | 0.59 | 52 |
| Morocco | 0.57 | 53 |
| St. Vincent & the Grenadines | 0.57 | 54 |
| Bosnia & Herzegovina | 0.57 | 55 |
| Dominica | 0.57 | 56 |
| Malawi | 0.57 | 57 |
| Liberia | 0.56 | 58 |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Panama | 0.56 | 59 |
| Botswana | 0.55 | 60 |
| Nigeria | 0.54 | 61 |
| Jordan | 0.53 | 62 |
| Colombia | 0.53 | 63 |
| Mongolia | 0.53 | 64 |
| Guatemala | 0.53 | 65 |
| Sri Lanka | 0.53 | 66 |
| Guyana | 0.53 | 67 |
| Albania | 0.53 | 68 |
| Suriname | 0.52 | 69 |
| Sierra Leone | 0.52 | 70 |
| Tanzania | 0.52 | 71 |
| Pakistan | 0.52 | 72 |
| Lebanon | 0.51 | 73 |
| El Salvador | 0.51 | 74 |
| Kyrgyzstan | 0.50 | 75 |
| Myanmar | 0.50 | 76 |
| Kenya | 0.50 | 77 |
| Malaysia | 0.50 | 78 |
| Zambia | 0.50 | 79 |
| Bulgaria | 0.49 | 80 |
| Vietnam | 0.49 | 81 |
| Thailand | 0.47 | 82 |
| Mexico | 0.47 | 83 |
| Serbia | 0.46 | 84 |
| Burkina Faso | 0.46 | 85 |
| Madagascar | 0.46 | 86 |
| Hungary | 0.46 | 87 |
| Ukraine | 0.45 | 88 |
| Cote d'Ivoire | 0.45 | 89 |
| Belize | 0.45 | 90 |
| Kazakhstan | 0.44 | 91 |
| Honduras | 0.44 | 92 |
| Dominican Republic | 0.44 | 93 |
| Iran | 0.44 | 94 |
| Moldova | 0.43 | 95 |
| Macedonia, FYR | 0.43 | 96 |
| Afghanistan | 0.43 | 97 |
| Bangladesh | 0.43 | 98 |
| Cameroon | 0.41 | 99 |
| Russia | 0.40 | 100 |
| Uganda | 0.40 | 101 |
| Bolivia | 0.39 | 102 |
| Ecuador | 0.39 | 103 |
| China | 0.38 | 104 |
| Belarus | 0.36 | 105 |
| Ethiopia | 0.35 | 106 |
| Nicaragua | 0.32 | 107 |
| Turkey | 0.32 | 108 |
| Cambodia | 0.31 | 109 |
| Egypt | 0.31 | 110 |
| Uzbekistan | 0.30 | 111 |
| Zimbabwe | 0.26 | 112 |
| Venezuela | 0.18 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 80 of 129

# Factor 2: Absence of Corruption



| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 2 measures the absence of corruption in government. The factor considers three forms of corruption: bribery, improper influence by public or private interests, and misappropriation of public funds or other resources. These three forms of corruption are examined with respect to government officers in the executive branch, the judiciary, the military, police, and the legislature.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 81 of 129

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.96 | 1 |
| Singapore | 0.93 | 2 |
| Norway | 0.92 | 3 |
| Finland | 0.92 | 4 |
| Sweden | 0.91 | 5 |
| New Zealand | 0.90 | 6 |
| Netherlands | 0.88 | 7 |
| Hong Kong SAR, China | 0.85 | 8 |
| Austria | 0.84 | 9 |
| Germany | 0.84 | 10 |
| Canada | 0.83 | 11 |
| Australia | 0.83 | 12 |
| Japan | 0.83 | 13 |
| United Kingdom | 0.82 | 14 |
| United Arab Emirates | 0.80 | 15 |
| Belgium | 0.78 | 16 |
| Estonia | 0.78 | 17 |
| Uruguay | 0.77 | 18 |
| France | 0.74 | 19 |
| United States | 0.73 | 20 |
| Poland | 0.73 | 21 |
| Georgia | 0.73 | 22 |
| Portugal | 0.72 | 23 |
| Barbados | 0.70 | 24 |
| Chile | 0.70 | 25 |
| Grenada | 0.69 | 26 |
| Costa Rica | 0.69 | 27 |
| Spain | 0.69 | 28 |
| St. Lucia | 0.68 | 29 |
| Czech Republic | 0.68 | 30 |
| St. Kitts & Nevis | 0.68 | 31 |
| St. Vincent & the Grenadines | 0.67 | 32 |
| Jordan | 0.66 | 33 |
| Antigua & Barbuda | 0.66 | 34 |
| Republic of Korea | 0.65 | 35 |
| Dominica | 0.65 | 36 |
| Bahamas | 0.64 | 37 |
| Botswana | 0.62 | 38 |
| Malaysia | 0.61 | 39 |
| Slovenia | 0.60 | 40 |
| Italy | 0.60 | 41 |
| Croatia | 0.57 | 42 |
| Suriname | 0.56 | 43 |
| Romania | 0.55 | 44 |
| South Africa | 0.55 | 45 |
| Greece | 0.55 | 46 |
| Jamaica | 0.55 | 47 |
| Senegal | 0.55 | 48 |
| Trinidad & Tobago | 0.54 | 49 |
| Morocco | 0.54 | 50 |
| Belarus | 0.52 | 51 |
| China | 0.52 | 52 |
| Hungary | 0.51 | 53 |
| Argentina | 0.51 | 54 |
| Macedonia, FYR | 0.50 | 55 |
| Philippines | 0.48 | 56 |
| Iran | 0.48 | 57 |
| Turkey | 0.48 | 58 |

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Belize | 0.48 | 59 |
| Tunisia | 0.47 | 60 |
| Thailand | 0.47 | 61 |
| Guyana | 0.46 | 62 |
| Brazil | 0.45 | 63 |
| Sri Lanka | 0.45 | 64 |
| Panama | 0.45 | 65 |
| Egypt | 0.45 | 66 |
| Vietnam | 0.45 | 67 |
| Ethiopia | 0.44 | 68 |
| India | 0.44 | 69 |
| Myanmar | 0.44 | 70 |
| Kazakhstan | 0.43 | 71 |
| Bosnia & Herzegovina | 0.43 | 72 |
| El Salvador | 0.42 | 73 |
| Ecuador | 0.42 | 74 |
| Serbia | 0.41 | 75 |
| Ghana | 0.41 | 76 |
| Colombia | 0.41 | 77 |
| Russia | 0.41 | 78 |
| Bulgaria | 0.41 | 79 |
| Mongolia | 0.41 | 80 |
| Zambia | 0.40 | 81 |
| Tanzania | 0.39 | 82 |
| Nepal | 0.38 | 83 |
| Indonesia | 0.38 | 84 |
| Cote d'Ivoire | 0.38 | 85 |
| Burkina Faso | 0.38 | 86 |
| Nicaragua | 0.37 | 87 |
| Lebanon | 0.36 | 88 |
| Ukraine | 0.36 | 89 |
| Malawi | 0.36 | 90 |
| Peru | 0.36 | 91 |
| Honduras | 0.36 | 92 |
| Dominican Republic | 0.34 | 93 |
| Bangladesh | 0.34 | 94 |
| Guatemala | 0.34 | 95 |
| Uzbekistan | 0.33 | 96 |
| Pakistan | 0.33 | 97 |
| Albania | 0.33 | 98 |
| Mexico | 0.32 | 99 |
| Nigeria | 0.30 | 100 |
| Sierra Leone | 0.30 | 101 |
| Madagascar | 0.30 | 102 |
| Bolivia | 0.29 | 103 |
| Zimbabwe | 0.29 | 104 |
| Moldova | 0.28 | 105 |
| Kyrgyzstan | 0.28 | 106 |
| Uganda | 0.27 | 107 |
| Kenya | 0.26 | 108 |
| Liberia | 0.26 | 109 |
| Venezuela | 0.25 | 110 |
| Cambodia | 0.24 | 111 |
| Cameroon | 0.24 | 112 |
| Afghanistan | 0.23 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 82 of 129

# Factor 3: Open Government





| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 3 measures whether basic laws and information in legal rights are publicized, and assesses the quality of information published by the government. It also measures whether requests for information held by a government agency are properly granted. Finally, it evaluates the effectiveness of civic participation mechanisms and whether people can bring specific complaints to the government.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 83 of 129

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Norway | 0.87 | 1 |
| Denmark | 0.86 | 2 |
| Finland | 0.85 | 3 |
| Netherlands | 0.85 | 4 |
| Sweden | 0.84 | 5 |
| New Zealand | 0.84 | 6 |
| United Kingdom | 0.84 | 7 |
| Estonia | 0.81 | 8 |
| Canada | 0.80 | 9 |
| Germany | 0.79 | 10 |
| Australia | 0.78 | 11 |
| United States | 0.78 | 12 |
| France | 0.77 | 13 |
| Austria | 0.75 | 14 |
| Belgium | 0.73 | 15 |
| Poland | 0.72 | 16 |
| Chile | 0.72 | 17 |
| Uruguay | 0.70 | 18 |
| Costa Rica | 0.69 | 19 |
| Czech Republic | 0.69 | 20 |
| Japan | 0.68 | 21 |
| Republic of Korea | 0.68 | 22 |
| Spain | 0.68 | 23 |
| Singapore | 0.67 | 24 |
| Romania | 0.67 | 25 |
| Portugal | 0.67 | 26 |
| Hong Kong SAR, China | 0.66 | 27 |
| India | 0.66 | 28 |
| Slovenia | 0.66 | 29 |
| Colombia | 0.64 | 30 |
| Georgia | 0.63 | 31 |
| Italy | 0.63 | 32 |
| Brazil | 0.62 | 33 |
| Mexico | 0.61 | 34 |
| South Africa | 0.61 | 35 |
| Croatia | 0.59 | 36 |
| Indonesia | 0.58 | 37 |
| Moldova | 0.58 | 38 |
| Jamaica | 0.58 | 39 |
| Bulgaria | 0.58 | 40 |
| Panama | 0.58 | 41 |
| Greece | 0.57 | 42 |
| Argentina | 0.57 | 43 |
| Serbia | 0.56 | 44 |
| Macedonia, FYR | 0.56 | 45 |
| Peru | 0.56 | 46 |
| Grenada | 0.56 | 47 |
| Trinidad & Tobago | 0.55 | 48 |
| Kyrgyzstan | 0.55 | 49 |
| Ukraine | 0.55 | 50 |
| Ghana | 0.55 | 51 |
| Nepal | 0.54 | 52 |
| Bosnia & Herzegovina | 0.54 | 53 |
| Dominican Republic | 0.54 | 54 |
| Hungary | 0.52 | 55 |
| Barbados | 0.52 | 56 |
| Thailand | 0.52 | 57 |
| Senegal | 0.52 | 58 |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| St. Lucia | 0.52 | 59 |
| Tunisia | 0.51 | 60 |
| El Salvador | 0.51 | 61 |
| Antigua & Barbuda | 0.51 | 62 |
| Philippines | 0.51 | 63 |
| Malawi | 0.50 | 64 |
| Dominica | 0.50 | 65 |
| Guatemala | 0.49 | 66 |
| Russia | 0.49 | 67 |
| Botswana | 0.49 | 68 |
| St. Vincent & the Grenadines | 0.49 | 69 |
| Kenya | 0.49 | 70 |
| Sri Lanka | 0.48 | 71 |
| Liberia | 0.48 | 72 |
| Kazakhstan | 0.48 | 73 |
| Mongolia | 0.48 | 74 |
| Guyana | 0.47 | 75 |
| Morocco | 0.47 | 76 |
| Honduras | 0.46 | 77 |
| St. Kitts & Nevis | 0.46 | 78 |
| Pakistan | 0.46 | 79 |
| Madagascar | 0.46 | 80 |
| Bahamas | 0.45 | 81 |
| Burkina Faso | 0.45 | 82 |
| Albania | 0.45 | 83 |
| Bangladesh | 0.45 | 84 |
| Ecuador | 0.45 | 85 |
| Suriname | 0.45 | 86 |
| Belize | 0.45 | 87 |
| Bolivia | 0.44 | 88 |
| China | 0.44 | 89 |
| Belarus | 0.43 | 90 |
| Zambia | 0.43 | 91 |
| Vietnam | 0.43 | 92 |
| Lebanon | 0.43 | 93 |
| Jordan | 0.43 | 94 |
| Nigeria | 0.43 | 95 |
| Turkey | 0.42 | 96 |
| Nicaragua | 0.41 | 97 |
| Sierra Leone | 0.40 | 98 |
| Afghanistan | 0.40 | 99 |
| Uganda | 0.39 | 100 |
| Tanzania | 0.39 | 101 |
| United Arab Emirates | 0.39 | 102 |
| Cote d'Ivoire | 0.37 | 103 |
| Cameroon | 0.35 | 104 |
| Malaysia | 0.35 | 105 |
| Iran | 0.34 | 106 |
| Myanmar | 0.33 | 107 |
| Venezuela | 0.32 | 108 |
| Uzbekistan | 0.31 | 109 |
| Zimbabwe | 0.30 | 110 |
| Ethiopia | 0.27 | 111 |
| Cambodia | 0.24 | 112 |
| Egypt | 0.23 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 84 of 129

# Factor 4: Fundamental Rights



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 4 measures the protection of fundamental human rights, including effective enforcement of laws that ensure equal protection, the right to life and security of the person, due process of law and the rights of the accused, freedom of opinion and expression, freedom of belief and religion, the right to privacy, freedom of assembly and association, and fundamental labor rights, including the right to collective bargaining, the prohibition of forced and child labor, and the elimination of discrimination.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 85 of 129

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Denmark | 0.92 | 1 |
| Finland | 0.92 | 2 |
| Norway | 0.89 | 3 |
| Austria | 0.88 | 4 |
| Sweden | 0.88 | 5 |
| Netherlands | 0.86 | 6 |
| Germany | 0.85 | 7 |
| Belgium | 0.84 | 8 |
| Canada | 0.82 | 9 |
| New Zealand | 0.82 | 10 |
| Czech Republic | 0.81 | 11 |
| United Kingdom | 0.81 | 12 |
| Australia | 0.81 | 13 |
| Uruguay | 0.80 | 14 |
| Estonia | 0.80 | 15 |
| Barbados | 0.79 | 16 |
| Costa Rica | 0.79 | 17 |
| Portugal | 0.79 | 18 |
| Slovenia | 0.77 | 19 |
| Spain | 0.77 | 20 |
| United States | 0.75 | 21 |
| Chile | 0.75 | 22 |
| Japan | 0.75 | 23 |
| France | 0.75 | 24 |
| Antigua & Barbuda | 0.74 | 25 |
| Poland | 0.74 | 26 |
| St. Kitts & Nevis | 0.74 | 27 |
| Romania | 0.73 | 28 |
| St. Lucia | 0.73 | 29 |
| Italy | 0.72 | 30 |
| St. Vincent & the Grenadines | 0.71 | 31 |
| Republic of Korea | 0.70 | 32 |
| Hong Kong SAR, China | 0.70 | 33 |
| Croatia | 0.69 | 34 |
| Argentina | 0.69 | 35 |
| Singapore | 0.69 | 36 |
| Dominica | 0.68 | 37 |
| Grenada | 0.68 | 38 |
| Georgia | 0.68 | 39 |
| Bahamas | 0.67 | 40 |
| Greece | 0.65 | 41 |
| Bosnia & Herzegovina | 0.65 | 42 |
| Ghana | 0.65 | 43 |
| Peru | 0.64 | 44 |
| Bulgaria | 0.64 | 45 |
| Jamaica | 0.63 | 46 |
| Ukraine | 0.63 | 47 |
| South Africa | 0.63 | 48 |
| Panama | 0.63 | 49 |
| Hungary | 0.62 | 50 |
| Senegal | 0.62 | 51 |
| Brazil | 0.61 | 52 |
| Trinidad & Tobago | 0.61 | 53 |
| Mongolia | 0.60 | 54 |
| Albania | 0.60 | 55 |
| Dominican Republic | 0.60 | 56 |
| Serbia | 0.58 | 57 |
| Malawi | 0.58 | 58 |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Moldova | 0.58 | 59 |
| El Salvador | 0.57 | 60 |
| Sierra Leone | 0.57 | 61 |
| Tunisia | 0.57 | 62 |
| Burkina Faso | 0.56 | 63 |
| Liberia | 0.56 | 64 |
| Colombia | 0.55 | 65 |
| Guatemala | 0.55 | 66 |
| Macedonia, FYR | 0.54 | 67 |
| Vietnam | 0.54 | 68 |
| Kyrgyzstan | 0.54 | 69 |
| Guyana | 0.54 | 70 |
| Suriname | 0.53 | 71 |
| Nepal | 0.53 | 72 |
| Sri Lanka | 0.52 | 73 |
| Indonesia | 0.52 | 74 |
| Mexico | 0.51 | 75 |
| Ecuador | 0.51 | 76 |
| Lebanon | 0.51 | 77 |
| Botswana | 0.51 | 78 |
| Belize | 0.51 | 79 |
| Bolivia | 0.50 | 80 |
| India | 0.50 | 81 |
| Jordan | 0.50 | 82 |
| Philippines | 0.50 | 83 |
| Madagascar | 0.49 | 84 |
| Belarus | 0.48 | 85 |
| Tanzania | 0.48 | 86 |
| Kenya | 0.47 | 87 |
| Thailand | 0.47 | 88 |
| Nigeria | 0.46 | 89 |
| United Arab Emirates | 0.46 | 90 |
| Morocco | 0.45 | 91 |
| Kazakhstan | 0.45 | 92 |
| Nicaragua | 0.45 | 93 |
| Cote d'Ivoire | 0.45 | 94 |
| Zambia | 0.45 | 95 |
| Honduras | 0.44 | 96 |
| Russia | 0.44 | 97 |
| Malaysia | 0.44 | 98 |
| Cameroon | 0.43 | 99 |
| Afghanistan | 0.40 | 100 |
| Pakistan | 0.39 | 101 |
| Uganda | 0.39 | 102 |
| Cambodia | 0.39 | 103 |
| Uzbekistan | 0.36 | 104 |
| Turkey | 0.34 | 105 |
| Bangladesh | 0.34 | 106 |
| Venezuela | 0.33 | 107 |
| China | 0.32 | 108 |
| Myanmar | 0.30 | 109 |
| Egypt | 0.29 | 110 |
| Ethiopia | 0.29 | 111 |
| Iran | 0.29 | 112 |
| Zimbabwe | 0.28 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 86 of 129





| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 5 measures various threats to order and security including conventional crime, political violence, and violence as a means to redress personal grievances.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 87 of 129

