Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
Trisha Thompson, WSBA No. 57443
E-mail: trisha.thompson@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Plaintiff Cerner Middle East Limited*

Hon. Mary Jo Heston
Chapter 11
Hearing Date: July 13, 2021
Hearing Time: 9:00 a.m. PST
Hearing Location: Telephonic
Tel: 1-888-363-4749, Access Code 5635947, security code 3887
Response Date: July 6, 2021

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>Debtors. | Case Nos:<br><br>20-42710-MJH (Lead Case)<br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH) |
| CERNER MIDDLE EAST LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES, LLC and VANDEVCO LIMITED,<br><br>Defendants. | Adv. Proc. No. 20-04077-MJH<br><br>**PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT** |

NOW COMES Plaintiff Cerner Middle East Limited ("**Cerner**"), by and through its counsel Holland & Knight LLP, and submits its Motion ("**Motion**") for Leave to Amend and Supplement Complaint. Cerner makes this Motion pursuant to Rule 7015 of the Federal Rules of

PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION
FOR LEAVE TO AMEND COMPLAINT
ADV. PROC. NO. 20-04077-MJH – PAGE - 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Case 20-04077-MJH   Doc 52   Filed 06/07/21   Ent. 06/07/21 13:27:59   Pg. 1 of 6

Bankruptcy Procedure, Rule 15 of the Federal Rules of Civil Procedure, and Local Rule 15 of the Local Rules for the Western District of Washington. A copy of the proposed amended and supplemented complaint ("**Amended Complaint**") is attached hereto as **Exhibit A**, and a redline comparison indicating the proposed changes to the Verified Complaint filed on July 20, 2016 ("**Initial Complaint**") is attached hereto as **Exhibit B**. In further support of its Motion, Cerner respectfully states:

## **MOTION**

1. Cerner requests leave to file the Amended Complaint for two primary reasons. First, as this Court has previously requested, Cerner's Amended Complaint adds Willamette Enterprises ("**Willamette**") as a defendant to this Litigation. The Defendants have raised various arguments in this Litigation, as we as in Vandevco's chapter 11 case, concerning the existence of Willamette in the ostensible corporate structure of the Belbadi Group. In reality, Willamette was a wholly disregarded entity and simply another alter ego of Belbadi, and the Amended Complaint seeks relief against Willamette for assets it purports to hold for the benefit of Belbadi.

2. Second, Cerner requests leave to amend so that it may conform its Initial Complaint to the evidence. Since the filing of the Initial Complaint in July 2016, Cerner has obtained significant additional information in support of its claims, both through discovery prior to Vandevco's bankruptcy filing and through acts engaged in by the Defendants subsequent to the filing of the Initial Complaint, such as the fire sale of the Vancouver Center. The Debtors and Belbadi have repeatedly ignored this evidence in their arguments before this Court, most notably in Belbadi's motion to dismiss the Initial Complaint, and instead have focused its arguments on Cerner's allegations from five years ago. The Initial Complaint should be amended to clarify the record to include the evidence Cerner obtained through discovery.

3. "Fed. R. Bankr. P. 7015 incorporates Fed. R. Civ. P. 15. Under Fed. R. Civ. P. 15, leave to amend pleadings should be freely given in the interest of justice by applying Rule 15 liberally to carry out the rule's policy in favor of amendments." *In re LLS America, LLC*,

PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION
FOR LEAVE TO AMEND COMPLAINT
ADV. PROC. NO. 20-04077-MJH – PAGE - 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Case 20-04077-MJH    Doc 52    Filed 06/07/21    Ent. 06/07/21 13:27:59    Pg. 2 of 6

Bankruptcy No. 09–06194–PCW11, Adversary No. 11–80127–PCW11, 2013 WL 1703882, at *1 (Bankr. E.D. Wash. Apr. 18, 2013). The court has discretion to grant or deny leave to amend. *Swanson v. U.S. Forest Serv.*, 87 F.3d 339, 343 (9th Cir. 1996).

