# EXHIBIT 12

# WIRE TRANSFERS

| Transaction Date | Amount | Originator | Originator Bank | Originator Account No. | Beneficiary | Beneficiary Bank | Beneficiary Account No. | Originator to Bank Reference |
|---|---|---|---|---|---|---|---|---|
| 09/14/2009 | $2665.64 | VANDEVCO RESIDENTIAL LLC NAI NORRIS | U S BANK NATIONAL | 153595197226 | BELBADI ENTERPRISES | | 6501873683 | ATTN: MR. ZIAD EL HIND VANCOUVERCENTER APARTMENTS 8/09 CASH FLOW MORTGAGE,ATTN: MR. ZIAD EL HIND VANCOUVERCENTER APARTMENTS 8/09CASH FLOW MORTGAGE |
| 9/16/2010 | $7600 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | AMERICAN UNIVERSITY OF BEIRUT | | LB73000700000000003013687100 (HSBC MIDDLE EAST) | (REF SARAH A EL HINDI ID 200900101) EDUCATIONAL EXPENSES |
| 9/29/2010 | $5000 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | ZIAD A ELHINDI | | LB73000700000000003013687100 (HSBC MIDDLE EAST) | FAMILY MAINTENANCE/SAVINGS |
| 1/25/2011 | $13,000 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | ZUBEIDA ELHINDI | | 1040000537613 (WACHOVIA BANK OF MARYLAND) | SALARY |
| 4/5/2011 | $27,000 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | ZIAD A ELHINDI | | 1000057086157 (WELLS FARGO) | FAMILY MAINTENANCE/SAVINGS |
| 6/23/2011 | $9000 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | ZIAD A ELHINDI | | LB73000700000000003013687100 (HSBC MIDDLE EAST) | FAMILY MAINTENANCE/ SAVINGS |
| 9/19/11 | $8,500 | BELBADI | UAE EXCHANGE CENTER, ABU DHABI | 98000256 | ZIAD A ELHINDI | | 'LB37000700000000000325980 (HSBC MIDDLE EAST) | FAMILY MAINTENANCE/SAVINGS |
| 10/3/2011 | $5,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/3/2011 | $8,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | MOHAMMED AHMED S AL BADI AL DHAHERI | | 004615486099 | FAMILY MAINTENANCE/SAVINGS |
| 10/11/2011 | $5,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS |
| 10/11/2011 | $5,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | MOHAMMED AHMED S AL BADI AL DHAHERI | | 004615486099 | FAMILY MAINTENANCE/SAVINGS |
| 11/21/2011 | $5,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS |
| 11/21/2011 | $4985 | BELBADI | FEDERAL RESERVE BANK OF NEW YORK | 98000256 | AHMED S ALBADI | | 153650576967 | FAMILY MAINTENANCE/SAVINGS |
| 11/21/2011 | $2,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004615486099 | FAMILY MAINTENANCE/SAVINGS |
| 1/9/2012 | $10,000 | BELBADI | UAE EXCHANGE CENTRE LLC | 98000256 | MOHAMMED AHMED S AL BADI AL DHAHERI | | 004615486099 | FAMILY MAINTENANCE/SAVINGS |
| 04/30/2012 | $3485 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | WSA 2008 HOLDINGS | ROYAL BANK OF CANADA | 4006458 | TRANSIT NO 03426003 REF RENT AND DEPOSIT FOR PORTO CUPECOY APT 7-6A RAMSAY EL HINDI (TRADE PURPOSES),TRANSIT NO 03426003 REF RENT AND DEPOSIT FOR PORTO CUPECOY APT 7-6A RAMSAY EL HINDI (TRADE PURPOSES) |
| 5/3/2012 | $5,0000 | BELBADI ENTERPRISES | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | PAYMENT OF SALARY |

