# EXHIBIT 14

From: Nawzad Othman (nawzad@theothmangroup.com)
Sent: Wednesday, December 6, 2017 7:53:30 PM
To:  Ahmed Saeed Al Badi (ahmedsalbadi@gmail.com); Ziad Elhindi
(zelhindi@aol.com)
Cc:
Bcc:
Subject:   Holland

Dear Ahmed and Ziad
I met with the seniors of the Holland team, Clyde was out of town. My
message to them was clear....we understand the process they have to go
thru for them, their partners and their lenders, which they insist will
take several months. I stressed to them the extreme urgency for us and to
satisfy the serious demands by the UAE banks....my message how to make it
happen and satisfy both parties.

I offered the following:
 1.  they close no later than End of January
2.  we reduce the sales price by $500,000
3.  they make the earnest money of $500,000 hard, non refundable but also
     to be distributed to us to pay bills.

Both seniors were very supportive. They will present it to Clyde this
weekend, we all will meet again Monday the 11th and sign the agreement on
the 15th. I believe this is the most expeditious option. As you have told
me Ahmed about the urgency to get this closed as quickly as possible,
whatever it takes.

Please give me your thoughts and I will keep you posted. I am available to
talk anytime.

Nawzad

Sent from my iPad

VANDEVCO_007073