Hon. Mary Jo Heston
Chapter: 11
Location: Telephonic
Hearing Date: June 11, 2021
Hearing Time: 10:00 AM
Response date: June 4, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>　　　　Debtors. | NO. 20-42710-MJH (Lead Case)<br><br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH) |
| CERNER MIDDLE EAST LIMITED,<br><br>　　　　Plaintiff,<br><br>BELBADI ENTEPRISES, LLC and VANDEVCO LIMITED,<br><br>　　　　Defendants. | Adv. No. 20-04077-MJH<br><br>**BELBADI ENTERPRISES, LLC'S MOTION TO STRIKE CERTAIN EVIDENCE FILED BY CERNER MIDDLE EAST LIMITED IN ITS RESPONSE TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND FORUM NON-CONVENIENS** |

Belbadi Enterprises, LLC, ("Belbadi") files this Motion to Strike ("Motion to Strike") inadmissible and incompetent evidence submitted by Cerner in connection with its Response to Belbadi's Motion to Dismiss for Lack of Jurisdiction and Forum Non-Conveniens ("Motion to Dismiss").

BELBADI ENTERPRISES, LLC'S MOTION TO STRIKE
CERTAIN EVIDENCE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700　fax 206 587 2308

{04217802.DOC;X03}

Belbadi filed its Motion to Dismiss on April 1, 2021. Due to continuances by the Court, Cerner's response date was not until June 4, 2021. On June 3, 2021, Cerner's counsel Mr. Gluck requested an extension of its response deadline until June 7, citing his wife's job change as the need. The Court permitted the extension.

On June 7, 2021, in addition to filing its Response to the Motion to Dismiss, Cerner filed a Motion to Amend its Complaint, including over 600 pages of exhibits. Cerner's Response pleading references its Amended Complaint (for which the Court has not yet granted leave to file), and relies on multiple inadmissible documents that are not proper materials for this Court's consideration.

Accordingly, Belbadi moves to strike the following:

1. Exhibit 8 to the Declaration of Garrett Garfield (Dkt. 51, 51–9) and ¶ 30–32 of same. This submission is inadmissible hearsay, consisting of what purports to be an unofficial transcription of statements made by the state court. The transcripts contain no information about the source audio, who typed the transcription, and what qualifications they had to do so. The transcription is rife with missing words and large sections, and lacks sufficient guarantees of trustworthiness. This submission is inadmissible pursuant to FRE 802 (hearsay).

2. Exhibit 9 to the Declaration of Garrett Garfield (Dkt. 51, 51–10) and ¶ 34 to same. This submission is inadmissible hearsay, consisting of what purports to be an unofficial transcription of statements made by the state court. The transcripts contain no information about the source audio, who typed the transcription, and what qualifications they had to do so. The transcription is rife with missing words and large sections, and lacks sufficient guarantees of trustworthiness. This submission is inadmissible pursuant to FRE 802 (hearsay).

3. Exhibit 11 to the Declaration of Garrett Garfield (Dkt. 51, 51–12). This submission is inadmissible hearsay, consisting of what purports to be an unofficial transcription of statements made by the state court. The transcript states "Transperfect" on it, but contains no information about the source audio or how the transcription was produced. The transcription is incomplete and lacks sufficient guarantees of trustworthiness. This submission is inadmissible pursuant to FRE 802 (hearsay).

4. Exhibit 6 (51-2, at 6) to the Gluck Declaration (attached as Exhibit 2 to the Declaration of Garrett Garfield (Dkt. 51, 51–2). This submission is inadmissible hearsay, consisting of what purports to be a UAE court document and English translation. The submission is not certified or authenticated in any manner. Moreover no information or certifications are

BELBADI ENTERPRISES, LLC'S MOTION TO STRIKE
INADMISSIBLE EVIDENCE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

provided regarding the purported English translation, and the document lacks sufficient guarantees of trustworthiness. Exhibit 6 is inadmissible pursuant to FRE 901 (authentication) and FRE 802 (hearsay).

5. Paragraph 7 of the Gluck Declaration is inadmissible for lack of foundation and personal knowledge. Paragraph 7's characterization of the underlying proceeding as "politically motivated" is pure speculation and inadmissible under FRE 602 (personal knowledge).

6. Exhibit 9 (51-2 at 14) to the Gluck Declaration consists of a purported 2015 Human Rights Report for the UAE and is inadmissible under FRE 802 (hearsay) and 401 (relevance).

7. Exhibit 10 (51-2 at 49) to the Gluck Declaration consists of a purported World Justice Project report and is inadmissible under FRE 802 (hearsay) and 401 (relevance).

8. References to the Amended Complaint, for which Cerner Middle East has not yet been given leave to file.

DATED this 10th day of June, 2021.

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Binah B. Yeung*
Binah B. Yeung WSBA No. 44065
E-mail:byeung@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendant Belbadi Enterprises, LLC

BELBADI ENTERPRISES, LLC'S MOTION TO STRIKE
INADMISSIBLE EVIDENCE - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04217907.DOC;0341}   Case 20-04077-MJH   Doc 56   Filed 06/10/21   Ent. 06/10/21 09:48:25   Pg. 3 of 3