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
| --- | --- | --- |
| Singapore | 0.93 | 1 |
| Finland | 0.93 | 2 |
| Sweden | 0.92 | 3 |
| Denmark | 0.92 | 4 |
| Uzbekistan | 0.91 | 5 |
| Canada | 0.91 | 6 |
| Austria | 0.90 | 7 |
| Norway | 0.90 | 8 |
| Japan | 0.90 | 9 |
| Czech Republic | 0.89 | 10 |
| Hong Kong SAR, China | 0.89 | 11 |
| United Arab Emirates | 0.89 | 12 |
| Australia | 0.87 | 13 |
| Germany | 0.87 | 14 |
| New Zealand | 0.86 | 15 |
| Hungary | 0.86 | 16 |
| United Kingdom | 0.85 | 17 |
| Estonia | 0.85 | 18 |
| Poland | 0.85 | 19 |
| Netherlands | 0.85 | 20 |
| Belgium | 0.84 | 21 |
| Romania | 0.84 | 22 |
| Republic of Korea | 0.83 | 23 |
| Slovenia | 0.83 | 24 |
| Croatia | 0.82 | 25 |
| Malaysia | 0.82 | 26 |
| St. Kitts & Nevis | 0.82 | 27 |
| Antigua & Barbuda | 0.82 | 28 |
| Belarus | 0.81 | 29 |
| Moldova | 0.81 | 30 |
| United States | 0.80 | 31 |
| Mongolia | 0.79 | 32 |
| Grenada | 0.79 | 33 |
| Jordan | 0.79 | 34 |
| Vietnam | 0.79 | 35 |
| Spain | 0.79 | 36 |
| Georgia | 0.78 | 37 |
| Barbados | 0.78 | 38 |
| Portugal | 0.77 | 39 |
| Kazakhstan | 0.76 | 40 |
| China | 0.76 | 41 |
| Albania | 0.75 | 42 |
| Greece | 0.75 | 43 |
| Dominica | 0.75 | 44 |
| St. Vincent & the Grenadines | 0.75 | 45 |
| Kyrgyzstan | 0.75 | 46 |
| Bulgaria | 0.74 | 47 |
| Macedonia, FYR | 0.74 | 48 |
| Nepal | 0.74 | 49 |
| Morocco | 0.73 | 50 |
| Madagascar | 0.73 | 51 |
| Uruguay | 0.73 | 52 |
| Myanmar | 0.73 | 53 |
| Serbia | 0.73 | 54 |
| Indonesia | 0.73 | 55 |
| Bahamas | 0.72 | 56 |
| St. Lucia | 0.72 | 57 |
| Italy | 0.72 | 58 |

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
| --- | --- | --- |
| Iran | 0.72 | 59 |
| Botswana | 0.71 | 60 |
| Cote d'Ivoire | 0.71 | 61 |
| Ghana | 0.70 | 62 |
| Bosnia & Herzegovina | 0.70 | 63 |
| Thailand | 0.70 | 64 |
| Belize | 0.70 | 65 |
| Costa Rica | 0.68 | 66 |
| Chile | 0.68 | 67 |
| Sri Lanka | 0.68 | 68 |
| Burkina Faso | 0.67 | 69 |
| Zambia | 0.67 | 70 |
| Zimbabwe | 0.67 | 71 |
| Trinidad & Tobago | 0.67 | 72 |
| Panama | 0.67 | 73 |
| Senegal | 0.67 | 74 |
| Brazil | 0.67 | 75 |
| Ethiopia | 0.67 | 76 |
| Philippines | 0.67 | 77 |
| Sierra Leone | 0.66 | 78 |
| Nicaragua | 0.66 | 79 |
| Ukraine | 0.65 | 80 |
| Cambodia | 0.65 | 81 |
| Tanzania | 0.64 | 82 |
| Lebanon | 0.64 | 83 |
| Peru | 0.64 | 84 |
| Suriname | 0.64 | 85 |
| Jamaica | 0.64 | 86 |
| Guyana | 0.64 | 87 |
| Tunisia | 0.63 | 88 |
| France | 0.63 | 89 |
| El Salvador | 0.63 | 90 |
| South Africa | 0.63 | 91 |
| Malawi | 0.62 | 92 |
| Argentina | 0.62 | 93 |
| Mexico | 0.61 | 94 |
| Dominican Republic | 0.61 | 95 |
| Liberia | 0.61 | 96 |
| Ecuador | 0.60 | 97 |
| Turkey | 0.59 | 98 |
| Guatemala | 0.59 | 99 |
| Bangladesh | 0.58 | 100 |
| Bolivia | 0.58 | 101 |
| Russia | 0.56 | 102 |
| Honduras | 0.56 | 103 |
| India | 0.56 | 104 |
| Uganda | 0.56 | 105 |
| Colombia | 0.55 | 106 |
| Kenya | 0.51 | 107 |
| Egypt | 0.49 | 108 |
| Nigeria | 0.48 | 109 |
| Venezuela | 0.48 | 110 |
| Cameroon | 0.47 | 111 |
| Afghanistan | 0.34 | 112 |
| Pakistan | 0.29 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 88 of 129

# Factor 6: Regulatory Enforcement



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 6 measures the extent to which regulations are effectively implemented and enforced without improper influence by public officials or private interests. It also includes whether administrative proceedings are conducted in a timely manner without unreasonable delays and whether due process is respected in administrative proceedings. This factor also addresses whether the government respects the property rights of people and corporations.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 89 of 129

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Singapore | 0.90 | 1 |
| Netherlands | 0.88 | 2 |
| Norway | 0.86 | 3 |
| Sweden | 0.85 | 4 |
| Germany | 0.85 | 5 |
| Denmark | 0.85 | 6 |
| Finland | 0.83 | 7 |
| New Zealand | 0.82 | 8 |
| Australia | 0.82 | 9 |
| Japan | 0.82 | 10 |
| Austria | 0.80 | 11 |
| Hong Kong SAR, China | 0.80 | 12 |
| Canada | 0.79 | 13 |
| United Kingdom | 0.79 | 14 |
| Estonia | 0.78 | 15 |
| Belgium | 0.77 | 16 |
| Republic of Korea | 0.75 | 17 |
| France | 0.72 | 18 |
| United States | 0.71 | 19 |
| Uruguay | 0.69 | 20 |
| United Arab Emirates | 0.68 | 21 |
| Czech Republic | 0.68 | 22 |
| Costa Rica | 0.67 | 23 |
| Spain | 0.67 | 24 |
| St. Kitts & Nevis | 0.66 | 25 |
| Chile | 0.66 | 26 |
| Poland | 0.62 | 27 |
| Georgia | 0.62 | 28 |
| Slovenia | 0.62 | 29 |
| Barbados | 0.61 | 30 |
| Portugal | 0.60 | 31 |
| Botswana | 0.59 | 32 |
| Jordan | 0.58 | 33 |
| Grenada | 0.58 | 34 |
| Italy | 0.57 | 35 |
| Romania | 0.57 | 36 |
| St. Lucia | 0.56 | 37 |
| Senegal | 0.56 | 38 |
| Ghana | 0.56 | 39 |
| Greece | 0.56 | 40 |
| Morocco | 0.54 | 41 |
| Brazil | 0.54 | 42 |
| Trinidad & Tobago | 0.54 | 43 |
| St. Vincent & the Grenadines | 0.54 | 44 |
| South Africa | 0.54 | 45 |
| Antigua & Barbuda | 0.54 | 46 |
| Jamaica | 0.54 | 47 |
| Belarus | 0.53 | 48 |
| Panama | 0.52 | 49 |
| Dominica | 0.52 | 50 |
| Colombia | 0.52 | 51 |
| Bulgaria | 0.51 | 52 |
| Indonesia | 0.51 | 53 |
| Hungary | 0.51 | 54 |
| Philippines | 0.51 | 55 |
| Thailand | 0.50 | 56 |
| Kazakhstan | 0.50 | 57 |
| Sri Lanka | 0.50 | 58 |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Bosnia & Herzegovina | 0.50 | 59 |
| Iran | 0.50 | 60 |
| Croatia | 0.50 | 61 |
| Peru | 0.50 | 62 |
| El Salvador | 0.50 | 63 |
| Tunisia | 0.49 | 64 |
| Cote d'Ivoire | 0.49 | 65 |
| Guyana | 0.48 | 66 |
| Nepal | 0.48 | 67 |
| Argentina | 0.47 | 68 |
| Bahamas | 0.47 | 69 |
| Macedonia, FYR | 0.47 | 70 |
| Russia | 0.47 | 71 |
| Mongolia | 0.47 | 72 |
| Suriname | 0.47 | 73 |
| Malaysia | 0.47 | 74 |
| Nicaragua | 0.46 | 75 |
| Ecuador | 0.46 | 76 |
| India | 0.46 | 77 |
| Serbia | 0.46 | 78 |
| Malawi | 0.45 | 79 |
| China | 0.45 | 80 |
| Uzbekistan | 0.45 | 81 |
| Burkina Faso | 0.45 | 82 |
| Zambia | 0.45 | 83 |
| Turkey | 0.44 | 84 |
| Mexico | 0.44 | 85 |
| Albania | 0.44 | 86 |
| Myanmar | 0.44 | 87 |
| Belize | 0.43 | 88 |
| Nigeria | 0.43 | 89 |
| Bolivia | 0.43 | 90 |
| Vietnam | 0.43 | 91 |
| Kenya | 0.43 | 92 |
| Tanzania | 0.42 | 93 |
| Honduras | 0.41 | 94 |
| Dominican Republic | 0.41 | 95 |
| Lebanon | 0.41 | 96 |
| Moldova | 0.41 | 97 |
| Liberia | 0.41 | 98 |
| Bangladesh | 0.40 | 99 |
| Ukraine | 0.40 | 100 |
| Guatemala | 0.39 | 101 |
| Madagascar | 0.38 | 102 |
| Cameroon | 0.38 | 103 |
| Kyrgyzstan | 0.38 | 104 |
| Uganda | 0.37 | 105 |
| Afghanistan | 0.36 | 106 |
| Sierra Leone | 0.35 | 107 |
| Zimbabwe | 0.35 | 108 |
| Pakistan | 0.34 | 109 |
| Egypt | 0.33 | 110 |
| Ethiopia | 0.31 | 111 |
| Cambodia | 0.28 | 112 |
| Venezuela | 0.21 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 90 of 129



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 - .10 | .11 - .20 | .21 - .30 | .31 - .40 | .41 - .50 | .51 - .60 | .61 - .70 | .71 - .80 | .81 - .90 | .91 - 1.0 |

Factor 7 measures whether civil justice systems are accessible and affordable, free of discrimination, corruption, and improper influence by public officials. It examines whether court proceedings are conducted without unreasonable delays, and if decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 91 of 129

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Netherlands | 0.88 | 1 |
| Germany | 0.86 | 2 |
| Norway | 0.85 | 3 |
| Singapore | 0.85 | 4 |
| Denmark | 0.84 | 5 |
| Japan | 0.82 | 6 |
| Sweden | 0.81 | 7 |
| Republic of Korea | 0.81 | 8 |
| Austria | 0.80 | 9 |
| Finland | 0.80 | 10 |
| New Zealand | 0.78 | 11 |
| Hong Kong SAR, China | 0.77 | 12 |
| Estonia | 0.77 | 13 |
| Australia | 0.77 | 14 |
| Belgium | 0.76 | 15 |
| United Kingdom | 0.75 | 16 |
| Uruguay | 0.73 | 17 |
| Czech Republic | 0.73 | 18 |
| Canada | 0.72 | 19 |
| Grenada | 0.72 | 20 |
| Antigua and Barbuda | 0.72 | 21 |
| St. Kitts and Nevis | 0.71 | 22 |
| France | 0.71 | 23 |
| Barbados | 0.68 | 24 |
| United Arab Emirates | 0.68 | 25 |
| Portugal | 0.66 | 26 |
| Poland | 0.66 | 27 |
| United States | 0.65 | 28 |
| Spain | 0.65 | 29 |
| Belarus | 0.65 | 30 |
| Romania | 0.65 | 31 |
| Chile | 0.64 | 32 |
| Slovenia | 0.64 | 33 |
| St. Lucia | 0.63 | 34 |
| Jordan | 0.63 | 35 |
| Botswana | 0.62 | 36 |
| Bahamas | 0.62 | 37 |
| Costa Rica | 0.62 | 38 |
| Georgia | 0.61 | 39 |
| Dominica | 0.61 | 40 |
| Ghana | 0.61 | 41 |
| Trinidad and Tobago | 0.61 | 42 |
| South Africa | 0.61 | 43 |
| Greece | 0.57 | 44 |
| Bulgaria | 0.57 | 45 |
| Italy | 0.57 | 46 |
| Senegal | 0.57 | 47 |
| Argentina | 0.57 | 48 |
| Malaysia | 0.56 | 49 |
| St. Vincent and the Grenadines | 0.56 | 50 |
| Macedonia, FYR | 0.56 | 51 |
| Iran | 0.55 | 52 |
| Kazakhstan | 0.55 | 53 |
| Jamaica | 0.54 | 54 |
| Mongolia | 0.54 | 55 |
| Malawi | 0.54 | 56 |
| Morocco | 0.53 | 57 |
| Brazil | 0.53 | 58 |

| COUNTRY/JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Thailand | 0.53 | 59 |
| Croatia | 0.53 | 60 |
| Hungary | 0.52 | 61 |
| China | 0.52 | 62 |
| Russia | 0.52 | 63 |
| Uzbekistan | 0.51 | 64 |
| Suriname | 0.51 | 65 |
| Cote d'Ivoire | 0.51 | 66 |
| Zambia | 0.50 | 67 |
| Tanzania | 0.50 | 68 |
| Bosnia and Herzegovina | 0.50 | 69 |
| Colombia | 0.50 | 70 |
| Tunisia | 0.49 | 71 |
| Panama | 0.48 | 72 |
| Guyana | 0.48 | 73 |
| Albania | 0.48 | 74 |
| Nigeria | 0.48 | 75 |
| El Salvador | 0.48 | 76 |
| Lebanon | 0.48 | 77 |
| Ukraine | 0.47 | 78 |
| Belize | 0.47 | 79 |
| Vietnam | 0.47 | 80 |
| Burkina Faso | 0.47 | 81 |
| Moldova | 0.46 | 82 |
| Serbia | 0.46 | 83 |
| Zimbabwe | 0.46 | 84 |
| Dominican Republic | 0.46 | 85 |
| Turkey | 0.46 | 86 |
| Philippines | 0.45 | 87 |
| Liberia | 0.45 | 88 |
| Ecuador | 0.44 | 89 |
| Peru | 0.44 | 90 |
| Kenya | 0.43 | 91 |
| Indonesia | 0.43 | 92 |
| India | 0.43 | 93 |
| Kyrgyzstan | 0.43 | 94 |
| Honduras | 0.43 | 95 |
| Sri Lanka | 0.42 | 96 |
| Uganda | 0.42 | 97 |
| Myanmar | 0.42 | 98 |
| Nepal | 0.41 | 99 |
| Madagascar | 0.41 | 100 |
| Mexico | 0.41 | 101 |
| Sierra Leone | 0.40 | 102 |
| Bangladesh | 0.39 | 103 |
| Egypt | 0.38 | 104 |
| Ethiopia | 0.37 | 105 |
| Pakistan | 0.37 | 106 |
| Nicaragua | 0.37 | 107 |
| Bolivia | 0.35 | 108 |
| Cameroon | 0.35 | 109 |
| Afghanistan | 0.34 | 110 |
| Guatemala | 0.33 | 111 |
| Venezuela | 0.29 | 112 |
| Cambodia | 0.19 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 92 of 129



Factor 8 measures whether the criminal investigation, adjudication, and correctional systems are effective, and whether the criminal justice system is impartial, free of corruption, free of improper influence, and protective of due process and the rights of the accused.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 93 of 129