4. The party seeking to amend must only show a legitimate reason for seeking amendment. *Duling v. Gristede's Operating Corp.*, 265 F.R.D. 91, 98 (S.D.N.Y. 2010) (holding that even a "change in litigation strategy" is a legitimate reason); *Madison Fund, Inc. v. Denison Mines Ltd.*, 90 F.R.D. 89, 92 (S.D.N.Y. 1981) ("[Plaintiff's] amended complaint does not radically change the nature of [Plaintiff's] original complaint. Rather, these additional securities and common law claims arise out of the same series of transactions and simply conform the pleadings to the evidence thus far brought to light by discovery. If a party upon discovery finds that the matters in dispute differ from the original complaint, he is not required to stand upon his initial formulation of claims or defenses.").

5. Provided the movant can show a "legitimate reason" to amend the complaint, the defendant bears the burden to show that it is inappropriate to do so, due to bad faith or some other prejudicial reason. *See In re Zetta Jet USA, Inc.*, 624 B.R. 461, 512 (Bankr. C.D. Cal. 2020). Absent a "strong showing" of prejudice to the defendants, there "exists a *presumption* under Rule 15(a) in favor of granting leave to amend." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (emphasis in original).

6. Federal Rule of Civil Procedure 15(d), as incorporated by Rule 7015, permits supplemental pleadings "setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." New claims, new parties, and allegations regarding events that occurred after the original complaint was filed are all properly permitted under Rule 15(d). *See Griffin v. Cnty. Sch. Bd. of Prince Edward Cnty.*, 377 U.S. 218, 226 (1965).

7. In the present case, the Court should grant Cerner leave to amend its Initial Complaint. This is the first time that Cerner has sought to amend its Complaint against Defendants, there are legitimate reasons to amend, and the proposed amendments would not prejudice

PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION
FOR LEAVE TO AMEND COMPLAINT
ADV. PROC. NO. 20-04077-MJH – PAGE - 3

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Case 20-04077-MJH    Doc 52    Filed 06/07/21    Ent. 06/07/21 13:27:59    Pg. 3 of 6

Defendants. Cerner simply seeks to add Willamette as a party at the Court's request, and to allege additional facts learned during discovery and facts which occurred subsequent to the filing of the Initial Complaint. The amendments do not require the parties to conduct additional discovery, as the existence of Willamette has already been put at issue by the Defendants.

8. Through the almost five years of litigation in this matter and last year of intensive discovery, Cerner has obtained additional evidence of Belbadi's treatment of Vandevco as its alter ego, the Belbadi Group's corporate structure, and other bad acts by Defendants. This evidence relates to conduct performed by Defendants both prior to and after the date that the initial complaint was filed. The Amended Complaint will help clarify the issues and will assist the Court in resolution of this proceeding.

<u>**CONCLUSION**</u>

9. For the foregoing reasons, Cerner respectfully requests that the Court enter an order granting Cerner leave to file Cerner's First Amended and Supplemented Complaint, in the form attached as Exhibit A.

DATED June 7, 2021

Respectfully submitted,

HOLLAND & KNIGHT LLP


By: *s/ Garrett S. Garfield*
    Garrett S. Garfield, WSBA No. 48375
    E-mail:garrett.garfield@hklaw.com
    Trisha Thompson, WSBA No. 57443
    E-mail: trisha.thompson@hklaw.com
    601 SW Second Avenue, Suite 1800
    Portland, Oregon  97204
    Telephone:  503.243.2300
    Fax:  503.241.8014

    Warren E. Gluck, *Pro Hac Vice*
    E-mail: warren.gluck@hklaw.com
    31 W. 52nd Street
    New York, New York 10019
    Telephone: 212.513.3200

PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION
FOR LEAVE TO AMEND COMPLAINT
ADV. PROC. NO. 20-04077-MJH – PAGE - 4

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

Case 20-04077-MJH    Doc 52    Filed 06/07/21    Ent. 06/07/21 13:27:59    Pg. 4 of 6

Richard A. Bixter, *Pro Hac Vice*
E-mail: richard.bixter@hklaw.com
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.422.9032

*Attorneys for Plaintiff Cerner Middle East Limited*

PLAINTIFF CERNER MIDDLE EAST LIMITED'S MOTION
FOR LEAVE TO AMEND COMPLAINT
ADV. PROC. NO. 20-04077-MJH – PAGE - 5

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

# CERTIFICATE OF SERVICE

I certify that, on June 7, 2021, I caused to be electronically filed the foregoing Motion and served it electronically via this Court's CM/ECF case management system upon all parties registered for such service for the above-numbered and above-captioned case.

_/s/ Garrett S. Garfield_

CERTIFICATE OF SERVICE – 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300