2

#77695794_v1

# *WIRE TRANSFERS*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/3/2012 | $8,000 | BELBADI ENTERPRISES | UAE EXCHANGE CENTRE LLC | 98000256 | MOHAMMED AHMED S AL BADI AL DHAHERI | | 004615486099 | PAYMENT OF SALARY |
| 5/24/2012 | $24,985 | BELBADI ENTERPRISES | US BANK NATIONAL ASSOCIATION | 98000256 | AHMED S ALBADI | | 153650576967 | US HOLIDAY AND TRAVEL ALLOWANCE |
| 6/8/2012 | $5,000 | BELBADI ENTERPRISES | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS |
| 06/28/2012 | $3998 | ZIAD ABDULWAHAB EL HINDI | UAE EXCHANGE CENTRE LLC | 98000256 | WSA 2008 HOLDINGS | ROYAL BANK OF CANADA | 4006458 | OBI=/RFB/TT 00306523     TRANSIT 03426003 RENT AND DEPOSIT  FOR PORTO CUPECOY APT 7-6A RAMSAY  EL HINDI TRADE PURP |
| 8/31/2012 | $2,000 | BELBADI ENTERPRISES | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS |
| 01/30/2013 | $3748 | BELBADI ENTERPRISES | UAE EXCHANGE CENTRE LLC | 98000256 | WSA (2008) HOLDINGS INC. | ROYAL BANK OF CANADA PAYMENT CENTER | 4006458 | OBI=/RFB/TT 00384082     TRANSIT NO 03426003 RENT FOR PORTO CUPECOY APT7-6A RAMS AY EL HINDI   (TRADE PURPOSES) |
| 03/01/2013 | $5369 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | WSA (2008) HOLDINGS INC. | ROYAL BANK OF CANADA PAYMENT CENTER | 4006458 | RFB/TT 00395167,TRANSIT NO 03426003 RENT FOR PORTO,CUPECOY APT 7-6A RAM SAY EL HINDI, (TRADE PURPOSES) |
| 03/21/2013 | $4985 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC HEAD OFFICE | 98000256 | NADIM S BAGHDADY ATTORNEY AT LAW | -- | IOLTA ACCOUNT 319100071 | MORTGAGE PAYMENT AND UTILITIES EXPENSES FOR CONDOMINIUM IN US |
| 3/21/2012 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS MONTHLY COST OF LIVING ALLOWANCES |

3

#77695794_v1

| 3/25/2012 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS MONTHLY COST OF LIVING ALLOWANCES – APRIL 2013 |
|---|---|---|---|---|---|---|---|---|
| 04/02/2013 | $3809 | BELBADI ENTERPRISES LLC | WELLS FARGO BANK N.A. | 98000256 | WSA (2008) HOLDINGS INC. | ROYAL BANK OF CANADA PAYMENT CENTER | 4006458 | /RFB/TT 00408899,TRANSIT NO 03426003 TRADE PURPOSES,RENT FOR PORTO CUPECOY APT 7-6A |
| 5/2/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVINGS MONTHLY COST OF LIVING ALLOWANCES – MAY 2013 |
| 5/14/2013 | $2,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | FAMILY MAINTENANCE/SAVING TRAVEL ALLOWANCES |
| 5/28/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 004634497593 | MONTHLY COST OF LIVING ALLOWANCES FOR JUNE 2013 |
| 5/28/2013 | $4985 | BELBADI ENTERPRISES LLC | FEDERAL RESERVE BANK OF NEW YORK | 98000256 | NADIM S BAGHDADY ATTORNEY AT LAW | | IOLTA ACCOUNT 319100071 | TRADE PURPOSES PAYMENT FOR MONTHLY MORTGAGE UTILITIES EXPENSES |
| 06/12/2013 | $34985 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC HEAD OFFICE | 98000256 | NADIM S BAGHDADY ATTORNEY AT LAW | -- | 319100071 | TRADE PURPOSES ADV PYMNT FOR MONTHLY MORTGAGE UTILITY EXP (JUNE –DEC 13) |
| 6/27/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | FAMILY MAINTENANCE/SAVINGS |