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Finland | 0.85 | 1 |
| Norway | 0.83 | 2 |
| Austria | 0.83 | 3 |
| Singapore | 0.83 | 4 |
| Denmark | 0.82 | 5 |
| Hong Kong SAR, China | 0.80 | 6 |
| Netherlands | 0.80 | 7 |
| Sweden | 0.79 | 8 |
| Germany | 0.77 | 9 |
| United Kingdom | 0.76 | 10 |
| Belgium | 0.76 | 11 |
| Australia | 0.75 | 12 |
| New Zealand | 0.75 | 13 |
| United Arab Emirates | 0.74 | 14 |
| Canada | 0.74 | 15 |
| Czech Republic | 0.73 | 16 |
| Republic of Korea | 0.71 | 17 |
| Antigua and Barbuda | 0.70 | 18 |
| Estonia | 0.70 | 19 |
| Poland | 0.69 | 20 |
| Japan | 0.68 | 21 |
| United States | 0.68 | 22 |
| Bahamas | 0.68 | 23 |
| Portugal | 0.67 | 24 |
| Slovenia | 0.66 | 25 |
| Grenada | 0.65 | 26 |
| France | 0.65 | 27 |
| St. Lucia | 0.64 | 28 |
| Italy | 0.64 | 29 |
| Spain | 0.63 | 30 |
| St. Vincent & the Grenadines | 0.62 | 31 |
| Barbados | 0.61 | 32 |
| Jordan | 0.59 | 33 |
| Uruguay | 0.58 | 34 |
| Romania | 0.58 | 35 |
| St. Kitts and Nevis | 0.58 | 36 |
| Chile | 0.58 | 37 |
| Georgia | 0.56 | 38 |
| Bosnia and Herzegovina | 0.56 | 39 |
| Dominica | 0.56 | 40 |
| Malaysia | 0.56 | 41 |
| Costa Rica | 0.55 | 42 |
| Hungary | 0.54 | 43 |
| Suriname | 0.54 | 44 |
| Croatia | 0.54 | 45 |
| South Africa | 0.52 | 46 |
| Botswana | 0.52 | 47 |
| Macedonia, FYR | 0.51 | 48 |
| Belarus | 0.51 | 49 |
| Greece | 0.51 | 50 |
| Vietnam | 0.50 | 51 |
| Sri Lanka | 0.49 | 52 |
| Mongolia | 0.48 | 53 |
| Ghana | 0.47 | 54 |
| China | 0.47 | 55 |
| Tunisia | 0.46 | 56 |
| Albania | 0.46 | 57 |
| Jamaica | 0.45 | 58 |

| COUNTRY/ JURISDICTION | SCORE | GLOBAL RANKING |
|---|---|---|
| Thailand | 0.45 | 59 |
| Nepal | 0.44 | 60 |
| Malawi | 0.44 | 61 |
| Uzbekistan | 0.44 | 62 |
| Egypt | 0.43 | 63 |
| Burkina Faso | 0.43 | 64 |
| Iran | 0.43 | 65 |
| Senegal | 0.43 | 66 |
| Argentina | 0.43 | 67 |
| Nigeria | 0.42 | 68 |
| Zambia | 0.42 | 69 |
| Bulgaria | 0.41 | 70 |
| India | 0.41 | 71 |
| Tanzania | 0.41 | 72 |
| Kazakhstan | 0.41 | 73 |
| Trinidad and Tobago | 0.40 | 74 |
| Turkey | 0.40 | 75 |
| Madagascar | 0.40 | 76 |
| Ukraine | 0.40 | 77 |
| Brazil | 0.39 | 78 |
| Moldova | 0.38 | 79 |
| Indonesia | 0.38 | 80 |
| Pakistan | 0.38 | 81 |
| Morocco | 0.37 | 82 |
| Cote d'Ivoire | 0.37 | 83 |
| Philippines | 0.36 | 84 |
| Zimbabwe | 0.36 | 85 |
| Ecuador | 0.36 | 86 |
| Sierra Leone | 0.36 | 87 |
| Kenya | 0.35 | 88 |
| Guyana | 0.35 | 89 |
| Peru | 0.34 | 90 |
| Colombia | 0.34 | 91 |
| Serbia | 0.34 | 92 |
| Uganda | 0.34 | 93 |
| Dominican Republic | 0.34 | 94 |
| El Salvador | 0.34 | 95 |
| Kyrgyzstan | 0.33 | 96 |
| Bangladesh | 0.33 | 97 |
| Russia | 0.33 | 98 |
| Ethiopia | 0.33 | 99 |
| Belize | 0.32 | 100 |
| Myanmar | 0.32 | 101 |
| Nicaragua | 0.32 | 102 |
| Lebanon | 0.31 | 103 |
| Cambodia | 0.30 | 104 |
| Cameroon | 0.30 | 105 |
| Guatemala | 0.29 | 106 |
| Panama | 0.29 | 107 |
| Mexico | 0.29 | 108 |
| Afghanistan | 0.28 | 109 |
| Liberia | 0.26 | 110 |
| Honduras | 0.25 | 111 |
| Bolivia | 0.24 | 112 |
| Venezuela | 0.13 | 113 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 94 of 129

# Country Profiles

# How to Read the Country Profiles

This section presents profiles for the 113 countries and jurisdictions included in the *WJP Rule of Law Index 2016* report. Each country profile presents the featured country's scores for each of the *WJP Rule of Law Index's* factors and sub-factors, and draws comparisons between the scores of the featured country and the scores of other indexed countries that share regional and income level similarities. The scores range between 0 and 1, where 1 signifies the highest score (high rule of law adherence) and 0 signifies the lowest score (low rule of law adherence). The country profiles consist of four sections, outlined below.



1. Displays the country's disaggregated scores for each of the sub-factors that compose the *WJP Rule of Law Index*. Each of the 44 sub-factors is represented by a gray line drawn from the center to the periphery of the circle. The center of the circle corresponds to the worst possible score for each sub-factor (0), and the outer edge of the circle marks the best possible score for each sub-factor (1).

   The featured country's scores are shown in purple. The average score of the country's region is represented with a yellow line. The average score of the country's income group is represented with a green line.

2. Displays the country's overall rule of law score, along with its overall global, income and regional ranks. The overall rule of law score is calculated by taking the simple average of the eight individual factors listed in the table in Section 3 of the country profile.

3. Displays the featured country's individual factor scores, along with the global, regional and income group rankings. The distribution of scores for the global rank, regional rank, and income rank is spread amongst three tiers — high, medium, and low as indicated by the color of the box in which the score is found.

   It also features upward and downward arrows to illustrate whether the rule of law in a country changed in the past year. Further information about the statistical procedure to construct these arrows can be found in the "Methodology" section of this report.

4. Presents the individual sub-factor scores underlying each of the factors listed in Section 3 of the country profile. The featured country's score is represented by the purple bar and labeled at the end of the bar. The average score of the country's region is represented by the yellow line. The average score of the country's income group is represented by the green line. Each sub-factor score is scaled between 0 and 1, where 1 is the highest score and 0 is the lowest score.

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 97 of 129

# Afghanistan



| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| | Overall Score | | 0.35 | 6/6 | 12/12 | 111/113 |
| | Constraints on Government Powers | — | 0.43 | 5/6 | 9/12 | 97/113 |
| | Absence of Corruption | — | 0.23 | 6/6 | 12/12 | 113/113 |
| | Open Government | — | 0.40 | 6/6 | 8/12 | 99/113 |
| | Fundamental Rights | — | 0.40 | 4/6 | 9/12 | 100/113 |
| | Order & Security | — | 0.34 | 5/6 | 12/12 | 112/113 |
| | Regulatory Enforcement | — | 0.36 | 5/6 | 9/12 | 106/113 |
| | Civil Justice | — | 0.34 | 6/6 | 12/12 | 110/113 |
| | Criminal Justice | — | 0.28 | 6/6 | 11/12 | 109/113 |

High — Low    ▼ Trending down    ▲ Trending up

■ Afghanistan    ▨ South Asia    ▨ Low Income

## Constraints on Government Powers

| 1.1 | Limits by legislature | 0.60 |
|---|---|---|
| 1.2 | Limits by judiciary | 0.33 |
| 1.3 | Independent auditing | 0.38 |
| 1.4 | Sanctions for official misconduct | 0.31 |
| 1.5 | Non-governmental checks | 0.58 |
| 1.6 | Lawful transition of power | 0.36 |

## Absence of Corruption

| 2.1 | No corruption in the executive branch | 0.34 |
|---|---|---|
| 2.2 | No corruption in the judiciary | 0.07 |
| 2.3 | No corruption in the police/military | 0.37 |
| 2.4 | No corruption in the legislature | 0.15 |

## Open Government

| 3.1 | Publicized laws and government data | 0.35 |
|---|---|---|
| 3.2 | Right to information | 0.31 |
| 3.3 | Civic participation | 0.55 |
| 3.4 | Complaint mechanisms | 0.37 |

## Fundamental Rights

| 4.1 | Equal treatment / no discrimination | 0.35 |
|---|---|---|
| 4.2 | Right to life and security | 0.29 |
| 4.3 | Due process of law | 0.30 |
| 4.4 | Freedom of expression | 0.58 |
| 4.5 | Freedom of religion | 0.43 |
| 4.6 | Right to privacy | 0.29 |
| 4.7 | Freedom of association | 0.60 |
| 4.8 | Labor rights | 0.34 |

## Order & Security

| 5.1 | Absence of crime | 0.56 |
|---|---|---|
| 5.2 | Absence of civil conflict | 0.08 |
| 5.3 | Absence of violent redress | 0.38 |

## Regulatory Enforcement

| 6.1 | Effective regulatory enforcement | 0.33 |
|---|---|---|
| 6.2 | No improper influence | 0.34 |
| 6.3 | No unreasonable delay | 0.44 |
| 6.4 | Respect for due process | 0.22 |
| 6.5 | No expropriation w/out adequate compensation | 0.46 |

## Civil Justice

| 7.1 | Accessibility and affordability | 0.40 |
|---|---|---|
| 7.2 | No discrimination | 0.29 |
| 7.3 | No corruption | 0.06 |
| 7.4 | No improper government influence | 0.30 |
| 7.5 | No unreasonable delay | 0.39 |
| 7.6 | Effective enforcement | 0.56 |
| 7.7 | Impartial and effective ADRs | 0.38 |

## Criminal Justice

| 8.1 | Effective investigations | 0.35 |
|---|---|---|
| 8.2 | Timely and effective adjudication | 0.37 |
| 8.3 | Effective correctional system | 0.25 |
| 8.4 | No discrimination | 0.18 |
| 8.5 | No corruption | 0.23 |
| 8.6 | No improper government influence | 0.25 |
| 8.7 | Due process of law | 0.30 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 98 of 129

# Albania

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.50 | 5/13 | 24/37 | 72/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.53 | 3/13 | 19/37 | 68/113 |
| 💰 | Absence of Corruption | — | 0.33 | 11/13 | 35/37 | 98/113 |
| 📋 | Open Government | ▼ | 0.45 | 10/13 | 26/37 | 83/113 |
| 👤 | Fundamental Rights | ↗ | 0.60 | 4/13 | 16/37 | 55/113 |
| 👮 | Order & Security | — | 0.75 | 6/13 | 9/37 | 42/113 |
| 🧑‍⚖️ | Regulatory Enforcement | — | 0.44 | 10/13 | 33/37 | 86/113 |
| ⚖️ | Civil Justice | — | 0.48 | 8/13 | 28/37 | 74/113 |
| 🏛 | Criminal Justice | — | 0.46 | 5/13 | 17/37 | 57/113 |



High ▓▓▓ Low    ▼ Trending down    ▲ Trending up

■ Albania    ▨ Eastern Europe & Central Asia    ▨ Upper Middle Income

## 🏛 Constraints on Government Powers

| | | | |
|---|---|---|---|
| 1.1 | Limits by legislature | | 0.66 |
| 1.2 | Limits by judiciary | | 0.32 |
| 1.3 | Independent auditing | | 0.64 |
| 1.4 | Sanctions for official misconduct | | 0.42 |
| 1.5 | Non-governmental checks | | 0.56 |
| 1.6 | Lawful transition of power | | 0.56 |

## 💰 Absence of Corruption

| | | | |
|---|---|---|---|
| 2.1 | No corruption in the executive branch | | 0.35 |
| 2.2 | No corruption in the judiciary | | 0.27 |
| 2.3 | No corruption in the police/military | | 0.53 |
| 2.4 | No corruption in the legislature | | 0.16 |

## 📋 Open Government

| | | | |
|---|---|---|---|
| 3.1 | Publicized laws and government data | | 0.49 |
| 3.2 | Right to information | | 0.46 |
| 3.3 | Civic participation | | 0.47 |
| 3.4 | Complaint mechanisms | | 0.38 |

## 👤 Fundamental Rights

| | | | |
|---|---|---|---|
| 4.1 | Equal treatment / no discrimination | | 0.56 |
| 4.2 | Right to life and security | | 0.67 |
| 4.3 | Due process of law | | 0.60 |
| 4.4 | Freedom of expression | | 0.56 |
| 4.5 | Freedom of religion | | 0.85 |
| 4.6 | Right to privacy | | 0.56 |
| 4.7 | Freedom of association | | 0.56 |
| 4.8 | Labor rights | | 0.45 |

## 👮 Order & Security

| | | | |
|---|---|---|---|
| 5.1 | Absence of crime | | 0.82 |
| 5.2 | Absence of civil conflict | | 1.00 |
| 5.3 | Absence of violent redress | | 0.43 |

## 🧑‍⚖️ Regulatory Enforcement

| | | | |
|---|---|---|---|
| 6.1 | Effective regulatory enforcement | | 0.43 |
| 6.2 | No improper influence | | 0.39 |
| 6.3 | No unreasonable delay | | 0.50 |
| 6.4 | Respect for due process | | 0.41 |
| 6.5 | No expropriation w/out adequate compensation | | 0.45 |

## ⚖️ Civil Justice

| | | | |
|---|---|---|---|
| 7.1 | Accessibility and affordability | | 0.53 |
| 7.2 | No discrimination | | 0.54 |
| 7.3 | No corruption | | 0.21 |
| 7.4 | No improper government influence | | 0.38 |
| 7.5 | No unreasonable delay | | 0.47 |
| 7.6 | Effective enforcement | | 0.54 |
| 7.7 | Impartial and effective ADRs | | 0.69 |

## 🏛 Criminal Justice

| | | | |
|---|---|---|---|
| 8.1 | Effective investigations | | 0.43 |
| 8.2 | Timely and effective adjudication | | 0.49 |
| 8.3 | Effective correctional system | | 0.41 |
| 8.4 | No discrimination | | 0.57 |
| 8.5 | No corruption | | 0.35 |
| 8.6 | No improper government influence | | 0.36 |
| 8.7 | Due process of law | | 0.60 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 99 of 129

# Antigua & Barbuda

**Region:** Latin America & Caribbean
**Income Group:** High Income

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.67 | 5/30 | 28/36 | 29/113 |

| | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|
| Constraints on Government Powers | | 0.64 | 8/30 | 30/36 | 38/113 |
| Absence of Corruption | | 0.66 | 9/30 | 28/36 | 34/113 |
| Open Government | | 0.51 | 17/30 | 33/36 | 62/113 |
| Fundamental Rights | | 0.74 | 5/30 | 24/36 | 25/113 |
| Order & Security | | 0.82 | 2/30 | 25/36 | 28/113 |
| Regulatory Enforcement | | 0.54 | 11/30 | 33/36 | 46/113 |
| Civil Justice | | 0.72 | 3/30 | 20/36 | 21/113 |
| Criminal Justice | | 0.70 | 1/30 | 18/36 | 18/113 |

High ▢ Low  ▼ Trending down  ▲ Trending up

■ Antigua & Barbuda  ▨ Latin America & Caribbean  ▨ High Income



## Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.66 |
| 1.2 | Limits by judiciary | 0.74 |
| 1.3 | Independent auditing | 0.55 |
| 1.4 | Sanctions for official misconduct | 0.58 |
| 1.5 | Non-governmental checks | 0.59 |
| 1.6 | Lawful transition of power | 0.71 |

## Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.61 |
| 2.2 | No corruption in the judiciary | 0.92 |
| 2.3 | No corruption in the police/military | 0.78 |
| 2.4 | No corruption in the legislature | 0.32 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.27 |
| 3.2 | Right to information | 0.60 |
| 3.3 | Civic participation | 0.60 |
| 3.4 | Complaint mechanisms | 0.57 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.78 |
| 4.2 | Right to life and security | 0.91 |
| 4.3 | Due process of law | 0.72 |
| 4.4 | Freedom of expression | 0.59 |
| 4.5 | Freedom of religion | 0.61 |
| 4.6 | Right to privacy | 0.83 |
| 4.7 | Freedom of association | 0.65 |
| 4.8 | Labor rights | 0.85 |

## Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.79 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.66 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.45 |
| 6.2 | No improper influence | 0.78 |
| 6.3 | No unreasonable delay | 0.45 |
| 6.4 | Respect for due process | 0.51 |
| 6.5 | No expropriation w/out adequate compensation | 0.50 |

## Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.71 |
| 7.2 | No discrimination | 0.81 |
| 7.3 | No corruption | 0.88 |
| 7.4 | No improper government influence | 0.73 |
| 7.5 | No unreasonable delay | 0.60 |
| 7.6 | Effective enforcement | 0.52 |
| 7.7 | Impartial and effective ADRs | 0.78 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.58 |
| 8.2 | Timely and effective adjudication | 0.55 |
| 8.3 | Effective correctional system | 0.75 |
| 8.4 | No discrimination | 0.77 |
| 8.5 | No corruption | 0.78 |
| 8.6 | No improper government influence | 0.78 |
| 8.7 | Due process of law | 0.72 |

# Argentina

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.55 | 14/30 | 13/37 | 51/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | ▲ | 0.59 | 14/30 | 10/37 | 52/113 |
| 💰 | Absence of Corruption | ▲ | 0.51 | 15/30 | 16/37 | 54/113 |
| 📖 | Open Government | | 0.57 | 9/30 | 11/37 | 43/113 |
| 👤 | Fundamental Rights | | 0.69 | 9/30 | 5/37 | 35/113 |
| 👮 | Order & Security | | 0.62 | 22/30 | 30/37 | 93/113 |
| 👷 | Regulatory Enforcement | ▲ | 0.47 | 19/30 | 23/37 | 68/113 |
| ⚖ | Civil Justice | | 0.57 | 12/30 | 12/37 | 48/113 |
| 🏛 | Criminal Justice | | 0.43 | 14/30 | 21/37 | 67/113 |

High — Low  ▼ Trending down  ▲ Trending up

■ Argentina   ▨ Latin America & Caribbean   ▨ Upper Middle Income



## 🏛 Constraints on Government Powers

| | | | |
|---|---|---|---|
| 1.1 | Limits by legislature | | 0.61 |
| 1.2 | Limits by judiciary | | 0.45 |
| 1.3 | Independent auditing | | 0.63 |
| 1.4 | Sanctions for official misconduct | | 0.34 |
| 1.5 | Non-governmental checks | | 0.73 |
| 1.6 | Lawful transition of power | | 0.75 |

## 💰 Absence of Corruption

| | | | |
|---|---|---|---|
| 2.1 | No corruption in the executive branch | | 0.50 |
| 2.2 | No corruption in the judiciary | | 0.63 |
| 2.3 | No corruption in the police/military | | 0.58 |
| 2.4 | No corruption in the legislature | | 0.31 |

## 📖 Open Government

| | | | |
|---|---|---|---|
| 3.1 | Publicized laws and government data | | 0.49 |
| 3.2 | Right to information | | 0.50 |
| 3.3 | Civic participation | | 0.70 |
| 3.4 | Complaint mechanisms | | 0.58 |

## 👤 Fundamental Rights

| | | | |
|---|---|---|---|
| 4.1 | Equal treatment / no discrimination | | 0.63 |
| 4.2 | Right to life and security | | 0.75 |
| 4.3 | Due process of law | | 0.61 |
| 4.4 | Freedom of expression | | 0.73 |
| 4.5 | Freedom of religion | | 0.75 |
| 4.6 | Right to privacy | | 0.65 |
| 4.7 | Freedom of association | | 0.78 |
| 4.8 | Labor rights | | 0.66 |

## 👮 Order & Security

| | | | |
|---|---|---|---|
| 5.1 | Absence of crime | | 0.55 |
| 5.2 | Absence of civil conflict | | 1.00 |
| 5.3 | Absence of violent redress | | 0.30 |

## 👷 Regulatory Enforcement

| | | | |
|---|---|---|---|
| 6.1 | Effective regulatory enforcement | | 0.43 |
| 6.2 | No improper influence | | 0.57 |
| 6.3 | No unreasonable delay | | 0.43 |
| 6.4 | Respect for due process | | 0.43 |
| 6.5 | No expropriation w/out adequate compensation | | 0.50 |