#77695794_v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/23/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | MONTHLY COST OF LIVING EXPENSES |
| 9/30/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | FAMILY MAINTENANCE/SAVINGS AMOUNT SENT BY OWNER OF THE COMPANY FOR MONTHLY EXPENSES |
| 11/5/2013 | $5000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC HEAD OFFICE | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | -- | 4634497593 | FAMILY MAINTENANCE/ SAVINGS MONTHLY COST OF LIVING ALLOWANCES |
| 12/26/2013 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | FAMILY MAINTENANCE/ SAVINGS MONTHLY COST OF LIVING ALLOWANCES |
| 12/31/2013 | $24,985 | BELBADI ENTERPRISES LLC | FEDERAL RESERVE BANK OF NEW YORK | 98000256 | NADIM S BAGHDADY ATTORNEY AT LAW | | 319100071 | TRADE PURPOSES ADV PAY FOR MONTHLY MORTGAGE UTILITY EXP (FEB JUNE2013) |
| 1/10/2014 | $5000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC HEAD OFFICE | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | -- | 4634497593 | OWNER TRANSFERRING FUNDS TO HIS SON FOR MONTHLY EXPENSES |
| 2/14/2014 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | OWNER TRANSFERRING FUNDS TO HIS SON FOR MONTHLY EXPENSES |
| 3/14/2014 | $5000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC HEAD OFFICE | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | -- | 4634497593 | OWNER TRANSFERRING FUNDS TO HIS SON FOR MONTHLY EXPENSES |

#77695794_v1

| Date | Amount | Sender | Receiving Institution | Account | Beneficiary | Bank | Account # | Description |
|---|---|---|---|---|---|---|---|---|
| 4/10/2014 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | OWNER SENDING FUNDS TO HIS SON FOR MONTHLY COST OF LIVING EXPENSES |
| 4/10/2014 | $19,985 | BELBADI ENTERPRISES LLC | US BANK NA INTERNATIONAL OPERATIONS DEPT | 98000256 | AHMED S ALBADI | | 153650576967 | PYMNT FOR HOLIDAY AND TRAVEL ALLOWANCE FOR USA TRIP MAY 14 |
| 5/2/2014 | $29,985 | BELBADI ENTERPRISES LLC | US BANK NATIONAL ASSOCIATION | 98000256 | AHMED S ALBADI | | 153650576967 | HOLIDAY TRAVEL ALLOWANCE PAID TO OWNER FOR USA TRIP IN MAY |
| 5/6/2014 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | OWNER SENDING FUNDS TO HIS SON FOR MONTHLY COST OF LIVING ALLOWANCES |
| 6/13/2014 | $5,000 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | ABDULLA AHMED S ALBADI ALDHAHERI | | 4634497593 | OWNER TRANSFERRING FUNDS TO HIS SON FOR MONTHLY EXPENSES |
| 10/03/2014 | $22698.42 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | SHARIF M FARHA | -- | -- | OWNER SENDING FUNDS TO HIS FRIEND FOR HOLIDAY |
| 4/27/2015 | $5950 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | MOHAMED ABDULLA AL DHAHERI | -- | 1679074391 | OWNER SENDING FUNDS TO HIS SON FOR TUITION FEES |
| 9/4/2015 | $24,475.10 | BELBADI ENTERPRISES LLC | U.A.E. EXCHANGE CENTRE ABU DHABI | 98000256 | YEVHICHE MANOUKIAN | STANDARD CHARTERED BANK (NEW YORK) | 048316504 | OWNER SENDING FUNDS TO A FRIEND FOR CAMPING TRIP EXPENSES OF MOHAMMED ALBADI |

6

#77695794_v1

## WIRE TRANSFERS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/03/2015 | $4985 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | NADIM S BAGHDADY ATTORNEY AT LAW | -- | 319100071 | BELMONT SAVINGS BANK MORTGAGE AND UTILITIES EXPENSES PAYIOLTA ACCOUNT |
| 4/12/2017 | $17,550 | BELBADI ENTERPRISES LLC | UAE EXCHANGE CENTRE LLC | 98000256 | YEGHICHE MANOUKIAN | JP MORGAN CHASE | 901622535 | FUNDS TRANSFERRED TO OWNER S SON FOR RENT PAYMENT AND OTHER EXPENSES |

7

#77695794_v1