## ⚖ Civil Justice

| | | | |
|---|---|---|---|
| 7.1 | Accessibility and affordability | | 0.68 |
| 7.2 | No discrimination | | 0.67 |
| 7.3 | No corruption | | 0.58 |
| 7.4 | No improper government influence | | 0.45 |
| 7.5 | No unreasonable delay | | 0.27 |
| 7.6 | Effective enforcement | | 0.58 |
| 7.7 | Impartial and effective ADRs | | 0.74 |

## 🏛 Criminal Justice

| | | | |
|---|---|---|---|
| 8.1 | Effective investigations | | 0.30 |
| 8.2 | Timely and effective adjudication | | 0.38 |
| 8.3 | Effective correctional system | | 0.33 |
| 8.4 | No discrimination | | 0.50 |
| 8.5 | No corruption | | 0.49 |
| 8.6 | No improper government influence | | 0.38 |
| 8.7 | Due process of law | | 0.61 |

# Australia

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | **0.81** | **3/15** | **11/36** | **11/113** |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | | 0.83 | 2/15 | 11/36 | 11/113 |
| 💰 | Absence of Corruption | | 0.83 | 4/15 | 12/36 | 12/113 |
| 📋 | Open Government | | 0.78 | 2/15 | 11/36 | 11/113 |
| 👤 | Fundamental Rights | | 0.81 | 2/15 | 13/36 | 13/113 |
| 👮 | Order & Security | | 0.87 | 4/15 | 12/36 | 13/113 |
| 🧑‍⚖ | Regulatory Enforcement | | 0.82 | 3/15 | 9/36 | 9/113 |
| ⚖ | Civil Justice | | 0.77 | 6/15 | 14/36 | 14/113 |
| 🏛 | Criminal Justice | | 0.75 | 3/15 | 12/36 | 12/113 |



High — Low    ▼ Trending down    ▲ Trending up

■ Australia    ▨ East Asia & Pacific    ▨ High Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.83 |
| 1.2 | Limits by judiciary | 0.83 |
| 1.3 | Independent auditing | 0.77 |
| 1.4 | Sanctions for official misconduct | 0.80 |
| 1.5 | Non-governmental checks | 0.83 |
| 1.6 | Lawful transition of power | 0.94 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.80 |
| 2.2 | No corruption in the judiciary | 0.93 |
| 2.3 | No corruption in the police/military | 0.91 |
| 2.4 | No corruption in the legislature | 0.66 |

## 📋 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.82 |
| 3.2 | Right to information | 0.65 |
| 3.3 | Civic participation | 0.82 |
| 3.4 | Complaint mechanisms | 0.83 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.65 |
| 4.2 | Right to life and security | 0.91 |
| 4.3 | Due process of law | 0.80 |
| 4.4 | Freedom of expression | 0.83 |
| 4.5 | Freedom of religion | 0.84 |
| 4.6 | Right to privacy | 0.84 |
| 4.7 | Freedom of association | 0.87 |
| 4.8 | Labor rights | 0.71 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.90 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.71 |

## 🧑‍⚖ Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.73 |
| 6.2 | No improper influence | 0.89 |
| 6.3 | No unreasonable delay | 0.77 |
| 6.4 | Respect for due process | 0.85 |
| 6.5 | No expropriation w/out adequate compensation | 0.88 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.57 |
| 7.2 | No discrimination | 0.65 |
| 7.3 | No corruption | 0.89 |
| 7.4 | No improper government influence | 0.90 |
| 7.5 | No unreasonable delay | 0.64 |
| 7.6 | Effective enforcement | 0.82 |
| 7.7 | Impartial and effective ADRs | 0.89 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.69 |
| 8.2 | Timely and effective adjudication | 0.76 |
| 8.3 | Effective correctional system | 0.70 |
| 8.4 | No discrimination | 0.51 |
| 8.5 | No corruption | 0.85 |
| 8.6 | No improper government influence | 0.95 |
| 8.7 | Due process of law | 0.80 |

# Austria

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.83 | 7/24 | 7/36 | 7/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.86 | 6/24 | 7/36 | 7/113 |
| | Absence of Corruption | — | 0.84 | 6/24 | 9/36 | 9/113 |
| | Open Government | — | 0.75 | 12/24 | 14/36 | 14/113 |
| | Fundamental Rights | — | 0.88 | 4/24 | 4/36 | 4/113 |
| | Order & Security | — | 0.90 | 5/24 | 6/36 | 7/113 |
| | Regulatory Enforcement | — | 0.80 | 7/24 | 11/36 | 11/113 |
| ⚖ | Civil Justice | — | 0.80 | 6/24 | 9/36 | 9/113 |
| | Criminal Justice | — | 0.83 | 3/24 | 3/36 | 3/113 |

High    Low    ▼ Trending down    ▲ Trending up

■ Austria    ▨ EU & EFTA & North America    ▨ High Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.83 |
| 1.2 | Limits by judiciary | 0.84 |
| 1.3 | Independent auditing | 0.81 |
| 1.4 | Sanctions for official misconduct | 0.81 |
| 1.5 | Non-governmental checks | 0.89 |
| 1.6 | Lawful transition of power | 0.96 |

## Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.83 |
| 2.2 | No corruption in the judiciary | 0.95 |
| 2.3 | No corruption in the police/military | 0.92 |
| 2.4 | No corruption in the legislature | 0.66 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.73 |
| 3.2 | Right to information | 0.68 |
| 3.3 | Civic participation | 0.88 |
| 3.4 | Complaint mechanisms | 0.73 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.71 |
| 4.2 | Right to life and security | 0.96 |
| 4.3 | Due process of law | 0.87 |
| 4.4 | Freedom of expression | 0.89 |
| 4.5 | Freedom of religion | 0.88 |
| 4.6 | Right to privacy | 0.98 |
| 4.7 | Freedom of association | 0.93 |
| 4.8 | Labor rights | 0.82 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.92 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.79 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.84 |
| 6.2 | No improper influence | 0.89 |
| 6.3 | No unreasonable delay | 0.68 |
| 6.4 | Respect for due process | 0.80 |
| 6.5 | No expropriation w/out adequate compensation | 0.80 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.65 |
| 7.2 | No discrimination | 0.81 |
| 7.3 | No corruption | 0.89 |
| 7.4 | No improper government influence | 0.87 |
| 7.5 | No unreasonable delay | 0.79 |
| 7.6 | Effective enforcement | 0.89 |
| 7.7 | Impartial and effective ADRs | 0.72 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.68 |
| 8.2 | Timely and effective adjudication | 0.90 |
| 8.3 | Effective correctional system | 0.87 |
| 8.4 | No discrimination | 0.69 |
| 8.5 | No corruption | 0.89 |
| 8.6 | No improper government influence | 0.92 |
| 8.7 | Due process of law | 0.87 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 103 of 129

# Bahamas

Region: Latin America & Caribbean
Income Group: High Income

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.61 | 10/30 | 32/36 | 38/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | | 0.60 | 13/30 | 34/36 | 49/113 |
| 💰 | Absence of Corruption | | 0.64 | 11/30 | 30/36 | 37/113 |
| 📱 | Open Government | | 0.45 | 24/30 | 35/36 | 81/113 |
| 👤 | Fundamental Rights | | 0.67 | 12/30 | 32/36 | 40/113 |
| 👮 | Order & Security | | 0.72 | 8/30 | 32/36 | 56/113 |
| 📋 | Regulatory Enforcement | | 0.47 | 20/30 | 36/36 | 69/113 |
| ⚖ | Civil Justice | | 0.62 | 8/30 | 31/36 | 37/113 |
| 🏛 | Criminal Justice | | 0.68 | 2/30 | 23/36 | 23/113 |



High ▨ Low   ▼ Trending down   ▲ Trending up

■ Bahamas    Latin America & Caribbean    High Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.64 |
| 1.2 | Limits by judiciary | 0.64 |
| 1.3 | Independent auditing | 0.52 |
| 1.4 | Sanctions for official misconduct | 0.45 |
| 1.5 | Non-governmental checks | 0.66 |
| 1.6 | Lawful transition of power | 0.71 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.64 |
| 2.2 | No corruption in the judiciary | 0.77 |
| 2.3 | No corruption in the police/military | 0.84 |
| 2.4 | No corruption in the legislature | 0.32 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.31 |
| 3.2 | Right to information | 0.48 |
| 3.3 | Civic participation | 0.66 |
| 3.4 | Complaint mechanisms | 0.37 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.60 |
| 4.2 | Right to life and security | 0.82 |
| 4.3 | Due process of law | 0.62 |
| 4.4 | Freedom of expression | 0.66 |
| 4.5 | Freedom of religion | 0.68 |
| 4.6 | Right to privacy | 0.64 |
| 4.7 | Freedom of association | 0.71 |
| 4.8 | Labor rights | 0.60 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.72 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.45 |

## 📋 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.39 |
| 6.2 | No improper influence | 0.63 |
| 6.3 | No unreasonable delay | 0.41 |
| 6.4 | Respect for due process | 0.42 |
| 6.5 | No expropriation w/out adequate compensation | 0.52 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.60 |
| 7.2 | No discrimination | 0.60 |
| 7.3 | No corruption | 0.73 |
| 7.4 | No improper government influence | 0.56 |
| 7.5 | No unreasonable delay | 0.54 |
| 7.6 | Effective enforcement | 0.53 |
| 7.7 | Impartial and effective ADRs | 0.78 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.53 |
| 8.2 | Timely and effective adjudication | 0.59 |
| 8.3 | Effective correctional system | 0.72 |
| 8.4 | No discrimination | 0.65 |
| 8.5 | No corruption | 0.80 |
| 8.6 | No improper government influence | 0.81 |
| 8.7 | Due process of law | 0.62 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 104 of 129

# Bangladesh

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | **0.41** | 4/6 | 23/28 | 103/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.43 | 6/6 | 22/28 | 98/113 |
| 💰 | Absence of Corruption | ▲ | 0.34 | 4/6 | 18/28 | 94/113 |
| 📱 | Open Government | — | 0.45 | 5/6 | 17/28 | 84/113 |
| 🧍 | Fundamental Rights | ▼ | 0.34 | 6/6 | 26/28 | 106/113 |
| 👤 | Order & Security | ▼ | 0.58 | 3/6 | 20/28 | 100/113 |
| 🗜 | Regulatory Enforcement | — | 0.40 | 4/6 | 21/28 | 99/113 |
| ⚖ | Civil Justice | — | 0.39 | 4/6 | 21/28 | 103/113 |
| 🏛 | Criminal Justice | — | 0.33 | 5/6 | 21/28 | 97/113 |

High — Low   ▼ Trending down   ▲ Trending up

■ Bangladesh   ▨ South Asia   ▨ Lower Middle Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.55 |
| 1.2 | Limits by judiciary | 0.49 |
| 1.3 | Independent auditing | 0.46 |
| 1.4 | Sanctions for official misconduct | 0.36 |
| 1.5 | Non-governmental checks | 0.31 |
| 1.6 | Lawful transition of power | 0.40 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.42 |
| 2.2 | No corruption in the judiciary | 0.32 |
| 2.3 | No corruption in the police/military | 0.27 |
| 2.4 | No corruption in the legislature | 0.36 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.40 |
| 3.2 | Right to information | 0.53 |
| 3.3 | Civic participation | 0.36 |
| 3.4 | Complaint mechanisms | 0.51 |

## 🧍 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.47 |
| 4.2 | Right to life and security | 0.19 |
| 4.3 | Due process of law | 0.28 |
| 4.4 | Freedom of expression | 0.31 |
| 4.5 | Freedom of religion | 0.45 |
| 4.6 | Right to privacy | 0.14 |
| 4.7 | Freedom of association | 0.37 |
| 4.8 | Labor rights | 0.48 |

## 👤 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.78 |
| 5.2 | Absence of civil conflict | 0.75 |
| 5.3 | Absence of violent redress | 0.23 |

## 🗜 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.47 |
| 6.2 | No improper influence | 0.43 |
| 6.3 | No unreasonable delay | 0.33 |
| 6.4 | Respect for due process | 0.22 |
| 6.5 | No expropriation w/out adequate compensation | 0.58 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.41 |
| 7.2 | No discrimination | 0.37 |
| 7.3 | No corruption | 0.33 |
| 7.4 | No improper government influence | 0.39 |
| 7.5 | No unreasonable delay | 0.30 |
| 7.6 | Effective enforcement | 0.46 |
| 7.7 | Impartial and effective ADRs | 0.50 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.36 |
| 8.2 | Timely and effective adjudication | 0.44 |
| 8.3 | Effective correctional system | 0.33 |
| 8.4 | No discrimination | 0.29 |
| 8.5 | No corruption | 0.34 |
| 8.6 | No improper government influence | 0.28 |
| 8.7 | Due process of law | 0.28 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 105 of 129

# Barbados



| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.67 | 4/30 | 27/36 | 28/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.66 | 5/30 | 28/36 | 32/113 |
| 💰 | Absence of Corruption | — | 0.70 | 2/30 | 23/36 | 24/113 |
| | Open Government | — | 0.52 | 14/30 | 32/36 | 56/113 |
| | Fundamental Rights | — | 0.79 | 2/30 | 16/36 | 16/113 |
| | Order & Security | — | 0.78 | 4/30 | 28/36 | 38/113 |
| | Regulatory Enforcement | — | 0.61 | 5/30 | 28/36 | 30/113 |
| ⚖ | Civil Justice | — | 0.68 | 5/30 | 23/36 | 24/113 |
| | Criminal Justice | — | 0.61 | 6/30 | 29/36 | 32/113 |

High ▢ Low     ▼ Trending down     ▲ Trending up

■ Barbados     ▨ Latin America & Caribbean     ▨ High Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.74 |
| 1.2 | Limits by judiciary | 0.75 |
| 1.3 | Independent auditing | 0.52 |
| 1.4 | Sanctions for official misconduct | 0.46 |
| 1.5 | Non-governmental checks | 0.72 |
| 1.6 | Lawful transition of power | 0.75 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.67 |
| 2.2 | No corruption in the judiciary | 0.92 |
| 2.3 | No corruption in the police/military | 0.81 |
| 2.4 | No corruption in the legislature | 0.41 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.26 |
| 3.2 | Right to information | 0.55 |
| 3.3 | Civic participation | 0.74 |
| 3.4 | Complaint mechanisms | 0.54 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.75 |
| 4.2 | Right to life and security | 0.91 |
| 4.3 | Due process of law | 0.63 |
| 4.4 | Freedom of expression | 0.72 |
| 4.5 | Freedom of religion | 0.88 |
| 4.6 | Right to privacy | 0.87 |
| 4.7 | Freedom of association | 0.82 |
| 4.8 | Labor rights | 0.77 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.91 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.42 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.57 |
| 6.2 | No improper influence | 0.78 |
| 6.3 | No unreasonable delay | 0.34 |
| 6.4 | Respect for due process | 0.66 |
| 6.5 | No expropriation w/out adequate compensation | 0.72 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.74 |
| 7.2 | No discrimination | 0.79 |
| 7.3 | No corruption | 0.88 |
| 7.4 | No improper government influence | 0.77 |
| 7.5 | No unreasonable delay | 0.40 |
| 7.6 | Effective enforcement | 0.49 |
| 7.7 | Impartial and effective ADRs | 0.67 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.54 |
| 8.2 | Timely and effective adjudication | 0.43 |
| 8.3 | Effective correctional system | 0.63 |
| 8.4 | No discrimination | 0.43 |
| 8.5 | No corruption | 0.78 |
| 8.6 | No improper government influence | 0.81 |
| 8.7 | Due process of law | 0.63 |

# Belarus

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.54 | 4/13 | 18/37 | 57/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.36 | 11/13 | 35/37 | 105/113 |
| 💰 | Absence of Corruption | — | 0.52 | 2/13 | 14/37 | 51/113 |
| 📋 | Open Government | — | 0.43 | 11/13 | 31/37 | 90/113 |
| 👤 | Fundamental Rights | — | 0.48 | 9/13 | 29/37 | 85/113 |
| 👮 | Order & Security | — | 0.81 | 2/13 | 3/37 | 29/113 |
| 🛡 | Regulatory Enforcement | — | 0.53 | 2/13 | 12/37 | 48/113 |
| ⚖ | Civil Justice | — | 0.65 | 1/13 | 2/37 | 30/113 |
| 🏛 | Criminal Justice | — | 0.51 | 4/13 | 15/37 | 49/113 |

High ▢ Low    ▼ Trending down    ▲ Trending up

■ Belarus    ▨ Eastern Europe & Central Asia    ▨ Upper Middle Income



## 🏛 Constraints on Government Powers

| | | | |
|---|---|---|---|
| 1.1 | Limits by legislature | | 0.27 |
| 1.2 | Limits by judiciary | | 0.32 |
| 1.3 | Independent auditing | | 0.46 |
| 1.4 | Sanctions for official misconduct | | 0.53 |
| 1.5 | Non-governmental checks | | 0.25 |
| 1.6 | Lawful transition of power | | 0.34 |

## 💰 Absence of Corruption

| | | | |
|---|---|---|---|
| 2.1 | No corruption in the executive branch | | 0.48 |
| 2.2 | No corruption in the judiciary | | 0.60 |
| 2.3 | No corruption in the police/military | | 0.62 |
| 2.4 | No corruption in the legislature | | 0.36 |

## 📋 Open Government

| | | | |
|---|---|---|---|
| 3.1 | Publicized laws and government data | | 0.42 |
| 3.2 | Right to information | | 0.46 |
| 3.3 | Civic participation | | 0.34 |
| 3.4 | Complaint mechanisms | | 0.52 |

## 👤 Fundamental Rights

| | | | |
|---|---|---|---|
| 4.1 | Equal treatment / no discrimination | | 0.77 |
| 4.2 | Right to life and security | | 0.50 |
| 4.3 | Due process of law | | 0.49 |
| 4.4 | Freedom of expression | | 0.25 |
| 4.5 | Freedom of religion | | 0.63 |
| 4.6 | Right to privacy | | 0.33 |
| 4.7 | Freedom of association | | 0.36 |
| 4.8 | Labor rights | | 0.54 |

## 👮 Order & Security

| | | | |
|---|---|---|---|
| 5.1 | Absence of crime | | 0.90 |
| 5.2 | Absence of civil conflict | | 1.00 |
| 5.3 | Absence of violent redress | | 0.54 |

## 🛡 Regulatory Enforcement

| | | | |
|---|---|---|---|
| 6.1 | Effective regulatory enforcement | | 0.63 |
| 6.2 | No improper influence | | 0.54 |
| 6.3 | No unreasonable delay | | 0.69 |
| 6.4 | Respect for due process | | 0.43 |
| 6.5 | No expropriation w/out adequate compensation | | 0.37 |

## ⚖ Civil Justice

| | | | |
|---|---|---|---|
| 7.1 | Accessibility and affordability | | 0.54 |
| 7.2 | No discrimination | | 0.74 |
| 7.3 | No corruption | | 0.61 |
| 7.4 | No improper government influence | | 0.34 |
| 7.5 | No unreasonable delay | | 0.88 |
| 7.6 | Effective enforcement | | 0.70 |
| 7.7 | Impartial and effective ADRs | | 0.72 |

## 🏛 Criminal Justice

| | | | |
|---|---|---|---|
| 8.1 | Effective investigations | | 0.53 |
| 8.2 | Timely and effective adjudication | | 0.68 |
| 8.3 | Effective correctional system | | 0.43 |
| 8.4 | No discrimination | | 0.66 |
| 8.5 | No corruption | | 0.50 |
| 8.6 | No improper government influence | | 0.28 |
| 8.7 | Due process of law | | 0.49 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 107 of 129

# Belgium

**Region:** EU & EFTA & North America
**Income Group:** High Income

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.79 | 10/24 | 13/36 | 13/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.83 | 10/24 | 12/36 | 12/113 |
| 💰 | Absence of Corruption | — | 0.78 | 10/24 | 16/36 | 16/113 |
| 📖 | Open Government | — | 0.73 | 13/24 | 15/36 | 15/113 |
| 👤 | Fundamental Rights | — | 0.84 | 8/24 | 8/36 | 8/113 |
| 👮 | Order & Security | — | 0.84 | 14/24 | 20/36 | 21/113 |
| 🧑‍💼 | Regulatory Enforcement | — | 0.77 | 11/24 | 16/36 | 16/113 |
| ⚖ | Civil Justice | — | 0.76 | 9/24 | 15/36 | 15/113 |
| 🏛 | Criminal Justice | ▲ | 0.76 | 9/24 | 11/36 | 11/113 |

High ▬▬ Low   ▼ Trending down   ▲ Trending up

■ Belgium   ■ EU & EFTA & North America   ■ High Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.83 |
| 1.2 | Limits by judiciary | 0.80 |
| 1.3 | Independent auditing | 0.85 |
| 1.4 | Sanctions for official misconduct | 0.77 |
| 1.5 | Non-governmental checks | 0.81 |
| 1.6 | Lawful transition of power | 0.91 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.74 |
| 2.2 | No corruption in the judiciary | 0.91 |
| 2.3 | No corruption in the police/military | 0.89 |
| 2.4 | No corruption in the legislature | 0.58 |

## 📖 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.63 |
| 3.2 | Right to information | 0.70 |
| 3.3 | Civic participation | 0.83 |
| 3.4 | Complaint mechanisms | 0.77 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.76 |
| 4.2 | Right to life and security | 0.98 |
| 4.3 | Due process of law | 0.84 |
| 4.4 | Freedom of expression | 0.81 |
| 4.5 | Freedom of religion | 0.80 |
| 4.6 | Right to privacy | 0.89 |
| 4.7 | Freedom of association | 0.86 |
| 4.8 | Labor rights | 0.79 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.85 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.68 |

## 🧑‍💼 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.73 |
| 6.2 | No improper influence | 0.86 |
| 6.3 | No unreasonable delay | 0.62 |
| 6.4 | Respect for due process | 0.74 |
| 6.5 | No expropriation w/out adequate compensation | 0.91 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.71 |
| 7.2 | No discrimination | 0.78 |
| 7.3 | No corruption | 0.85 |
| 7.4 | No improper government influence | 0.84 |
| 7.5 | No unreasonable delay | 0.52 |
| 7.6 | Effective enforcement | 0.78 |
| 7.7 | Impartial and effective ADRs | 0.84 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.64 |
| 8.2 | Timely and effective adjudication | 0.75 |
| 8.3 | Effective correctional system | 0.59 |
| 8.4 | No discrimination | 0.72 |
| 8.5 | No corruption | 0.84 |
| 8.6 | No improper government influence | 0.91 |
| 8.7 | Due process of law | 0.84 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 108 of 129

# Belize

Region: Latin America & Caribbean
Income Group: Upper Middle Income

| Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|
| 0.47 | 22/30 | 29/37 | 82/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.45 | 24/30 | 27/37 | 90/113 |
| 💰 | Absence of Corruption | — | 0.48 | 16/30 | 20/37 | 59/113 |
| 📱 | Open Government | — | 0.45 | 27/30 | 29/37 | 87/113 |
| 👤 | Fundamental Rights | — | 0.51 | 26/30 | 27/37 | 79/113 |
| 👮 | Order & Security | — | 0.70 | 10/30 | 20/37 | 65/113 |
| 📋 | Regulatory Enforcement | — | 0.43 | 25/30 | 34/37 | 88/113 |
| ⚖ | Civil Justice | — | 0.47 | 21/30 | 30/37 | 79/113 |
| 🏛 | Criminal Justice | — | 0.32 | 23/30 | 33/37 | 100/113 |



High ▬ Low    ▼ Trending down    ▲ Trending up

■ Belize    ▨ Latin America & Caribbean    ▦ Upper Middle Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.50 |
| 1.2 | Limits by judiciary | 0.46 |
| 1.3 | Independent auditing | 0.32 |
| 1.4 | Sanctions for official misconduct | 0.20 |
| 1.5 | Non-governmental checks | 0.56 |
| 1.6 | Lawful transition of power | 0.66 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.44 |
| 2.2 | No corruption in the judiciary | 0.55 |
| 2.3 | No corruption in the police/military | 0.55 |
| 2.4 | No corruption in the legislature | 0.37 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.33 |
| 3.2 | Right to information | 0.33 |
| 3.3 | Civic participation | 0.54 |
| 3.4 | Complaint mechanisms | 0.57 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.41 |
| 4.2 | Right to life and security | 0.49 |
| 4.3 | Due process of law | 0.32 |
| 4.4 | Freedom of expression | 0.56 |
| 4.5 | Freedom of religion | 0.53 |
| 4.6 | Right to privacy | 0.44 |
| 4.7 | Freedom of association | 0.58 |
| 4.8 | Labor rights | 0.72 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.65 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.44 |

## 📋 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.41 |
| 6.2 | No improper influence | 0.56 |
| 6.3 | No unreasonable delay | 0.34 |
| 6.4 | Respect for due process | 0.34 |
| 6.5 | No expropriation w/out adequate compensation | 0.52 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.49 |
| 7.2 | No discrimination | 0.39 |
| 7.3 | No corruption | 0.57 |
| 7.4 | No improper government influence | 0.43 |
| 7.5 | No unreasonable delay | 0.33 |
| 7.6 | Effective enforcement | 0.45 |
| 7.7 | Impartial and effective ADRs | 0.61 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.31 |
| 8.2 | Timely and effective adjudication | 0.34 |
| 8.3 | Effective correctional system | 0.25 |
| 8.4 | No discrimination | 0.22 |
| 8.5 | No corruption | 0.51 |
| 8.6 | No improper government influence | 0.30 |
| 8.7 | Due process of law | 0.32 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 109 of 129

# Bolivia

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.40 | 29/30 | 24/28 | 104/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| | Constraints on Government Powers | | 0.39 | 27/30 | 24/28 | 102/113 |
| | Absence of Corruption | | 0.29 | 29/30 | 23/28 | 103/113 |
| | Open Government | | 0.44 | 28/30 | 18/28 | 88/113 |
| | Fundamental Rights | | 0.5 | 27/30 | 17/28 | 80/113 |
| | Order & Security | | 0.58 | 27/30 | 21/28 | 101/113 |
| | Regulatory Enforcement | | 0.43 | 26/30 | 16/28 | 90/113 |
| | Civil Justice | | 0.35 | 28/30 | 25/28 | 108/113 |
| | Criminal Justice | | 0.24 | 29/30 | 28/28 | 112/113 |

High ▢ Low ▼ Trending down ▲ Trending up

■ Bolivia ▨ Latin America & Caribbean ▨ Lower Middle Income



## Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.36 |
| 1.2 | Limits by judiciary | 0.26 |
| 1.3 | Independent auditing | 0.44 |
| 1.4 | Sanctions for official misconduct | 0.35 |
| 1.5 | Non-governmental checks | 0.48 |
| 1.6 | Lawful transition of power | 0.46 |

## Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.38 |
| 2.2 | No corruption in the judiciary | 0.21 |
| 2.3 | No corruption in the police/military | 0.27 |
| 2.4 | No corruption in the legislature | 0.29 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.32 |
| 3.2 | Right to information | 0.43 |
| 3.3 | Civic participation | 0.50 |
| 3.4 | Complaint mechanisms | 0.51 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.40 |
| 4.2 | Right to life and security | 0.55 |
| 4.3 | Due process of law | 0.41 |
| 4.4 | Freedom of expression | 0.48 |
| 4.5 | Freedom of religion | 0.68 |
| 4.6 | Right to privacy | 0.42 |
| 4.7 | Freedom of association | 0.56 |
| 4.8 | Labor rights | 0.51 |

## Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.55 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.19 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.43 |
| 6.2 | No improper influence | 0.45 |
| 6.3 | No unreasonable delay | 0.49 |
| 6.4 | Respect for due process | 0.33 |
| 6.5 | No expropriation w/out adequate compensation | 0.44 |

## Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.46 |
| 7.2 | No discrimination | 0.38 |
| 7.3 | No corruption | 0.21 |
| 7.4 | No improper government influence | 0.23 |
| 7.5 | No unreasonable delay | 0.20 |
| 7.6 | Effective enforcement | 0.33 |
| 7.7 | Impartial and effective ADRs | 0.61 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.27 |
| 8.2 | Timely and effective adjudication | 0.17 |
| 8.3 | Effective correctional system | 0.21 |
| 8.4 | No discrimination | 0.29 |
| 8.5 | No corruption | 0.22 |
| 8.6 | No improper government influence | 0.13 |
| 8.7 | Due process of law | 0.41 |

# Bosnia & Herzegovina



| | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|
| Overall Score | | 0.56 | | | |
| Regional Rank | | | 2/13 | | |
| Income Rank | | | | 12/37 | |
| Global Rank | | | | | 50/113 |
| Constraints on Government Powers | | 0.57 | 2/13 | 12/37 | 55/113 |
| Absence of Corruption | | 0.43 | 6/13 | 26/37 | 72/113 |
| Open Government | | 0.54 | 7/13 | 16/37 | 53/113 |
| Fundamental Rights | | 0.65 | 2/13 | 9/37 | 42/113 |
| Order & Security | | 0.70 | 10/13 | 18/37 | 63/113 |
| Regulatory Enforcement | | 0.50 | 4/13 | 19/37 | 59/113 |
| Civil Justice | | 0.50 | 7/13 | 24/37 | 69/113 |
| Criminal Justice | | 0.56 | 2/13 | 7/37 | 39/113 |

High — Low ▼ Trending down ▲ Trending up

■ Bosnia & Herzegovina  ■ Eastern Europe & Central Asia  ■ Upper Middle Income

## Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.64 |
| 1.2 | Limits by judiciary | 0.57 |
| 1.3 | Independent auditing | 0.54 |
| 1.4 | Sanctions for official misconduct | 0.43 |
| 1.5 | Non-governmental checks | 0.60 |
| 1.6 | Lawful transition of power | 0.63 |

## Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.39 |
| 2.2 | No corruption in the judiciary | 0.55 |
| 2.3 | No corruption in the police/military | 0.54 |
| 2.4 | No corruption in the legislature | 0.23 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.41 |
| 3.2 | Right to information | 0.58 |
| 3.3 | Civic participation | 0.59 |
| 3.4 | Complaint mechanisms | 0.58 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.57 |
| 4.2 | Right to life and security | 0.77 |
| 4.3 | Due process of law | 0.70 |
| 4.4 | Freedom of expression | 0.60 |
| 4.5 | Freedom of religion | 0.63 |
| 4.6 | Right to privacy | 0.61 |
| 4.7 | Freedom of association | 0.68 |
| 4.8 | Labor rights | 0.66 |

## Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.81 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.30 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.47 |
| 6.2 | No improper influence | 0.39 |
| 6.3 | No unreasonable delay | 0.52 |
| 6.4 | Respect for due process | 0.49 |
| 6.5 | No expropriation w/out adequate compensation | 0.63 |

## Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.54 |
| 7.2 | No discrimination | 0.65 |
| 7.3 | No corruption | 0.56 |
| 7.4 | No improper government influence | 0.48 |
| 7.5 | No unreasonable delay | 0.32 |
| 7.6 | Effective enforcement | 0.31 |
| 7.7 | Impartial and effective ADRs | 0.64 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.55 |
| 8.2 | Timely and effective adjudication | 0.61 |
| 8.3 | Effective correctional system | 0.43 |
| 8.4 | No discrimination | 0.66 |
| 8.5 | No corruption | 0.53 |
| 8.6 | No improper government influence | 0.45 |
| 8.7 | Due process of law | 0.70 |

# Botswana

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.58 | 3/18 | 10/37 | 45/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | ▼ | 0.55 | 6/18 | 15/37 | 60/113 |
| 💰 | Absence of Corruption | | 0.62 | 1/18 | 8/37 | 38/113 |
| 📱 | Open Government | | 0.49 | 5/18 | 22/37 | 68/113 |
| 👤 | Fundamental Rights | | 0.51 | 8/18 | 26/37 | 78/113 |
| 👮 | Order & Security | ▼ | 0.71 | 2/18 | 17/37 | 60/113 |
| 🏗 | Regulatory Enforcement | ▼ | 0.59 | 1/18 | 3/37 | 32/113 |
| ⚖ | Civil Justice | | 0.62 | 1/18 | 6/37 | 36/113 |
| 🏛 | Criminal Justice | | 0.52 | 2/18 | 13/37 | 47/113 |

High — Low  ▼ Trending down  ▲ Trending up

■ Botswana   ■ Sub-Saharan Africa   ■ Upper Middle Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.57 |
| 1.2 | Limits by judiciary | 0.63 |
| 1.3 | Independent auditing | 0.42 |
| 1.4 | Sanctions for official misconduct | 0.49 |
| 1.5 | Non-governmental checks | 0.50 |
| 1.6 | Lawful transition of power | 0.70 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.58 |
| 2.2 | No corruption in the judiciary | 0.75 |
| 2.3 | No corruption in the police/military | 0.73 |
| 2.4 | No corruption in the legislature | 0.41 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.28 |
| 3.2 | Right to information | 0.59 |
| 3.3 | Civic participation | 0.57 |
| 3.4 | Complaint mechanisms | 0.53 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.61 |
| 4.2 | Right to life and security | 0.46 |
| 4.3 | Due process of law | 0.47 |
| 4.4 | Freedom of expression | 0.50 |
| 4.5 | Freedom of religion | 0.61 |
| 4.6 | Right to privacy | 0.31 |
| 4.7 | Freedom of association | 0.63 |
| 4.8 | Labor rights | 0.46 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.65 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.48 |

## 🏗 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.51 |
| 6.2 | No improper influence | 0.68 |
| 6.3 | No unreasonable delay | 0.42 |
| 6.4 | Respect for due process | 0.57 |
| 6.5 | No expropriation w/out adequate compensation | 0.77 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.47 |
| 7.2 | No discrimination | 0.61 |
| 7.3 | No corruption | 0.74 |
| 7.4 | No improper government influence | 0.66 |
| 7.5 | No unreasonable delay | 0.52 |
| 7.6 | Effective enforcement | 0.62 |
| 7.7 | Impartial and effective ADRs | 0.72 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.45 |
| 8.2 | Timely and effective adjudication | 0.46 |
| 8.3 | Effective correctional system | 0.48 |
| 8.4 | No discrimination | 0.50 |
| 8.5 | No corruption | 0.72 |
| 8.6 | No improper government influence | 0.55 |
| 8.7 | Due process of law | 0.47 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 112 of 129

# Brazil

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.55 | 15/30 | 14/37 | 52/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.63 | 13/30 | 9/37 | 48/113 |
| 💰 | Absence of Corruption | — | 0.45 | 18/30 | 23/37 | 63/113 |
| 📖 | Open Government | — | 0.62 | 5/30 | 5/37 | 35/113 |
| 👤 | Fundamental Rights | — | 0.61 | 16/30 | 15/37 | 52/113 |
| 👮 | Order & Security | — | 0.67 | 15/30 | 23/37 | 75/113 |
| 🏭 | Regulatory Enforcement | — | 0.54 | 8/30 | 8/37 | 42/113 |
| ⚖ | Civil Justice | — | 0.53 | 15/30 | 19/37 | 58/113 |
| 🏛 | Criminal Justice | — | 0.39 | 16/30 | 25/37 | 76/113 |

High — Low ▼ Trending down ▲ Trending up

■ Brazil   Latin America & Caribbean   Upper Middle Income



## 🏛 Constraints on Government Powers

| | | | |
|---|---|---|---|
| 1.1 | Limits by legislature | | 0.74 |
| 1.2 | Limits by judiciary | | 0.61 |
| 1.3 | Independent auditing | | 0.52 |
| 1.4 | Sanctions for official misconduct | | 0.36 |
| 1.5 | Non-governmental checks | | 0.68 |
| 1.6 | Lawful transition of power | | 0.72 |

## 💰 Absence of Corruption

| | | | |
|---|---|---|---|
| 2.1 | No corruption in the executive branch | | 0.40 |
| 2.2 | No corruption in the judiciary | | 0.66 |
| 2.3 | No corruption in the police/military | | 0.60 |
| 2.4 | No corruption in the legislature | | 0.16 |

## 📖 Open Government

| | | | |
|---|---|---|---|
| 3.1 | Publicized laws and government data | | 0.68 |
| 3.2 | Right to information | | 0.57 |
| 3.3 | Civic participation | | 0.64 |
| 3.4 | Complaint mechanisms | | 0.61 |

## 👤 Fundamental Rights

| | | | |
|---|---|---|---|
| 4.1 | Equal treatment / no discrimination | | 0.60 |
| 4.2 | Right to life and security | | 0.57 |
| 4.3 | Due process of law | | 0.38 |
| 4.4 | Freedom of expression | | 0.68 |
| 4.5 | Freedom of religion | | 0.70 |
| 4.6 | Right to privacy | | 0.62 |
| 4.7 | Freedom of association | | 0.69 |
| 4.8 | Labor rights | | 0.66 |

## 👮 Order & Security

| | | | |
|---|---|---|---|
| 5.1 | Absence of crime | | 0.56 |
| 5.2 | Absence of civil conflict | | 1.00 |
| 5.3 | Absence of violent redress | | 0.45 |

## 🏭 Regulatory Enforcement

| | | | |
|---|---|---|---|
| 6.1 | Effective regulatory enforcement | | 0.54 |
| 6.2 | No improper influence | | 0.61 |
| 6.3 | No unreasonable delay | | 0.35 |
| 6.4 | Respect for due process | | 0.61 |
| 6.5 | No expropriation w/out adequate compensation | | 0.61 |

## ⚖ Civil Justice

| | | | |
|---|---|---|---|
| 7.1 | Accessibility and affordability | | 0.59 |
| 7.2 | No discrimination | | 0.63 |
| 7.3 | No corruption | | 0.62 |
| 7.4 | No improper government influence | | 0.62 |
| 7.5 | No unreasonable delay | | 0.22 |
| 7.6 | Effective enforcement | | 0.40 |
| 7.7 | Impartial and effective ADRs | | 0.62 |

## 🏛 Criminal Justice

| | | | |
|---|---|---|---|
| 8.1 | Effective investigations | | 0.31 |
| 8.2 | Timely and effective adjudication | | 0.41 |
| 8.3 | Effective correctional system | | 0.20 |
| 8.4 | No discrimination | | 0.21 |
| 8.5 | No corruption | | 0.55 |
| 8.6 | No improper government influence | | 0.68 |
| 8.7 | Due process of law | | 0.38 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 113 of 129

# Bulgaria

| Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|
| 0.54 | 24/24 | 15/37 | 53/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | | 0.49 | 23/24 | 23/37 | 80/113 |
| 💰 | Absence of Corruption | | 0.41 | 24/24 | 31/37 | 79/113 |
| 📱 | Open Government | | 0.58 | 22/24 | 9/37 | 40/113 |
| 👤 | Fundamental Rights | | 0.64 | 23/24 | 11/37 | 45/113 |
| 👮 | Order & Security | | 0.74 | 22/24 | 12/37 | 47/113 |
| 👷 | Regulatory Enforcement | | 0.51 | 22/24 | 16/37 | 52/113 |
| ⚖ | Civil Justice | | 0.57 | 21/24 | 11/37 | 45/113 |
| 🏛 | Criminal Justice | | 0.41 | 24/24 | 22/37 | 70/113 |



High ▨ Low ▼ Trending down ▲ Trending up

■ Bulgaria  ▨ EU & EFTA & North America  ▨ Upper Middle Income

---

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.51 |
| 1.2 | Limits by judiciary | 0.36 |
| 1.3 | Independent auditing | 0.52 |
| 1.4 | Sanctions for official misconduct | 0.33 |
| 1.5 | Non-governmental checks | 0.65 |
| 1.6 | Lawful transition of power | 0.58 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.42 |
| 2.2 | No corruption in the judiciary | 0.50 |
| 2.3 | No corruption in the police/military | 0.58 |
| 2.4 | No corruption in the legislature | 0.13 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.65 |
| 3.2 | Right to information | 0.47 |
| 3.3 | Civic participation | 0.63 |
| 3.4 | Complaint mechanisms | 0.56 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.60 |
| 4.2 | Right to life and security | 0.72 |
| 4.3 | Due process of law | 0.55 |
| 4.4 | Freedom of expression | 0.65 |
| 4.5 | Freedom of religion | 0.76 |
| 4.6 | Right to privacy | 0.47 |
| 4.7 | Freedom of association | 0.70 |
| 4.8 | Labor rights | 0.66 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.82 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.41 |

## 👷 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.59 |
| 6.2 | No improper influence | 0.51 |
| 6.3 | No unreasonable delay | 0.53 |
| 6.4 | Respect for due process | 0.42 |
| 6.5 | No expropriation w/out adequate compensation | 0.52 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.66 |
| 7.2 | No discrimination | 0.57 |
| 7.3 | No corruption | 0.48 |
| 7.4 | No improper government influence | 0.47 |
| 7.5 | No unreasonable delay | 0.36 |
| 7.6 | Effective enforcement | 0.68 |
| 7.7 | Impartial and effective ADRs | 0.78 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.26 |
| 8.2 | Timely and effective adjudication | 0.52 |
| 8.3 | Effective correctional system | 0.38 |
| 8.4 | No discrimination | 0.41 |
| 8.5 | No corruption | 0.38 |
| 8.6 | No improper government influence | 0.41 |
| 8.7 | Due process of law | 0.55 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 114 of 129

# Burkina Faso

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.48 | 6/18 | 4/12 | 79/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | ▲ | 0.46 | 12/18 | 7/12 | 85/113 |
| 💰 | Absence of Corruption | | 0.38 | 9/18 | 5/12 | 86/113 |
| 📋 | Open Government | | 0.45 | 9/18 | 6/12 | 82/113 |
| 👤 | Fundamental Rights | | 0.56 | 6/18 | 4/12 | 63/113 |
| 👮 | Order & Security | | 0.67 | 5/18 | 3/12 | 69/113 |
| 👷 | Regulatory Enforcement | | 0.45 | 7/18 | 4/12 | 82/113 |
| ⚖ | Civil Justice | | 0.47 | 10/18 | 4/12 | 81/113 |
| 🏛 | Criminal Justice | ▲ | 0.43 | 5/18 | 3/12 | 64/113 |



High    Low    ▼ Trending down    ▲ Trending up

■ Burkina Faso    ■ Sub-Saharan Africa    ■ Low Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.48 |
| 1.2 | Limits by judiciary | 0.39 |
| 1.3 | Independent auditing | 0.42 |
| 1.4 | Sanctions for official misconduct | 0.37 |
| 1.5 | Non-governmental checks | 0.57 |
| 1.6 | Lawful transition of power | 0.54 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.39 |
| 2.2 | No corruption in the judiciary | 0.43 |
| 2.3 | No corruption in the police/military | 0.51 |
| 2.4 | No corruption in the legislature | 0.18 |

## 📋 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.29 |
| 3.2 | Right to information | 0.41 |
| 3.3 | Civic participation | 0.61 |
| 3.4 | Complaint mechanisms | 0.50 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.68 |
| 4.2 | Right to life and security | 0.51 |
| 4.3 | Due process of law | 0.44 |
| 4.4 | Freedom of expression | 0.57 |
| 4.5 | Freedom of religion | 0.72 |
| 4.6 | Right to privacy | 0.34 |
| 4.7 | Freedom of association | 0.7 |
| 4.8 | Labor rights | 0.53 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.70 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.32 |

## 👷 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.44 |
| 6.2 | No improper influence | 0.54 |
| 6.3 | No unreasonable delay | 0.23 |
| 6.4 | Respect for due process | 0.36 |
| 6.5 | No expropriation w/out adequate compensation | 0.68 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.33 |
| 7.2 | No discrimination | 0.58 |
| 7.3 | No corruption | 0.40 |
| 7.4 | No improper government influence | 0.43 |
| 7.5 | No unreasonable delay | 0.51 |
| 7.6 | Effective enforcement | 0.3 |
| 7.7 | Impartial and effective ADRs | 0.72 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.37 |
| 8.2 | Timely and effective adjudication | 0.51 |
| 8.3 | Effective correctional system | 0.34 |
| 8.4 | No discrimination | 0.53 |
| 8.5 | No corruption | 0.42 |
| 8.6 | No improper government influence | 0.39 |
| 8.7 | Due process of law | 0.44 |

# Cambodia



| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.33 | 15/15 | 28/28 | 112/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.31 | 15/15 | 26/28 | 109/113 |
| 💰 | Absence of Corruption | — | 0.24 | 15/15 | 27/28 | 111/113 |
| 📱 | Open Government | — | 0.24 | 15/15 | 27/28 | 112/113 |
| 👤 | Fundamental Rights | — | 0.39 | 13/15 | 24/28 | 103/113 |
| 👤 | Order & Security | — | 0.65 | 15/15 | 16/28 | 81/113 |
| 👮 | Regulatory Enforcement | — | 0.28 | 15/15 | 28/28 | 112/113 |
| ⚖ | Civil Justice | — | 0.19 | 15/15 | 28/28 | 113/113 |
| 🏛 | Criminal Justice | — | 0.30 | 15/15 | 24/28 | 104/113 |

High ▢ Low ▼ Trending down ▲ Trending up

■ Cambodia ▦ East Asia & Pacific ▨ Lower Middle Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.39 |
| 1.2 | Limits by judiciary | 0.25 |
| 1.3 | Independent auditing | 0.24 |
| 1.4 | Sanctions for official misconduct | 0.32 |
| 1.5 | Non-governmental checks | 0.33 |
| 1.6 | Lawful transition of power | 0.36 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.29 |
| 2.2 | No corruption in the judiciary | 0.13 |
| 2.3 | No corruption in the police/military | 0.25 |
| 2.4 | No corruption in the legislature | 0.29 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.18 |
| 3.2 | Right to information | 0.32 |
| 3.3 | Civic participation | 0.33 |
| 3.4 | Complaint mechanisms | 0.14 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.43 |
| 4.2 | Right to life and security | 0.38 |
| 4.3 | Due process of law | 0.29 |
| 4.4 | Freedom of expression | 0.33 |
| 4.5 | Freedom of religion | 0.49 |
| 4.6 | Right to privacy | 0.26 |
| 4.7 | Freedom of association | 0.43 |
| 4.8 | Labor rights | 0.49 |

## 👤 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.75 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.19 |

## 👮 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.26 |
| 6.2 | No improper influence | 0.20 |
| 6.3 | No unreasonable delay | 0.60 |
| 6.4 | Respect for due process | 0.15 |
| 6.5 | No expropriation w/out adequate compensation | 0.20 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.22 |
| 7.2 | No discrimination | 0.15 |
| 7.3 | No corruption | 0.10 |
| 7.4 | No improper government influence | 0.19 |
| 7.5 | No unreasonable delay | 0.27 |
| 7.6 | Effective enforcement | 0.05 |
| 7.7 | Impartial and effective ADRs | 0.35 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.37 |
| 8.2 | Timely and effective adjudication | 0.43 |
| 8.3 | Effective correctional system | 0.30 |
| 8.4 | No discrimination | 0.30 |
| 8.5 | No corruption | 0.20 |
| 8.6 | No improper government influence | 0.23 |
| 8.7 | Due process of law | 0.29 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 116 of 129

# Cameroon

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.37 | 18/18 | 26/28 | 109/113 |

| | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|
| 🏛 Constraints on Government Powers | — | 0.41 | 15/18 | 23/28 | 99/113 |
| 💰 Absence of Corruption | — | 0.24 | 18/18 | 28/28 | 112/113 |
| 📖 Open Government | — | 0.35 | 16/18 | 24/28 | 104/113 |
| 👤 Fundamental Rights | ▼ | 0.43 | 15/18 | 22/28 | 99/113 |
| 👮 Order & Security | — | 0.47 | 18/18 | 27/28 | 111/113 |
| 🧑‍💼 Regulatory Enforcement | — | 0.38 | 14/18 | 24/28 | 103/113 |
| ⚖ Civil Justice | — | 0.35 | 18/18 | 26/28 | 109/113 |
| 🏛 Criminal Justice | — | 0.30 | 17/18 | 25/28 | 105/113 |

High | Low | ▼ Trending down | ▲ Trending up

■ Cameroon  ■ Sub-Saharan Africa  ■ Lower Middle Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.38 |
| 1.2 | Limits by judiciary | 0.31 |
| 1.3 | Independent auditing | 0.52 |
| 1.4 | Sanctions for official misconduct | 0.43 |
| 1.5 | Non-governmental checks | 0.41 |
| 1.6 | Lawful transition of power | 0.42 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.30 |
| 2.2 | No corruption in the judiciary | 0.24 |
| 2.3 | No corruption in the police/military | 0.28 |
| 2.4 | No corruption in the legislature | 0.13 |

## 📖 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.29 |
| 3.2 | Right to information | 0.39 |
| 3.3 | Civic participation | 0.42 |
| 3.4 | Complaint mechanisms | 0.29 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.49 |
| 4.2 | Right to life and security | 0.38 |
| 4.3 | Due process of law | 0.38 |
| 4.4 | Freedom of expression | 0.41 |
| 4.5 | Freedom of religion | 0.71 |
| 4.6 | Right to privacy | 0.09 |
| 4.7 | Freedom of association | 0.53 |
| 4.8 | Labor rights | 0.46 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.62 |
| 5.2 | Absence of civil conflict | 0.56 |
| 5.3 | Absence of violent redress | 0.23 |

## 🧑‍💼 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.42 |
| 6.2 | No improper influence | 0.39 |
| 6.3 | No unreasonable delay | 0.30 |
| 6.4 | Respect for due process | 0.35 |
| 6.5 | No expropriation w/out adequate compensation | 0.46 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.36 |
| 7.2 | No discrimination | 0.42 |
| 7.3 | No corruption | 0.23 |
| 7.4 | No improper government influence | 0.26 |
| 7.5 | No unreasonable delay | 0.33 |
| 7.6 | Effective enforcement | 0.31 |
| 7.7 | Impartial and effective ADRs | 0.5 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.35 |
| 8.2 | Timely and effective adjudication | 0.41 |
| 8.3 | Effective correctional system | 0.18 |
| 8.4 | No discrimination | 0.44 |
| 8.5 | No corruption | 0.25 |
| 8.6 | No improper government influence | 0.09 |
| 8.7 | Due process of law | 0.38 |

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 117 of 129

# Canada

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.81 | 9/24 | 12/36 | 12/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.84 | 9/24 | 10/36 | 10/113 |
| 💰 | Absence of Corruption | — | 0.83 | 8/24 | 11/36 | 11/113 |
| 📋 | Open Government | — | 0.80 | 8/24 | 9/36 | 9/113 |
| 🧍 | Fundamental Rights | — | 0.82 | 9/24 | 9/36 | 9/113 |
| 👮 | Order & Security | — | 0.91 | 4/24 | 5/36 | 6/113 |
| 🛡 | Regulatory Enforcement | — | 0.79 | 8/24 | 13/36 | 13/113 |
| ⚖ | Civil Justice | — | 0.72 | 12/24 | 19/36 | 19/113 |
| 🏛 | Criminal Justice | — | 0.74 | 10/24 | 15/36 | 15/113 |

High — Low   ▼ Trending down   ▲ Trending up

■ Canada   ■ EU & EFTA & North America   ■ High Income



## 🏛 Constraints on Government Powers

| 1.1 | Limits by legislature | 0.79 |
|---|---|---|
| 1.2 | Limits by judiciary | 0.86 |
| 1.3 | Independent auditing | 0.84 |
| 1.4 | Sanctions for official misconduct | 0.80 |
| 1.5 | Non-governmental checks | 0.85 |
| 1.6 | Lawful transition of power | 0.92 |

## 💰 Absence of Corruption

| 2.1 | No corruption in the executive branch | 0.79 |
|---|---|---|
| 2.2 | No corruption in the judiciary | 0.92 |
| 2.3 | No corruption in the police/military | 0.90 |
| 2.4 | No corruption in the legislature | 0.73 |

## 📋 Open Government

| 3.1 | Publicized laws and government data | 0.77 |
|---|---|---|
| 3.2 | Right to information | 0.68 |
| 3.3 | Civic participation | 0.87 |
| 3.4 | Complaint mechanisms | 0.87 |

## 🧍 Fundamental Rights

| 4.1 | Equal treatment / no discrimination | 0.68 |
|---|---|---|
| 4.2 | Right to life and security | 0.95 |
| 4.3 | Due process of law | 0.78 |
| 4.4 | Freedom of expression | 0.85 |
| 4.5 | Freedom of religion | 0.88 |
| 4.6 | Right to privacy | 0.82 |
| 4.7 | Freedom of association | 0.89 |
| 4.8 | Labor rights | 0.73 |

## 👮 Order & Security

| 5.1 | Absence of crime | 0.92 |
|---|---|---|
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.80 |

## 🛡 Regulatory Enforcement

| 6.1 | Effective regulatory enforcement | 0.69 |
|---|---|---|
| 6.2 | No improper influence | 0.87 |
| 6.3 | No unreasonable delay | 0.76 |
| 6.4 | Respect for due process | 0.82 |
| 6.5 | No expropriation w/out adequate compensation | 0.84 |

## ⚖ Civil Justice

| 7.1 | Accessibility and affordability | 0.56 |
|---|---|---|
| 7.2 | No discrimination | 0.65 |
| 7.3 | No corruption | 0.88 |
| 7.4 | No improper government influence | 0.89 |
| 7.5 | No unreasonable delay | 0.53 |
| 7.6 | Effective enforcement | 0.73 |
| 7.7 | Impartial and effective ADRs | 0.82 |

## 🏛 Criminal Justice

| 8.1 | Effective investigations | 0.67 |
|---|---|---|
| 8.2 | Timely and effective adjudication | 0.67 |
| 8.3 | Effective correctional system | 0.71 |
| 8.4 | No discrimination | 0.59 |
| 8.5 | No corruption | 0.85 |
| 8.6 | No improper government influence | 0.91 |
| 8.7 | Due process of law | 0.78 |

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 118 of 129

# Chile

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.68 | 3/30 | 25/36 | 26/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.73 | 3/30 | 21/36 | 22/113 |
| 💰 | Absence of Corruption | — | 0.70 | 3/30 | 24/36 | 25/113 |
| | Open Government | — | 0.72 | 1/30 | 17/36 | 17/113 |
| | Fundamental Rights | — | 0.75 | 4/30 | 21/36 | 22/113 |
| | Order & Security | — | 0.68 | 12/30 | 34/36 | 67/113 |
| | Regulatory Enforcement | — | 0.66 | 4/30 | 25/36 | 26/113 |
| | Civil Justice | — | 0.64 | 6/30 | 29/36 | 32/113 |
| | Criminal Justice | — | 0.58 | 9/30 | 32/36 | 37/113 |

High    Low    ▼ Trending down    ▲ Trending up

■ Chile    Latin America & Caribbean    High Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.73 |
| 1.2 | Limits by judiciary | 0.61 |
| 1.3 | Independent auditing | 0.76 |
| 1.4 | Sanctions for official misconduct | 0.62 |
| 1.5 | Non-governmental checks | 0.79 |
| 1.6 | Lawful transition of power | 0.88 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.68 |
| 2.2 | No corruption in the judiciary | 0.78 |
| 2.3 | No corruption in the police/military | 0.86 |
| 2.4 | No corruption in the legislature | 0.48 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.63 |
| 3.2 | Right to information | 0.71 |
| 3.3 | Civic participation | 0.76 |
| 3.4 | Complaint mechanisms | 0.79 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.53 |
| 4.2 | Right to life and security | 0.86 |
| 4.3 | Due process of law | 0.63 |
| 4.4 | Freedom of expression | 0.79 |
| 4.5 | Freedom of religion | 0.80 |
| 4.6 | Right to privacy | 0.86 |
| 4.7 | Freedom of association | 0.83 |
| 4.8 | Labor rights | 0.69 |

## Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.72 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.31 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.69 |
| 6.2 | No improper influence | 0.73 |
| 6.3 | No unreasonable delay | 0.60 |
| 6.4 | Respect for due process | 0.48 |
| 6.5 | No expropriation w/out adequate compensation | 0.79 |

## Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.70 |
| 7.2 | No discrimination | 0.57 |
| 7.3 | No corruption | 0.67 |
| 7.4 | No improper government influence | 0.70 |
| 7.5 | No unreasonable delay | 0.47 |
| 7.6 | Effective enforcement | 0.64 |
| 7.7 | Impartial and effective ADRs | 0.75 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.43 |
| 8.2 | Timely and effective adjudication | 0.59 |
| 8.3 | Effective correctional system | 0.27 |
| 8.4 | No discrimination | 0.60 |
| 8.5 | No corruption | 0.74 |
| 8.6 | No improper government influence | 0.77 |
| 8.7 | Due process of law | 0.63 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 119 of 129

# China

**Region:** East Asia & Pacific
**Income Group:** Upper Middle Income

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.48 | 13/15 | 28/37 | 80/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| | Constraints on Government Powers | — | 0.38 | 14/15 | 34/37 | 104/113 |
| | Absence of Corruption | — | 0.52 | 8/15 | 15/37 | 52/113 |
| | Open Government | — | 0.44 | 11/15 | 30/37 | 89/113 |
| | Fundamental Rights | — | 0.32 | 14/15 | 36/37 | 108/113 |
| | Order & Security | — | 0.76 | 10/15 | 8/37 | 41/113 |
| | Regulatory Enforcement | — | 0.45 | 12/15 | 30/37 | 80/113 |
| | Civil Justice | — | 0.52 | 10/15 | 21/37 | 62/113 |
| | Criminal Justice | — | 0.47 | 10/15 | 16/37 | 55/113 |

High ■ Low ▼ Trending down ▲ Trending up

■ China  ■ East Asia & Pacific  ■ Upper Middle Income



## Constraints on Government Powers

| 1.1 | Limits by legislature | 0.58 |
|---|---|---|
| 1.2 | Limits by judiciary | 0.38 |
| 1.3 | Independent auditing | 0.46 |
| 1.4 | Sanctions for official misconduct | 0.48 |
| 1.5 | Non-governmental checks | 0.14 |
| 1.6 | Lawful transition of power | 0.21 |

## Absence of Corruption

| 2.1 | No corruption in the executive branch | 0.48 |
|---|---|---|
| 2.2 | No corruption in the judiciary | 0.51 |
| 2.3 | No corruption in the police/military | 0.65 |
| 2.4 | No corruption in the legislature | 0.42 |

## Open Government

| 3.1 | Publicized laws and government data | 0.42 |
|---|---|---|
| 3.2 | Right to information | 0.63 |
| 3.3 | Civic participation | 0.21 |
| 3.4 | Complaint mechanisms | 0.49 |

## Fundamental Rights

| 4.1 | Equal treatment / no discrimination | 0.45 |
|---|---|---|
| 4.2 | Right to life and security | 0.48 |
| 4.3 | Due process of law | 0.51 |
| 4.4 | Freedom of expression | 0.14 |
| 4.5 | Freedom of religion | 0.30 |
| 4.6 | Right to privacy | 0.22 |
| 4.7 | Freedom of association | 0.18 |
| 4.8 | Labor rights | 0.30 |

## Order & Security

| 5.1 | Absence of crime | 0.79 |
|---|---|---|
| 5.2 | Absence of civil conflict | 0.77 |
| 5.3 | Absence of violent redress | 0.71 |

## Regulatory Enforcement

| 6.1 | Effective regulatory enforcement | 0.5 |
|---|---|---|
| 6.2 | No improper influence | 0.54 |
| 6.3 | No unreasonable delay | 0.57 |
| 6.4 | Respect for due process | 0.23 |
| 6.5 | No expropriation w/out adequate compensation | 0.41 |

## Civil Justice

| 7.1 | Accessibility and affordability | 0.59 |
|---|---|---|
| 7.2 | No discrimination | 0.43 |
| 7.3 | No corruption | 0.45 |
| 7.4 | No improper government influence | 0.23 |
| 7.5 | No unreasonable delay | 0.76 |
| 7.6 | Effective enforcement | 0.58 |
| 7.7 | Impartial and effective ADRs | 0.62 |

## Criminal Justice

| 8.1 | Effective investigations | 0.65 |
|---|---|---|
| 8.2 | Timely and effective adjudication | 0.65 |
| 8.3 | Effective correctional system | 0.37 |
| 8.4 | No discrimination | 0.40 |
| 8.5 | No corruption | 0.60 |
| 8.6 | No improper government influence | 0.11 |
| 8.7 | Due process of law | 0.51 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 120 of 129

# Colombia



| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.51 | 19/30 | 23/37 | 71/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.53 | 18/30 | 17/37 | 63/113 |
| 💰 | Absence of Corruption | — | 0.41 | 22/30 | 29/37 | 77/113 |
| 📱 | Open Government | — | 0.64 | 4/30 | 3/37 | 30/113 |
| 👤 | Fundamental Rights | — | 0.55 | 20/30 | 19/37 | 65/113 |
| 👮 | Order & Security | — | 0.55 | 29/30 | 36/37 | 106/113 |
| ⚖ | Regulatory Enforcement | — | 0.52 | 15/30 | 15/37 | 51/113 |
| ⚖ | Civil Justice | — | 0.50 | 17/30 | 25/37 | 70/113 |
| 🏛 | Criminal Justice | — | 0.34 | 20/30 | 29/37 | 91/113 |

High ▢ Low　▼ Trending down　▲ Trending up

■ Colombia　▨ Latin America & Caribbean　▨ Upper Middle Income

## 🏛 Constraints on Government Powers

| 1.1 | Limits by legislature | 0.59 |
|---|---|---|
| 1.2 | Limits by judiciary | 0.47 |
| 1.3 | Independent auditing | 0.49 |
| 1.4 | Sanctions for official misconduct | 0.41 |
| 1.5 | Non-governmental checks | 0.61 |
| 1.6 | Lawful transition of power | 0.62 |

## 💰 Absence of Corruption

| 2.1 | No corruption in the executive branch | 0.46 |
|---|---|---|
| 2.2 | No corruption in the judiciary | 0.53 |
| 2.3 | No corruption in the police/military | 0.50 |
| 2.4 | No corruption in the legislature | 0.15 |

## 📱 Open Government

| 3.1 | Publicized laws and government data | 0.68 |
|---|---|---|
| 3.2 | Right to information | 0.65 |
| 3.3 | Civic participation | 0.60 |
| 3.4 | Complaint mechanisms | 0.64 |

## 👤 Fundamental Rights

| 4.1 | Equal treatment / no discrimination | 0.50 |
|---|---|---|
| 4.2 | Right to life and security | 0.55 |
| 4.3 | Due process of law | 0.43 |
| 4.4 | Freedom of expression | 0.61 |
| 4.5 | Freedom of religion | 0.74 |
| 4.6 | Right to privacy | 0.52 |
| 4.7 | Freedom of association | 0.65 |
| 4.8 | Labor rights | 0.43 |

## 👮 Order & Security

| 5.1 | Absence of crime | 0.43 |
|---|---|---|
| 5.2 | Absence of civil conflict | 0.94 |
| 5.3 | Absence of violent redress | 0.28 |

## ⚖ Regulatory Enforcement

| 6.1 | Effective regulatory enforcement | 0.49 |
|---|---|---|
| 6.2 | No improper influence | 0.59 |
| 6.3 | No unreasonable delay | 0.46 |
| 6.4 | Respect for due process | 0.41 |
| 6.5 | No expropriation w/out adequate compensation | 0.63 |

## ⚖ Civil Justice

| 7.1 | Accessibility and affordability | 0.54 |
|---|---|---|
| 7.2 | No discrimination | 0.62 |
| 7.3 | No corruption | 0.48 |
| 7.4 | No improper government influence | 0.52 |
| 7.5 | No unreasonable delay | 0.20 |
| 7.6 | Effective enforcement | 0.43 |
| 7.7 | Impartial and effective ADRs | 0.69 |

## 🏛 Criminal Justice

| 8.1 | Effective investigations | 0.23 |
|---|---|---|
| 8.2 | Timely and effective adjudication | 0.30 |
| 8.3 | Effective correctional system | 0.25 |
| 8.4 | No discrimination | 0.37 |
| 8.5 | No corruption | 0.40 |
| 8.6 | No improper government influence | 0.40 |
| 8.7 | Due process of law | 0.43 |

# Costa Rica

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.68 | 2/30 | 1/37 | 25/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.78 | 2/30 | 1/37 | 17/113 |
| 💰 | Absence of Corruption | — | 0.69 | 5/30 | 3/37 | 27/113 |
| 📋 | Open Government | — | 0.69 | 3/30 | 1/37 | 19/113 |
| 👤 | Fundamental Rights | — | 0.79 | 3/30 | 1/37 | 17/113 |
| 👮 | Order & Security | — | 0.68 | 11/30 | 21/37 | 66/113 |
| 🛡 | Regulatory Enforcement | — | 0.67 | 2/30 | 1/37 | 23/113 |
| ⚖ | Civil Justice | — | 0.62 | 9/30 | 7/37 | 38/113 |
| 🏛 | Criminal Justice | — | 0.55 | 11/30 | 10/37 | 42/113 |

High ▬▬ Low     ▼ Trending down     ▲ Trending up

■ Costa Rica     ▨ Latin America & Caribbean     ▨ Upper Middle Income



## 🏛 Constraints on Government Powers

| | | | |
|---|---|---|---|
| 1.1 | Limits by legislature | ▬▬ | 0.78 |
| 1.2 | Limits by judiciary | ▬▬ | 0.72 |
| 1.3 | Independent auditing | ▬▬ | 0.79 |
| 1.4 | Sanctions for official misconduct | ▬▬ | 0.62 |
| 1.5 | Non-governmental checks | ▬▬ | 0.83 |
| 1.6 | Lawful transition of power | ▬▬ | 0.93 |

## 💰 Absence of Corruption

| | | | |
|---|---|---|---|
| 2.1 | No corruption in the executive branch | ▬▬ | 0.68 |
| 2.2 | No corruption in the judiciary | ▬▬ | 0.78 |
| 2.3 | No corruption in the police/military | ▬▬ | 0.78 |
| 2.4 | No corruption in the legislature | ▬▬ | 0.53 |

## 📋 Open Government

| | | | |
|---|---|---|---|
| 3.1 | Publicized laws and government data | ▬▬ | 0.51 |
| 3.2 | Right to information | ▬▬ | 0.68 |
| 3.3 | Civic participation | ▬▬ | 0.79 |
| 3.4 | Complaint mechanisms | ▬▬ | 0.79 |

## 👤 Fundamental Rights

| | | | |
|---|---|---|---|
| 4.1 | Equal treatment / no discrimination | ▬▬ | 0.67 |
| 4.2 | Right to life and security | ▬▬ | 0.91 |
| 4.3 | Due process of law | ▬▬ | 0.70 |
| 4.4 | Freedom of expression | ▬▬ | 0.83 |
| 4.5 | Freedom of religion | ▬▬ | 0.85 |
| 4.6 | Right to privacy | ▬▬ | 0.90 |
| 4.7 | Freedom of association | ▬▬ | 0.85 |
| 4.8 | Labor rights | ▬▬ | 0.65 |

## 👮 Order & Security

| | | | |
|---|---|---|---|
| 5.1 | Absence of crime | ▬▬ | 0.62 |
| 5.2 | Absence of civil conflict | ▬▬ | 1.00 |
| 5.3 | Absence of violent redress | ▬▬ | 0.41 |

## 🛡 Regulatory Enforcement

| | | | |
|---|---|---|---|
| 6.1 | Effective regulatory enforcement | ▬▬ | 0.62 |
| 6.2 | No improper influence | ▬▬ | 0.70 |
| 6.3 | No unreasonable delay | ▬▬ | 0.51 |
| 6.4 | Respect for due process | ▬▬ | 0.80 |
| 6.5 | No expropriation w/out adequate compensation | ▬▬ | 0.74 |

## ⚖ Civil Justice

| | | | |
|---|---|---|---|
| 7.1 | Accessibility and affordability | ▬▬ | 0.64 |
| 7.2 | No discrimination | ▬▬ | 0.71 |
| 7.3 | No corruption | ▬▬ | 0.75 |
| 7.4 | No improper government influence | ▬▬ | 0.76 |
| 7.5 | No unreasonable delay | ▬▬ | 0.26 |
| 7.6 | Effective enforcement | ▬▬ | 0.42 |
| 7.7 | Impartial and effective ADRs | ▬▬ | 0.78 |

## 🏛 Criminal Justice

| | | | |
|---|---|---|---|
| 8.1 | Effective investigations | ▬▬ | 0.42 |
| 8.2 | Timely and effective adjudication | ▬▬ | 0.44 |
| 8.3 | Effective correctional system | ▬▬ | 0.34 |
| 8.4 | No discrimination | ▬▬ | 0.57 |
| 8.5 | No corruption | ▬▬ | 0.69 |
| 8.6 | No improper government influence | ▬▬ | 0.71 |
| 8.7 | Due process of law | ▬▬ | 0.70 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 122 of 129

# Cote d'Ivoire

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.46 | 9/18 | 15/28 | 87/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.45 | 14/18 | 19/28 | 89/113 |
| 💰 | Absence of Corruption | — | 0.38 | 8/18 | 14/28 | 85/113 |
| 📖 | Open Government | — | 0.37 | 15/18 | 23/28 | 103/113 |
| 👤 | Fundamental Rights | — | 0.45 | 13/18 | 19/28 | 94/113 |
| 👮 | Order & Security | — | 0.71 | 3/18 | 9/28 | 61/113 |
| ⚖ | Regulatory Enforcement | — | 0.49 | 5/18 | 8/28 | 65/113 |
| ⚖ | Civil Justice | — | 0.51 | 6/18 | 5/28 | 66/113 |
| 🏛 | Criminal Justice | — | 0.37 | 11/18 | 16/28 | 83/113 |



High — Low ▼ Trending down ▲ Trending up

■ Cote d'Ivoire   ■ Sub-Saharan Africa   ■ Lower Middle Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.47 |
| 1.2 | Limits by judiciary | 0.40 |
| 1.3 | Independent auditing | 0.49 |
| 1.4 | Sanctions for official misconduct | 0.35 |
| 1.5 | Non-governmental checks | 0.45 |
| 1.6 | Lawful transition of power | 0.54 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.39 |
| 2.2 | No corruption in the judiciary | 0.36 |
| 2.3 | No corruption in the police/military | 0.48 |
| 2.4 | No corruption in the legislature | 0.29 |

## 📖 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.18 |
| 3.2 | Right to information | 0.33 |
| 3.3 | Civic participation | 0.54 |
| 3.4 | Complaint mechanisms | 0.42 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.59 |
| 4.2 | Right to life and security | 0.25 |
| 4.3 | Due process of law | 0.30 |
| 4.4 | Freedom of expression | 0.45 |
| 4.5 | Freedom of religion | 0.68 |
| 4.6 | Right to privacy | 0.08 |
| 4.7 | Freedom of association | 0.61 |
| 4.8 | Labor rights | 0.61 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.71 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.40 |

## ⚖ Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.39 |
| 6.2 | No improper influence | 0.50 |
| 6.3 | No unreasonable delay | 0.46 |
| 6.4 | Respect for due process | 0.40 |
| 6.5 | No expropriation w/out adequate compensation | 0.68 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.46 |
| 7.2 | No discrimination | 0.51 |
| 7.3 | No corruption | 0.36 |
| 7.4 | No improper government influence | 0.41 |
| 7.5 | No unreasonable delay | 0.55 |
| 7.6 | Effective enforcement | 0.61 |
| 7.7 | Impartial and effective ADRs | 0.67 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.27 |
| 8.2 | Timely and effective adjudication | 0.50 |
| 8.3 | Effective correctional system | 0.28 |
| 8.4 | No discrimination | 0.43 |
| 8.5 | No corruption | 0.39 |
| 8.6 | No improper government influence | 0.40 |
| 8.7 | Due process of law | 0.30 |

# Croatia

**Region:** EU & EFTA & North America
**Income Group:** High Income

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.61 | 21/24 | 33/36 | 39/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.60 | 22/24 | 35/36 | 50/113 |
| 💰 | Absence of Corruption | — | 0.57 | 20/24 | 33/36 | 42/113 |
| 📱 | Open Government | — | 0.59 | 21/24 | 28/36 | 36/113 |
| 👤 | Fundamental Rights | — | 0.69 | 21/24 | 30/36 | 34/113 |
| 👮 | Order & Security | — | 0.82 | 17/24 | 23/36 | 25/113 |
| 🧑‍⚖ | Regulatory Enforcement | — | 0.50 | 24/24 | 35/36 | 61/113 |
| ⚖ | Civil Justice | — | 0.53 | 23/24 | 35/36 | 60/113 |
| 🏛 | Criminal Justice | — | 0.54 | 22/24 | 34/36 | 45/113 |



High ▬▬ Low   ▼ Trending down   ▲ Trending up

■ Croatia   ▒ EU & EFTA & North America   ▒ High Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.68 |
| 1.2 | Limits by judiciary | 0.50 |
| 1.3 | Independent auditing | 0.54 |
| 1.4 | Sanctions for official misconduct | 0.48 |
| 1.5 | Non-governmental checks | 0.69 |
| 1.6 | Lawful transition of power | 0.71 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.53 |
| 2.2 | No corruption in the judiciary | 0.62 |
| 2.3 | No corruption in the police/military | 0.80 |
| 2.4 | No corruption in the legislature | 0.33 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.54 |
| 3.2 | Right to information | 0.60 |
| 3.3 | Civic participation | 0.66 |
| 3.4 | Complaint mechanisms | 0.56 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.61 |
| 4.2 | Right to life and security | 0.79 |
| 4.3 | Due process of law | 0.63 |
| 4.4 | Freedom of expression | 0.69 |
| 4.5 | Freedom of religion | 0.68 |
| 4.6 | Right to privacy | 0.64 |
| 4.7 | Freedom of association | 0.78 |
| 4.8 | Labor rights | 0.73 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.94 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.53 |

## 🧑‍⚖ Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.61 |
| 6.2 | No improper influence | 0.60 |
| 6.3 | No unreasonable delay | 0.43 |
| 6.4 | Respect for due process | 0.36 |
| 6.5 | No expropriation w/out adequate compensation | 0.49 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.60 |
| 7.2 | No discrimination | 0.56 |
| 7.3 | No corruption | 0.56 |
| 7.4 | No improper government influence | 0.54 |
| 7.5 | No unreasonable delay | 0.27 |
| 7.6 | Effective enforcement | 0.43 |
| 7.7 | Impartial and effective ADRs | 0.71 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.49 |
| 8.2 | Timely and effective adjudication | 0.52 |
| 8.3 | Effective correctional system | 0.52 |
| 8.4 | No discrimination | 0.43 |
| 8.5 | No corruption | 0.63 |
| 8.6 | No improper government influence | 0.56 |
| 8.7 | Due process of law | 0.63 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 124 of 129

# Czech Republic

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| | Overall Score | | 0.75 | 12/24 | 17/36 | 17/113 |
| 🏛 | Constraints on Government Powers | — | 0.76 | 15/24 | 18/36 | 19/113 |
| 💰 | Absence of Corruption | — | 0.68 | 17/24 | 26/36 | 30/113 |
| 📖 | Open Government | — | 0.69 | 15/24 | 19/36 | 20/113 |
| 👤 | Fundamental Rights | — | 0.81 | 10/24 | 11/36 | 11/113 |
| 👮 | Order & Security | — | 0.89 | 7/24 | 9/36 | 10/113 |
| ⚖ | Regulatory Enforcement | — | 0.68 | 14/24 | 22/36 | 22/113 |
| ⚖ | Civil Justice | — | 0.73 | 11/24 | 18/36 | 18/113 |
| 🏛 | Criminal Justice | — | 0.73 | 11/24 | 16/36 | 16/113 |

High ▒ Low   ▼ Trending down   ▲ Trending up

■ Czech Republic   ▨ EU & EFTA & North America   ▨ High Income



## 🏛 Constraints on Government Powers

| 1.1 | Limits by legislature | 0.77 |
|---|---|---|
| 1.2 | Limits by judiciary | 0.71 |
| 1.3 | Independent auditing | 0.79 |
| 1.4 | Sanctions for official misconduct | 0.65 |
| 1.5 | Non-governmental checks | 0.79 |
| 1.6 | Lawful transition of power | 0.85 |

## 💰 Absence of Corruption

| 2.1 | No corruption in the executive branch | 0.62 |
|---|---|---|
| 2.2 | No corruption in the judiciary | 0.81 |
| 2.3 | No corruption in the police/military | 0.83 |
| 2.4 | No corruption in the legislature | 0.47 |

## 📖 Open Government

| 3.1 | Publicized laws and government data | 0.68 |
|---|---|---|
| 3.2 | Right to information | 0.66 |
| 3.3 | Civic participation | 0.79 |
| 3.4 | Complaint mechanisms | 0.63 |

## 👤 Fundamental Rights

| 4.1 | Equal treatment / no discrimination | 0.77 |
|---|---|---|
| 4.2 | Right to life and security | 0.91 |
| 4.3 | Due process of law | 0.83 |
| 4.4 | Freedom of expression | 0.79 |
| 4.5 | Freedom of religion | 0.85 |
| 4.6 | Right to privacy | 0.76 |
| 4.7 | Freedom of association | 0.85 |
| 4.8 | Labor rights | 0.73 |

## 👮 Order & Security

| 5.1 | Absence of crime | 0.87 |
|---|---|---|
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.82 |

## ⚖ Regulatory Enforcement

| 6.1 | Effective regulatory enforcement | 0.64 |
|---|---|---|
| 6.2 | No improper influence | 0.73 |
| 6.3 | No unreasonable delay | 0.58 |
| 6.4 | Respect for due process | 0.66 |
| 6.5 | No expropriation w/out adequate compensation | 0.77 |

## ⚖ Civil Justice

| 7.1 | Accessibility and affordability | 0.65 |
|---|---|---|
| 7.2 | No discrimination | 0.86 |
| 7.3 | No corruption | 0.76 |
| 7.4 | No improper government influence | 0.79 |
| 7.5 | No unreasonable delay | 0.55 |
| 7.6 | Effective enforcement | 0.69 |
| 7.7 | Impartial and effective ADRs | 0.79 |

## 🏛 Criminal Justice

| 8.1 | Effective investigations | 0.66 |
|---|---|---|
| 8.2 | Timely and effective adjudication | 0.73 |
| 8.3 | Effective correctional system | 0.62 |
| 8.4 | No discrimination | 0.76 |
| 8.5 | No corruption | 0.75 |
| 8.6 | No improper government influence | 0.79 |
| 8.7 | Due process of law | 0.83 |

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 125 of 129

# Denmark

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.89 | 1/24 | 1/36 | 1/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.93 | 1/24 | 1/36 | 1/113 |
| 💰 | Absence of Corruption | — | 0.96 | 1/24 | 1/36 | 1/113 |
| 📱 | Open Government | — | 0.86 | 2/24 | 2/36 | 2/113 |
| 👤 | Fundamental Rights | — | 0.92 | 1/24 | 1/36 | 1/113 |
| 👤 | Order & Security | — | 0.92 | 3/24 | 4/36 | 4/113 |
| 👷 | Regulatory Enforcement | — | 0.85 | 5/24 | 6/36 | 6/113 |
| ⚖ | Civil Justice | — | 0.84 | 4/24 | 5/36 | 5/113 |
| 🏛 | Criminal Justice | — | 0.82 | 4/24 | 5/36 | 5/113 |

High — Low  ▼ Trending down  ▲ Trending up

■ Denmark   EU & EFTA & North America   ▦ High Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.91 |
| 1.2 | Limits by judiciary | 0.94 |
| 1.3 | Independent auditing | 0.84 |
| 1.4 | Sanctions for official misconduct | 0.93 |
| 1.5 | Non-governmental checks | 0.97 |
| 1.6 | Lawful transition of power | 0.98 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.91 |
| 2.2 | No corruption in the judiciary | 0.98 |
| 2.3 | No corruption in the police/military | 0.98 |
| 2.4 | No corruption in the legislature | 0.97 |

## 📱 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.87 |
| 3.2 | Right to information | 0.79 |
| 3.3 | Civic participation | 0.94 |
| 3.4 | Complaint mechanisms | 0.86 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.78 |
| 4.2 | Right to life and security | 1.00 |
| 4.3 | Due process of law | 0.92 |
| 4.4 | Freedom of expression | 0.97 |
| 4.5 | Freedom of religion | 0.83 |
| 4.6 | Right to privacy | 0.96 |
| 4.7 | Freedom of association | 0.97 |
| 4.8 | Labor rights | 0.94 |

## 👤 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.93 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.82 |

## 👷 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.79 |
| 6.2 | No improper influence | 0.95 |
| 6.3 | No unreasonable delay | 0.85 |
| 6.4 | Respect for due process | 0.81 |
| 6.5 | No expropriation w/out adequate compensation | 0.83 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.71 |
| 7.2 | No discrimination | 0.86 |
| 7.3 | No corruption | 0.96 |
| 7.4 | No improper government influence | 0.92 |
| 7.5 | No unreasonable delay | 0.67 |
| 7.6 | Effective enforcement | 0.88 |
| 7.7 | Impartial and effective ADRs | 0.89 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.63 |
| 8.2 | Timely and effective adjudication | 0.74 |
| 8.3 | Effective correctional system | 0.78 |
| 8.4 | No discrimination | 0.72 |
| 8.5 | No corruption | 0.97 |
| 8.6 | No improper government influence | 0.96 |
| 8.7 | Due process of law | 0.92 |

Case 20-04077-MJH   Doc 51-2   Filed 06/07/21   Ent. 06/07/21 10:04:28   Pg. 126 of 129

# Dominica

| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.60 | 11/30 | 7/37 | 40/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.57 | 16/30 | 13/37 | 56/113 |
| 💰 | Absence of Corruption | — | 0.65 | 10/30 | 7/37 | 36/113 |
| 📋 | Open Government | — | 0.50 | 18/30 | 20/37 | 65/113 |
| 👤 | Fundamental Rights | — | 0.68 | 10/30 | 6/37 | 37/113 |
| 👮 | Order & Security | — | 0.75 | 5/30 | 10/37 | 44/113 |
| 🗂 | Regulatory Enforcement | — | 0.52 | 14/30 | 14/37 | 50/113 |
| ⚖ | Civil Justice | — | 0.61 | 10/30 | 9/37 | 40/113 |
| 🏛 | Criminal Justice | — | 0.56 | 10/30 | 8/37 | 40/113 |

High ▢ Low    ▼ Trending down    ▲ Trending up

■ Dominica    ▨ Latin America & Caribbean    ▨ Upper Middle Income



## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.50 |
| 1.2 | Limits by judiciary | 0.63 |
| 1.3 | Independent auditing | 0.74 |
| 1.4 | Sanctions for official misconduct | 0.44 |
| 1.5 | Non-governmental checks | 0.54 |
| 1.6 | Lawful transition of power | 0.56 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.59 |
| 2.2 | No corruption in the judiciary | 0.82 |
| 2.3 | No corruption in the police/military | 0.80 |
| 2.4 | No corruption in the legislature | 0.37 |

## 📋 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.35 |
| 3.2 | Right to information | 0.59 |
| 3.3 | Civic participation | 0.60 |
| 3.4 | Complaint mechanisms | 0.45 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.49 |
| 4.2 | Right to life and security | 0.81 |
| 4.3 | Due process of law | 0.57 |
| 4.4 | Freedom of expression | 0.54 |
| 4.5 | Freedom of religion | 0.75 |
| 4.6 | Right to privacy | 0.95 |
| 4.7 | Freedom of association | 0.64 |
| 4.8 | Labor rights | 0.66 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.89 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.35 |

## 🗂 Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.45 |
| 6.2 | No improper influence | 0.68 |
| 6.3 | No unreasonable delay | 0.34 |
| 6.4 | Respect for due process | 0.54 |
| 6.5 | No expropriation w/out adequate compensation | 0.57 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.69 |
| 7.2 | No discrimination | 0.56 |
| 7.3 | No corruption | 0.76 |
| 7.4 | No improper government influence | 0.75 |
| 7.5 | No unreasonable delay | 0.38 |
| 7.6 | Effective enforcement | 0.41 |
| 7.7 | Impartial and effective ADRs | 0.73 |

## 🏛 Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.44 |
| 8.2 | Timely and effective adjudication | 0.51 |
| 8.3 | Effective correctional system | 0.34 |
| 8.4 | No discrimination | 0.60 |
| 8.5 | No corruption | 0.78 |
| 8.6 | No improper government influence | 0.67 |
| 8.7 | Due process of law | 0.57 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 127 of 129

# Dominican Republic

**Region:** Latin America & Caribbean
**Income Group:** Upper Middle Income



| | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|
| Constraints on Government Powers | ▼ | 0.44 | 26/30 | 29/37 | 93/113 |
| Absence of Corruption | — | 0.34 | 26/30 | 34/37 | 93/113 |
| Open Government | — | 0.54 | 13/30 | 17/37 | 54/113 |
| Fundamental Rights | — | 0.60 | 18/30 | 17/37 | 56/113 |
| Order & Security | — | 0.61 | 24/30 | 32/37 | 95/113 |
| Regulatory Enforcement | — | 0.41 | 28/30 | 35/37 | 95/113 |
| Civil Justice | — | 0.46 | 22/30 | 32/37 | 85/113 |
| Criminal Justice | — | 0.34 | 21/30 | 31/37 | 94/113 |

Overall Score 0.47  Regional Rank 23/30  Income Rank 30/37  Global Rank 85/113

High — Low   ▼ Trending down   ▲ Trending up

■ Dominican Republic   ■ Latin America & Caribbean   ■ Upper Middle Income

## Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.48 |
| 1.2 | Limits by judiciary | 0.38 |
| 1.3 | Independent auditing | 0.34 |
| 1.4 | Sanctions for official misconduct | 0.25 |
| 1.5 | Non-governmental checks | 0.62 |
| 1.6 | Lawful transition of power | 0.57 |

## Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.38 |
| 2.2 | No corruption in the judiciary | 0.42 |
| 2.3 | No corruption in the police/military | 0.43 |
| 2.4 | No corruption in the legislature | 0.15 |

## Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.37 |
| 3.2 | Right to information | 0.56 |
| 3.3 | Civic participation | 0.56 |
| 3.4 | Complaint mechanisms | 0.65 |

## Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.54 |
| 4.2 | Right to life and security | 0.64 |
| 4.3 | Due process of law | 0.44 |
| 4.4 | Freedom of expression | 0.62 |
| 4.5 | Freedom of religion | 0.71 |
| 4.6 | Right to privacy | 0.58 |
| 4.7 | Freedom of association | 0.65 |
| 4.8 | Labor rights | 0.65 |

## Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.60 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.23 |

## Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.35 |
| 6.2 | No improper influence | 0.51 |
| 6.3 | No unreasonable delay | 0.44 |
| 6.4 | Respect for due process | 0.26 |
| 6.5 | No expropriation w/out adequate compensation | 0.50 |

## Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.51 |
| 7.2 | No discrimination | 0.57 |
| 7.3 | No corruption | 0.42 |
| 7.4 | No improper government influence | 0.35 |
| 7.5 | No unreasonable delay | 0.28 |
| 7.6 | Effective enforcement | 0.41 |
| 7.7 | Impartial and effective ADRs | 0.65 |

## Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.32 |
| 8.2 | Timely and effective adjudication | 0.42 |
| 8.3 | Effective correctional system | 0.23 |
| 8.4 | No discrimination | 0.31 |
| 8.5 | No corruption | 0.37 |
| 8.6 | No improper government influence | 0.28 |
| 8.7 | Due process of law | 0.44 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 128 of 129

# Ecuador

**Region:** Latin America & Caribbean
**Income Group:** Upper Middle Income



| | Overall Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|
| | 0.45 | 25/30 | 34/37 | 91/113 |

| | | Factor Trend | Factor Score | Regional Rank | Income Rank | Global Rank |
|---|---|---|---|---|---|---|
| 🏛 | Constraints on Government Powers | — | 0.39 | 28/30 | 33/37 | 103/113 |
| 💰 | Absence of Corruption | — | 0.42 | 21/30 | 27/37 | 74/113 |
| 📖 | Open Government | — | 0.45 | 25/30 | 27/37 | 85/113 |
| 👤 | Fundamental Rights | — | 0.51 | 25/30 | 24/37 | 76/113 |
| 👮 | Order & Security | — | 0.60 | 25/30 | 33/37 | 97/113 |
| 🧑‍⚖ | Regulatory Enforcement | — | 0.46 | 23/30 | 28/37 | 76/113 |
| ⚖ | Civil Justice | — | 0.44 | 23/30 | 34/37 | 89/113 |
| ⚖ | Criminal Justice | — | 0.36 | 17/30 | 26/37 | 86/113 |

High — Low ▼ Trending down ▲ Trending up

■ Ecuador ■ Latin America & Caribbean ■ Upper Middle Income

## 🏛 Constraints on Government Powers

| | | |
|---|---|---|
| 1.1 | Limits by legislature | 0.34 |
| 1.2 | Limits by judiciary | 0.32 |
| 1.3 | Independent auditing | 0.38 |
| 1.4 | Sanctions for official misconduct | 0.32 |
| 1.5 | Non-governmental checks | 0.43 |
| 1.6 | Lawful transition of power | 0.52 |

## 💰 Absence of Corruption

| | | |
|---|---|---|
| 2.1 | No corruption in the executive branch | 0.46 |
| 2.2 | No corruption in the judiciary | 0.38 |
| 2.3 | No corruption in the police/military | 0.51 |
| 2.4 | No corruption in the legislature | 0.32 |

## 📖 Open Government

| | | |
|---|---|---|
| 3.1 | Publicized laws and government data | 0.42 |
| 3.2 | Right to information | 0.39 |
| 3.3 | Civic participation | 0.46 |
| 3.4 | Complaint mechanisms | 0.53 |

## 👤 Fundamental Rights

| | | |
|---|---|---|
| 4.1 | Equal treatment / no discrimination | 0.50 |
| 4.2 | Right to life and security | 0.52 |
| 4.3 | Due process of law | 0.49 |
| 4.4 | Freedom of expression | 0.43 |
| 4.5 | Freedom of religion | 0.73 |
| 4.6 | Right to privacy | 0.38 |
| 4.7 | Freedom of association | 0.51 |
| 4.8 | Labor rights | 0.55 |

## 👮 Order & Security

| | | |
|---|---|---|
| 5.1 | Absence of crime | 0.50 |
| 5.2 | Absence of civil conflict | 1.00 |
| 5.3 | Absence of violent redress | 0.30 |

## 🧑‍⚖ Regulatory Enforcement

| | | |
|---|---|---|
| 6.1 | Effective regulatory enforcement | 0.52 |
| 6.2 | No improper influence | 0.57 |
| 6.3 | No unreasonable delay | 0.43 |
| 6.4 | Respect for due process | 0.32 |
| 6.5 | No expropriation w/out adequate compensation | 0.48 |

## ⚖ Civil Justice

| | | |
|---|---|---|
| 7.1 | Accessibility and affordability | 0.56 |
| 7.2 | No discrimination | 0.45 |
| 7.3 | No corruption | 0.42 |
| 7.4 | No improper government influence | 0.21 |
| 7.5 | No unreasonable delay | 0.28 |
| 7.6 | Effective enforcement | 0.46 |
| 7.7 | Impartial and effective ADRs | 0.69 |

## ⚖ Criminal Justice

| | | |
|---|---|---|
| 8.1 | Effective investigations | 0.40 |
| 8.2 | Timely and effective adjudication | 0.43 |
| 8.3 | Effective correctional system | 0.29 |
| 8.4 | No discrimination | 0.38 |
| 8.5 | No corruption | 0.42 |
| 8.6 | No improper government influence | 0.10 |
| 8.7 | Due process of law | 0.49 |

Case 20-04077-MJH    Doc 51-2    Filed 06/07/21    Ent. 06/07/21 10:04:28    Pg. 129 of 129